# GENERAL NOTES:

## I - CODES
## II - MATERIALS
## III - GENERAL
## IV - FOUNDATION NOTES
## V - CONCRETE NOTES
## VI - POST-TENSIONED CONCRETE NOTES
## VII - STEEL NOTES
## VIII - MASONRY NOTES
## IX - SURVEYING
## X - INSPECTION AND TESTING
## XI - SYMBOLS USED ON DRAWINGS
## XII - DESIGN LOADS

**GRAVITY LOAD SCHEDULE (PSF)**

**ALLOWANCE NOTES**

**THIS IS A THRESHOLD BUILDING**

**WIND PRESSURE - MAIN WIND FORCE RESISTING SYSTEM (ASCE 7-10)**

8701 COLLINS AVE
8701 COLLINS AVE
MIAMI BEACH, FL 33154

GENERAL NOTES

RENZO PIANO BUILDING WORKSHOP
RDAI
WEST 8 URBAN DESIGN & LANDSCAPE ARCHITECTURE P.C.
DESIMONE CONSULTING ENGINEERS
STEVEN FELLER P.E., P.L.
VSN ENGINEERING, INC.

8701 COLLINS DEVELOPMENT
8701 COLLINS AVE
MIAMI BEACH, FL 33154

DESIMONE

RECORD SET - 02/10/2021

Stantec

14369.00

**EXHIBIT C**

S-001

DS-0044138







DS-0044154