# CERTIFICATION

I, Scott R. Ostericher, do hereby certify that I am the AVP, Claim Operations of RLI Insurance Company, a corporation organized and existing under the laws of the State of Illinois, and that to the best of my knowledge the attached is a true and correct copy of Policy No. PSB0008821 (04/30/2020-04/30/2021) issued to Named Insured DeSimone Consulting Engineering DPC.

DN: cn=Scott R. Ostericher, o=RLI/Mt. Hawley/CBIC,
ou=Claim Department,
email=scott.ostericher@rlicorp.com, c=US
Reason: To the best of my knowledge the attached is a true
and correct copy of this policy.
Location: Peoria, Illinois
Date: 2021.07.27 15:23:19 -05'00'

Scott R. Ostericher, AVP, Claim Operations, Claims
RLI Insurance Company

EXHIBIT
D

This Policy consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by RLI insurance Company.

**RLI Insurance Company**
Peoria, Illinois



# RLIPack® BUSINESSOWNERS DECLARATIONS

**Policy Number:PSB0008821**        **[X]** New        **[]** Renewal of

**Named Insured and Mailing Address:**        **Agent/Broker: 67596**
DeSimone Consulting Engineering Group,        **Ames & Gough (67596)**
LLC

**8300 Greensboro Drive**
**140 Broadway, 25th Floor**        **McLean, VA 22102**

**New York, NY 10005**

**Policy Period: From 04-30-2020    To    04-30-2021**

12:01 A.M. Standard Time at your mailing address shown above.

**Legal Entity: LLC**

<u>**LOCATION SCHEDULE**</u>
**Described Premises Address:**
Refer to RLIPack Schedule of Locations, PPB 501

Refer to RLIPack Businessowners Supplemental Declarations - Building and Locations Coverages, PPB 111, for coverage details.

**Billing Plan:** Direct Bill, 20% Down 9 Installments

**Audit Frequency:** Waived

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

**Estimated Premium, excluding Terrorism:** ▉

**Terrorism Charge:** ▉

**Applicable Taxes, Fees, and Surcharges:** ▉

**TOTAL ESTIMATED PREMIUM, TAXES, FEES, AND SURCHARGES:** ▉

_____
Countersigned By Authorized Representative        Date: _____

## BUSINESSOWNERS DECLARATIONS (Continued)

**Policy Number: PSB0008821**

**Coverage SECTION II – LIABILITY**

| Coverage | Limits of Insurance | |
|---|---|---|
| **Liability And Medical Expenses** | **$1,000,000** | **Per Occurrence** |
| **Medical Expenses** | **$10,000** | **Per Person** |
| **Damage To Premises Rented To You** | **$1,000,000** | **Any One Premises** |
| **Other Than Products/Completed Operations Aggregate** | **$2,000,000** | |
| **Products/Completed Operations Aggregate** | **$2,000,000** | |
| **Employee Benefits Liability** | **$1,000,000** | **Each Employee** |
| | **$1,000,000** | **Aggregate** |

| **Policy Level Coverage SECTION I – PROPERTY** | **Limits of Insurance** |
|---|---|
| Business Income – Dependent Properties: | **$50,000** blanket limit for all locations except those where a sublimit is indicated on the Location Schedule below. |
| Interruption of Computer Operations: | **$500,000** blanket limit for all locations except those where a sublimit is indicated on the Location Schedule below. |
| Valuable Papers and Records: | **$375,000** |
| Accounts Receivable: | **$250,000** |
| Money and Securities On Premises: | **$25,000** |
| Money and Securities Off Premises: | **$25,000** |
| Forgery or Alteration: | **$50,000** |
| Employee Dishonesty: | **$50,000** |
| Employee Dishonesty ERISA: | **$100,000** |
| Fine Arts: | **$100,000** |
| Green Property Coverage: | |
|     Green Building Upgrades and Related Expenses Limit: | **10% not to exceed $25,000** |
|     Green Business Personal Property Upgrades Limit: | **10% not to exceed $25,000** |

ENDORSEMENTS: Refer to Applicable Forms & Endorsements, RIL 2150

Policy Number: PSB0008821                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® BUSINESSOWNERS SUPPLEMENTAL DECLARATIONS – BUILDING AND LOCATIONS COVERAGES

Businessowners Declarations PPB100 is amended to include:

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Effective Date:**          04/30/2020

**Location Address:**     55 Church Street
                                    4th Flr
                                    New Haven,  CT  06510

**Location:** Primary Location                     **Building:** Building #1

 **Deductible:** $10,000

**Equipment Breakdown Deductible:**   $10,000

| BUILDING AND PERSONAL PROPERTY | | LIMITS OF INSURANCE |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $280,000 part of $5,560,000 BPP Blanket |

| Location Level Additional Coverages | Limits of Insurance |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**          04/30/2020

**Location Address:**     6625 South Valley View Blvd.,
                          Ste 124
                          Las Vegas,  NV  89118

**Location:** Location #2                    **Building:** Building #1

 **Deductible:** $2,500

**Equipment Breakdown Deductible:**   $10,000

| **BUILDING AND PERSONAL PROPERTY** | | **LIMITS OF INSURANCE** |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $10,000 part of $5,560,000 BPP Blanket |

| **Location Level Additional Coverages** | **Limits of Insurance** |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**          04/30/2020

**Location Address:**        31 Milk Street
                             Ste. 1016
                             Boston,  MA  02109

**Location:** Location #3                    **Building:** Building #1

 **Deductible:** $10,000

**Equipment Breakdown Deductible:**   $10,000

**BUILDING AND PERSONAL PROPERTY**               **LIMITS OF INSURANCE**
Building                   Replacement Cost      $0
Business Personal          Replacement Cost      $150,000 part of $5,560,000 BPP Blanket
Property

**Location Level Additional Coverages**          **Limits of Insurance**
Building Limit – Automatic Increase              4%
Outdoor Property                                 $10,000
Outdoor Signs                                    Included in Limit of Insurance
Business Income and Extra Expense                12 Months Actual Loss Sustained
Business Income Waiting Period                   0 Hour Waiting Period
Extended Business Income                         90 Days
Utility Services – Direct Damage                 $25,000
Utility Services – Time Element                  $25,000
Water Backup and Sump Overflow                   $25,000
Equipment Breakdown                              Included

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**          04/30/2020

**Location Address:**       140 Broadway, 25th Flr.

                            New York,  NY  10005

**Location:** Location #4                    **Building:** Building #1

 **Deductible:** $2,500

**Equipment Breakdown Deductible:**    $10,000

| BUILDING AND PERSONAL PROPERTY | | LIMITS OF INSURANCE |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $5,010,000 part of $5,560,000 BPP Blanket |

| Location Level Additional Coverages | Limits of Insurance |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**       04/30/2020

**Location Address:**     11801 Domain Dr., 3rd Flr.

                          Austin,  TX  78758

**Location:** Location #5                    **Building:** Building #1

 **Deductible:** $2,500

**Equipment Breakdown Deductible:**   $10,000

| **BUILDING AND PERSONAL PROPERTY** | | **LIMITS OF INSURANCE** |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $10,000 part of $5,560,000 BPP Blanket |

| **Location Level Additional Coverages** | **Limits of Insurance** |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $2,500 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $0 |
| Utility Services – Time Element | $0 |
| Water Backup and Sump Overflow | $0 |
| Equipment Breakdown | Included |
| Business Income Dependent Properties | $5,000 combined sublimit for all locations in TX,FL |
| Interruption Of Computer Operations | $100,000 combined sublimit for all locations in TX,FL |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

PPB 111 06 10                                                    Page 5

**Effective Date:**        04/30/2020

**Location Address:**      150 North Wacker Dr.,
Ste 2660
Chicago,  IL  60605

**Location:** Location #6            **Building:** Building #1

 **Deductible:** $10,000

**Equipment Breakdown Deductible:**  $10,000


| BUILDING AND PERSONAL PROPERTY | | LIMITS OF INSURANCE |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $100,000 part of $5,560,000 BPP Blanket |

| Location Level Additional Coverages | Limits of Insurance |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |


**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**      04/30/2020

**Location Address:**      708 Main St.,
10th Flr.
Houston,  TX  77002

**Location:** Location #7             **Building:** Building #1

**AOP  Deductible:** $10,000

**Equipment Breakdown Deductible:**    $10,000

| Windstorm/Hail Deductible - Building | 2% |
|---|---|
| Windstorm/Hail Deductible - BPP | 2% |

| **BUILDING AND PERSONAL PROPERTY** | | **LIMITS OF INSURANCE** |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $30,000 |

| **Location Level Additional Coverages** | **Limits of Insurance** |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $2,500 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 72 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $0 |
| Utility Services – Time Element | $0 |
| Water Backup and Sump Overflow | $0 |
| Equipment Breakdown | Included |
| Business Income Dependent Properties | $5,000 combined sublimit for all locations in TX,FL |
| Interruption Of Computer Operations | $100,000 combined sublimit for all locations in TX,FL |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**          04/30/2020

**Location Address:**       601 Montgomery St.,
                            Ste 675
                            San Francisco,  CA  94111

**Location:** Location #8                          **Building:** Building #1

 **Deductible:** $500

**Equipment Breakdown Deductible:**   $10,000


**BUILDING AND PERSONAL PROPERTY**              **LIMITS OF INSURANCE**
Building                    Replacement Cost     $0
Business Personal           Replacement Cost     $150,000
Property

**Location Level Additional Coverages**          **Limits of Insurance**
Building Limit – Automatic Increase              4%
Outdoor Property                                 $10,000
Outdoor Signs                                    Included in Limit of Insurance
Business Income and Extra Expense                12 Months Actual Loss Sustained
Business Income Waiting Period                   0 Hour Waiting Period
Extended Business Income                         90 Days
Utility Services – Direct Damage                 $25,000
Utility Services – Time Element                  $25,000
Water Backup and Sump Overflow                   $25,000
Equipment Breakdown                              Included


**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**          04/30/2020

**Location Address:**        800 Brickell Ave.

                             Miami,  FL  33131

**Location:** Location #9                    **Building:** Building #1

  **Deductible:** $2,500

**Equipment Breakdown Deductible:**   $10,000

Windstorm/Hail                                    Excluded

# THIS POLICY CONTAINS AN EXCLUSION FOR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

| BUILDING AND PERSONAL PROPERTY | | LIMITS OF INSURANCE |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $1,000,000 |

| Location Level Additional Coverages | Limits of Insurance |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $2,500 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $0 |
| Utility Services – Time Element | $0 |
| Water Backup and Sump Overflow | $0 |
| Equipment Breakdown | Included |
| Business Income Dependent Properties | $5,000 combined sublimit for all locations in TX,FL |
| Interruption Of Computer Operations | $100,000 combined sublimit for all locations in TX,FL |

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**          04/30/2020

**Location Address:**      3845 Monroe Street
Unit 01-49
Santa Clara,  CA  95050

**Location:** Location #10            **Building:** Building #1

 **Deductible:** $10,000

**Equipment Breakdown Deductible:**   $10,000

| BUILDING AND PERSONAL PROPERTY | | LIMITS OF INSURANCE |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $10,000 |

| Location Level Additional Coverages | Limits of Insurance |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

**Effective Date:**        04/30/2020

**Location Address:**       440 Stevens Ave.
Ste 200
Solana Beach,  CA  92075

**Location:** Location #11         **Building:** Building #1

 **Deductible:** $10,000

**Equipment Breakdown Deductible:**  $10,000

| **BUILDING AND PERSONAL PROPERTY** | | **LIMITS OF INSURANCE** |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $10,000 |

| **Location Level Additional Coverages** | **Limits of Insurance** |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

Policy Number: PSB0008821                                              RLI Insurance Company

# RLIPack® SCHEDULE OF LOCATIONS

| Location # | Building # | Address |
|---|---|---|
| 1 | 1 | 55 Church Street, 4th Flr, New Haven, CT  06510 |
| 2 | 1 | 6625 South Valley View Blvd.,, Ste 124, Las Vegas, NV  89118 |
| 3 | 1 | 31 Milk Street, Ste. 1016 , Boston, MA  02109 |
| 4 | 1 | 140 Broadway, 25th Flr., New York, NY  10005 |
| 5 | 1 | 11801 Domain Dr., 3rd Flr., Austin, TX  78758 |
| 6 | 1 | 150 North Wacker Dr.,, Ste 2660, Chicago, IL  60605 |
| 7 | 1 | 708 Main St.,, 10th Flr., Houston, TX  77002 |
| 8 | 1 | 601 Montgomery St.,, Ste 675, San Francisco, CA  94111 |
| 9 | 1 | 800 Brickell Ave., Miami, FL  33131 |
| 10 | 1 | 3845 Monroe Street, Unit 01-49, Santa Clara, CA  95050 |
| 11 | 1 | 440 Stevens Ave., Ste 200, Solana Beach, CA  92075 |

Policy Number:       PSB0008821                                                    RLI Insurance Company
Named Insured:       DeSimone Consulting Engineering Group, LLC

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® NAMED INSURED ENDORSEMENT

Named Insured includes the following entities in addition to the person or organization named in the **Named Insured and Mailing Address** section of the Declarations:

DeSimone Consulting Engineering Group LLC
S. DeSimone Consulting Engineers, LLC
DeSimone Consulting Engineering LLC
DeSimone Consulting Engineers PLLC
DeSimone Consulting Engineers MA, LLC
DeSimone Consulting Engineers

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

9025 North Lindbergh Drive, Peoria, IL 61615
(309)692-1000

# SUPPLEMENTAL DECLARATIONS

Policy Number:PSB0008821

Named Insured and Mailing Address: DeSimone Consulting Engineering Group,
LLC
 140 Broadway, 25th Floor, New York, NY 10005

The following is a listing of applicable Taxes, Fees and Surcharges:

NY Fire Surcharge
FL Emergency Management Preparedness Fund Surcharge
FL State Fire Marshal Regulatory Assessment

Total Estimated Amount Due:

RIL 112 (08/06)

Policy Number: PSB0008821

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# APPLICABLE FORMS & ENDORSEMENTS

FORMS AND ENDORSEMENTS LISTED BELOW APPLY TO AND ARE MADE PART OF THIS POLICY AT TIME OF ISSUE.
FORMS APPLY IN ALL STATES UNLESS DESCRIBED OTHERWISE IN THE FORM OR IN THE 'Applicable In' COLUMN BELOW.

| Form Number | Form Title | Applicable In |
|---|---|---|
| PPB101 07 16 | RLIPack BUSINESSOWNERS COVERAGE FORM | |
| PPB300 06 10 | RLIPack ERISA ENDORSEMENT | |
| PPB301 01 18 | RLIPack FOR DESIGN PROFESSIONALS PROPERTY ENHANCEMENT | NV,MA,NY,IL,CA |
| PPB301CT 01 18 | CONNECTICUT RLIpack FOR DESIGN PROFESSIONALS PROPERTY ENHANCEMENT | |
| PPB302 04 18 | RLIPack FOR PROFESSIONALS EQUIPMENT, TOOLS AND WATERCRAFT ENDORSEMENT | |
| PPB303 06 10 | RLIPack ASBESTOS EXCLUSION | |
| PPB304 02 12 | RLIPack FOR PROFESSIONALS BLANKET ADDITIONAL INSURED ENDORSEMENT | |
| PPB307 06 10 | RLIPack DISCRIMINATION EXCLUSION | |
| PPB310 06 10 | RLIPack LEAD EXCLUSION | |
| PPB312 09 13 | RLIPack FOR DESIGN PROFESSIONALS PROFESSIONAL SERVICES EXCLUSION | |
| PPB313 02 12 | RLIPack FOR PROFESSIONALS SCHEDULED ADDITIONAL INSURED ENDORSEMENT | |
| PPB316 11 13 | RLIPack FOR DESIGN PROFESSIONALS LIABILITY ENHANCEMENT | |
| PPB318 02 15 | RLIPack EQUIPMENT BREAKDOWN ENDORSEMENT | |
| PPB319 11 10 | RLIPack GREEN PROPERTY ENDORSEMENT | |
| PPB327 04 12 | TEXAS EMPLOYEE BENEFITS LIABILITY COVERAGE | |
| PPB327NY 04 12 | NEW YORK EMPLOYEE BENEFITS LIABILITY COVERAGE | |
| PPB336 04 18 | RLIPack LIMITED PROPERTY ENHANCEMENT | TX |
| PPB336FL 04 18 | FLORIDA RLIPack LIMITED PROPERTY ENHANCEMENT | |
| PPB345CT 04 15 | RLIPack CONNECTICUT AMENDATORY ENDORSEMENT | |
| PPB345TX 04 15 | RLIPack TEXAS AMENDATORY ENDORSEMENT | |
| PPB347 02 16 | RLIPACK FOR PROFESSIONALS EQUIPMENT & TOOLS SCHEDULE | |
| PPB352 04 17 | LIMITED COVERAGE FOR DESIGNATED UNMANNED AIRCRAFT | |
| PPK2108 05 11 | RLIPACK NOTICE OF CANCELLATION OR NONRENEWAL - DESIGNATED PERSON OR ORGANIZATION | |
| BP0159 08 08 | WATER EXCLUSION ENDORSEMENT | |
| BP0312 01 10 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES | |
| BP0417 01 10 | EMPLOYMENT-RELATED PRACTICES EXCLUSION | |
| BP0417 07 02 | EMPLOYMENT-RELATED PRACTICES EXCLUSION | |
| BP0430 01 06 | PROTECTIVE SAFEGUARDS | |
| BP0430 07 13 | PROTECTIVE SAFEGUARDS | |
| BP0498 01 06 | EMPLOYEE BENEFITS LIABILITY COVERAGE | FL |
| BP0498 07 13 | EMPLOYEE BENEFITS LIABILITY COVERAGE | |
| BP0501 07 02 | CALCULATION OF PREMIUM | |

| | | |
|---|---|---|
| BP0515 01 15 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT | NY,FL |
| BP0517 01 06 | EXCLUSION - SILICA OR SILICA-RELATED DUST | |
| BP0523 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM | |
| BP0564 01 15 | CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT) | |
| BP0571 01 15 | DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM FOR CERTIFIED ACTS OF TERRORISM COVERAGE (PURSUANT TO TERRORISM RISK INSURANCE ACT) | CT,NV,MA,TX,IL,CA |
| BP0577 01 06 | FUNGI OR BACTERIA EXCLUSION (LIABILITY) | |
| BP0601 01 07 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA | FL |
| BP1506 05 14 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION (PERSONAL AND ADVERTISING INJURY ONLY) | |
| BP0155 12 19 | CALIFORNIA CHANGES | |
| BP0211 01 19 | CONNECTICUT CHANGES | |
| BP0212 01 19 | CONNECTICUT CHANGES – CANCELLATION AND NONRENEWAL | |
| BP0546 07 13 | CONNECTICUT - EMPLOYEE BENEFITS LIABILITY COVERAGE | |
| BP0303 03 16 | FLORIDA CHANGES | |
| BP1062 07 02 | FLORIDA WINDSTORM OR HAIL EXCLUSION | |
| BP0154 01 18 | ILLINOIS CHANGES | |
| BP0643 04 06 | ILLINOIS CHANGES - DEFENSE COSTS | |
| PPB345MA 04 15 | RLIPack MASSACHUSETTS AMENDATORY ENDORSEMENT | |
| BP0108 03 15 | MASSACHUSETTS CHANGES | |
| BP0698 07 13 | MASSACHUSETTS - FUNGI, WET ROT, DRY ROT AND BACTERIA EXCLUSION AND LIMITATIONS | |
| BP0188 05 10 | NEVADA CHANGES | |
| BP0115 12 18 | NEW YORK CHANGES | |
| BP0604 03 08 | NEW YORK - EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA | |
| BP1501 01 10 | NEW YORK CHANGES - CALCULATION OF PREMIUM | |
| BP0118 11 14 | TEXAS CHANGES | |
| BP0204 01 06 | TEXAS CHANGES - AMENDMENT OF CANCELLATION PROVISIONS OR COVERAGE CHANGE | |
| ILF0001C 04 16 | SIGNATURE PAGE | |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                           RLI Insurance Company

# RLIPack® BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In **SECTION II – LIABILITY**, the word "insured" means any person or organization qualifying as such under Paragraph **C. Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H. Property Definitions** in **SECTION I – PROPERTY** and Paragraph **F. Liability And Medical Expenses Definitions** in **SECTION II – LIABILITY**.

**SECTION I – PROPERTY**

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2. Property Not Covered**.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures and swimming pools;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Fences;

**(5)** Retaining walls, whether or not attached;

**(6)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(7)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings;

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(e)** Lawn maintenance and snow removal equipment; and

**(f)** Alarm systems;

**(8)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Loss Condition Paragraph **E.5.d.(3)(b)**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)**; and

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control;

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

**(1)** Money And Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops;

**e.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, and lawns, all except as provided in the Outdoor Property Coverage Extension.

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages – Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software.

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3. Covered Causes Of Loss**

Risks of direct physical loss unless the loss is:

**a.** Excluded in Paragraph **B. Exclusions** in Section **I;** or

**b.** Limited in Paragraph **4. Limitations** in Section **I.**

**4. Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the de- scribed premises on the basis of unauthorized instructions.

**(5)** The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(a)** above, the amount we will pay for debris removal expense is limited to twenty-five percent (25%) of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds twenty-five percent (25%) of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

**Example #1**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |
| Amount of Loss Payable ($50,000 – $500) | $ | 49,500 |
| Debris Removal Expense | $ | 10,000 |
| Debris Removal Expense Payable ($10,000 is 20% of $50,000) | $ | 10,000 |

The debris removal expense is less than twenty-five percent (25%) of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 80,000 |
| Amount of Loss Payable ($80,000 – $500) | $ | 79,500 |
| Debris Removal Expense | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount | $ | 10,500 |
| Additional Amount | $ | 19,500 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds twenty-five percent (25%) of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $19,500. Thus the total payable for debris removal expense in this example is the entire 30,000.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within ninety (90) days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**(1)** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b)**;

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage – Collapse does **not** apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage

must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy; and

**(ii)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(b)** We will only pay for loss of Business Income, including ordinary payroll expense, that you sustain during the "period of restoration" and that occurs within twelve (12) consecutive months after the date of direct physical loss or damage.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Means payroll expenses for all your employees except:

  **i.** Officers;

  **ii.** Executives;

  **iii.** Department Managers;

  **iv.** Employees under contract; and

  **v.** Additional Exemptions shown in the Declarations as:

    z Job Classifications; or

    z Employees.

**(ii)** Include:

  **i.** Payroll;

  **ii.** Employee benefits, if directly related to payroll;

  **iii.** FICA payments you pay;

  **iv.** Union dues you pay; and

  **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(ii)** Ends on the earlier of:

  **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

  **ii.** Ninety (90) consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of **SECTION I – PROPERTY**.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f. Business Income**.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within twelve (12) consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of **SECTION I – PROPERTY**.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within one hundred eighty (180) days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate twelve (12) month period of this policy.

**i. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one hundred miles from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin twenty-four (24) hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four (4) consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four (4) consecutive weeks after the date of that action; or

**(2)** When your Civil Authority coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of **SECTION I – PROPERTY**.

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**I.   Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under **SECTION I – PROPERTY**, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two (2) years. We may extend this period in writing during the two (2) years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in **SECTION I – PROPERTY** do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income and Extra Expense From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income and Extra Expense you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**(4)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(5)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins twenty-four (24) hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period, as stated in Paragraph **(5)**, does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definitions of Business Income and Extra Expense contained in the Business Income Additional Coverage and Extra Expense Additional Coverage also applies to this Business Income and Extra Expense From Dependent Properties Additional Coverage.

**n. Glass Expenses**

   **(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

   **(1)** We will pay:

   **(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

   **(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

   **(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

   **(3)** The most we will pay under this Additional Coverage is $10,000 in any one occurrence.

**p. Electronic Data**

   **(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

   **(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

   **(3)** The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**q. Interruption Of Computer Operations**

   **(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

   **(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

**(b)** If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**r.** **Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a twelve (12) month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than thirty (30) days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to thirty (30) days. The days need not be consecutive.

**s. Expediting Expenses**

**(1)** We will pay for the reasonable and necessary additional expenses you incur for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss, to make temporary repairs, expedite permanent repairs, or expedite permanent replacement, at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

Contains copyrighted material of Insurance Services Office, Inc.

**(2)** This Additional Coverage does not apply to the Optional Coverage for Equipment Breakdown Protection Coverage.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**t.  Claims Data Expense**

**(1)** We will pay the reasonable expenses you incur in preparing claim data when we require such data to show the extent of loss.  This includes the cost of taking inventories, making appraisals, preparing income statements, and preparing other documentation.

**(2)** Under this Additional Coverage, we will not pay for;

**(a)** Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

**(b)** Any costs in connection with Paragraph **E.2.**, **Appraisal**; or

**(c)** Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

**(3)** The most we will pay for preparation of claim data under this Additional Cover in any one occurrence is $10,000 regardless of the number of premises involved.

**6.  Coverage Extensions**

In addition to the Limits of Insurance of **SECTION I – PROPERTY**, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

**a.  Newly Acquired Or Constructed Property**

**(1)  Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)  Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;

**(b)** Business Personal Property, including such property that you newly acquire located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(c)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3)  Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** One hundred eighty (180) days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us ; or

**(d)** The property is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Property Off-Premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while: it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

**c. Outdoor Property**

**(1)** You may extend the insurance provided by this policy to apply to direct physical loss of or damage to the following types of outdoor property at the described premises caused by or resulting from a Covered Cause of Loss:

**(a)** Radio and television antennas (including satellite dishes);

**(b)** Bridges, walks, roadways, patios and other paved surfaces; or

**(c)** Trees, shrubs, plants, and lawns.

**(2)** The most we will pay for loss or damage under this Extension is $2,500 at each described location, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub, plant, or lawn.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; and

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises the most we will pay is $5,000.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

**f.** **Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** Paragraph **B.6.,** Accounts Receivable Exclusion.

**g.** **Outdoor Signs**

**(1)** If you are the building owner and a limit of insurance is shown in the declarations for Building, you may extend that insurance to apply to direct physical loss of or damage to outdoor signs:

**(a)** Owned by you; or

**(b)** Owned by others but in your care, custody or control.

**(2)** If you are a tenant and a limit of insurance is shown in the declarations for Business Personal Property, you may extend this insurance to apply to direct physical loss of or damage to outdoor signs:

**(a)** Owned by you; or

**(b)** Owned by others that you are contractually obligated to repair or replace.

**(3)** Paragraph **A.3.,** Covered Causes Of Loss, and Paragraph **B. Exclusions** in **SECTION I – PROPERTY**, do not apply to this Coverage Extension, except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard; and

**(c)** Paragraph **B.1.f.,** War And Military Action.

**(4)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Rust;

**(d)** Corrosion; or

**(e)** Mechanical breakdown.

**h.** **Appurtenant Buildings**

**(1)** If this policy covers Building, you may extend that insurance to apply to direct physical loss or damage to "appurtenant buildings" owned by you, or owned by others that you are contractually obligated to repair or replace.

 Contains copyrighted material of Insurance Services Office, Inc.

**(2)** If this policy covers Business Personal Property, you may extend that insurance to apply to direct physical loss or damage to Business Personal Property located in or on "appurtenant buildings".

**(3)** "Appurtenant buildings" are buildings or structures, for which no limit of insurance is shown, that are located on or within 1,000 feet of premises described in the Declarations, including:

**(a)** Storage buildings;

**(b)** Carports;

**(c)** Garages;

**(d)** Pump houses; or

**(e)** Above ground tanks;

**(4)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of physical loss or damage is $50,000.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

### a. Ordinance Or Law

**(1)** The enforcement of any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any one hundred sixty-eight (168) hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radio-active contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above results in a "specified cause of loss" under **SECTION I – PROPERTY**, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i.** **"Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j.** **Virus Or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.;**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 1000 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 1,000 feet of the described premises.

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

 Contains copyrighted material of Insurance Services Office, Inc.

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to dam- age or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of tempera- ture; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or ex- plosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or ex- plosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as pro- vided for under the Additional Coverages of **SECTION I – PROPERTY**.

However, we will pay for direct loss or dam- age caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of fourteen (14) days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, survey- ing, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remod- eling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, pack- aging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

5. **Business Income And Extra Expense Exclusions**

   a. We will not pay for:

      (1) Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

         (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

         (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business In- come during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

      (2) Any other consequential loss.

   b. With respect to this exclusion, suspension means:

      (1) The partial slowdown or complete cessation of your business activities; and

      (2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

   The following additional exclusion applies to the Accounts Receivable Coverage Extension:

   We will not pay for:

   a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

      This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

   c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **Limits Of Insurance**

   1. The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance of **SECTION I – PROPERTY** shown in the Declarations.

   2. The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of **SECTION I – PROPERTY**:

      a. Fire Department Service Charge;

      b. Pollutant Clean-up And Removal;

      c. Increased Cost Of Construction;

      d. Business Income From Dependent Properties; and

      e. Claim Data Expense.

   3. **Building Limit – Automatic Increase**

      a. In accordance with Paragraph **C.4.b.,** the Limit of Insurance for Buildings will automatically increase by four percent (4%), unless a different percentage of annual increase is shown in the Declarations.

      b. The amount of increase is calculated as follows:

         (1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit by:

            (a) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

            (b) .04, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If:

The applicable Building limit is $100,000. The annual percentage increase is 4%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x.04 x 146 ÷ 365 = $1600.

**4. Business Personal Property Limit – Seasonal Increase**

**a.** Subject to Paragraph **5.b.,** the Limit of Insurance for Business Personal Property is automatically increased by:

**(1)** The Business Personal Property – Seasonal Increase percentage shown in the Declarations; or

**(2)** Twenty-five percent (25%) if no Business Personal Property – Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

**b.** The increase described in Paragraph **5.a** will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least one hundred percent (100%) of your average monthly values during the lesser of:

**(1)** The twelve (12) months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **SECTION I – PROPERTY.**

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**c.** Outdoor Signs; and

**d.** Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Business Income;

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of **SECTION I – PROP- ERTY**. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within sixty (60) days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two (2) years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within thirty (30) days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is eighty percent (80%) or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **SECTION I – PROPERTY** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than eighty percent (80%) of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to eighty percent (80%) of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within one hundred eighty (180) days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value – Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or secondhand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts; and

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the twelve (12) months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within thirty (30) days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the ad-joining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of **SECTION I – PROPERTY**.

**7. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least thirty-one percent (31%) of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than sixty (60) consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by fifteen percent (15%).

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within sixty (60) days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** Ten (10) days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least ten (10) days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under **SECTION I – PROPERTY**:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to **SECTION I – PROPERTY**, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

**(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**2. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(1)** Cause you to sustain loss or damage; and also

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any employee; or

**(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

**(1)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

**(2)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

Contains copyrighted material of Insurance Services Office, Inc.

**(a)** Whether acting alone or in collusion with other persons; or

**(b)** While performing services for you or otherwise.

**(3)** The only proof of which as to its existence or amount is:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts; or

**(3)** The combined total of all single or series of acts, whether or not they are related;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period, even if renewed or replaced in its present form by a new policy.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period

of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.,** employee means:

**(1)** Any natural person:

**(a)** While in your service or for thirty (30) days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business. But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

## H. Property Definitions

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**6.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**7.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** Immediately after the time of direct physical loss or damage for Business Income Coverage unless a waiting period of time is shown in the Declarations; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

**(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**12.** "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss of or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**14.** "Valuable papers and records" means inscribed, printed or written:

**a.** Documents;

**b.** Manuscripts; and

**c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

## SECTION II – LIABILITY

### A. Coverages

**1. Business Liability**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D. – Liability And Medical Expenses Limits Of Insurance** in **SECTION II – LIABILITY**; and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f. Coverage Extension – Supplementary Payments**.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(b)** The "bodily injury" or "property damage" occurs during the policy period; and

**(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

**(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1. Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1. Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension – Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle for which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**i.** Cooperate with us in the investigation, settlement or defense of the "suit";

**ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**iii.** Notify any other insurer whose coverage is available to the indemnitee; and

**iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

**i.** Obtain records and other information related to the "suit"; and

**ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2) Exclusions** in **SECTION II – LIABILITY**, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above are no longer met.

## 2. Medical Expenses

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of **SECTION II – LIABILITY**. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

## B. Exclusions

### 1. Applicable To Business Liability Coverage

This insurance does not apply to:

#### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

#### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

    **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    **(i)** Any insured; or

    **(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or sub- contractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property dam- age" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the in- tent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property dam- age" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your be- half by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property dam- age" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims al- lege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than fifty-one (51) feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

   **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

   **(b)** The operation of any of the following machinery or equipment:

      **(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      **(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h.** **Mobile Equipment**

   "Bodily injury" or "property damage" arising out of:

   **(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

   **(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i.** **War**

   "Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

   **(1)** War, including undeclared civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j.** **Professional Services**

   "Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render any professional service.

**k.** **Damage To Property**

   "Property damage" to:

   **(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

   **(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

   **(3)** Property loaned to you;

   **(4)** Personal property in the care, custody or control of the insured;

   **(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D. Liability And Medical Expenses Limit Of Insurance** in **SECTION II – LIABILITY**.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.  Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of websites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under Paragraph **F. Liability And Medical Expenses Definitions**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or meta-tags, or any other similar tactics to mislead another's potential customers.

**q. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**r. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.** and **o.** in **SECTION II – LIABILITY** do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D. Liability And Medical Expenses Limits of Insurance** in **SECTION II – LIABILITY**.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

**(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

**(1)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(2)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(3)** "Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for:

        **(i)** Separating the isotopes of uranium or plutonium;

        **(ii)** Processing or utilizing "spent fuel"; or

        **(iii)** Handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than twenty-five (25) grams of plutonium or uranium 233 or any combination thereof, or more than two hundred fifty (250) grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

    and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(4)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**(5)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**(6)** "Property damage" includes all forms of radioactive contamination of property;

**(7)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(8)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(9)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**(10)** "Waste" means any waste material:

    **(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

    **(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. Who Is An Insured**

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b)**; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b.  Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c.  Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

D. **Liability And Medical Expenses Limits Of Insurance**

1.  The Limits of Insurance of **SECTION II – LIABILITY** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a.  Insureds;

b.  Claims made or "suits" brought; or

c.  Persons or organizations making claims or bringing "suits".

2.  The most we will pay for the sum of all damages because of all:

a.  "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

b.  "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3.  The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

4.  **Aggregate Limits**

The most we will pay for:

a.  All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of **SECTION II – LIABILITY** apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of **SECTION II – LIABILITY**, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F.   Liability And Medical Expenses Definitions**

1.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    a.   Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    b.   Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2.  "Auto" means:

    a.   A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

    b.   Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

    However, "auto" does not include "mobile equipment".

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  "Coverage territory" means:

    a.   The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b.   International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    c.  All other parts of the world if the injury or damage arises out of:

        (1)  Goods or products made or sold by you in the territory described in Paragraph **a.** above;

        (2)  The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

        (3)  "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

5.  "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6.  "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7.  "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8.  "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    a.   It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    b.   You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

        (1)  The repair, replacement, adjustment or removal of "your product" or "your work"; or

        (2)  Your fulfilling the terms of the contract or agreement.

9.  "Insured contract" means:

    a.   A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    b.   A sidetrack agreement;

    c.   Any easement or license agreement, except in connection with construction or demolition operations on or within fifty (50) feet of a railroad;

    d.   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e.   An elevator maintenance agreement;

    f.   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within fifty (50) feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.**  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.**  While it is in or on an aircraft, watercraft or "auto"; or

**c.**  While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.**  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.**  Vehicles maintained for use solely on or next to premises you own or rent;

**c.**  Vehicles that travel on crawler treads;

**d.**  Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.**  Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.**  Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

## SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)

**A. Cancellation**

  **1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

  **2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    **a.** Five (5) days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy;

      **(1)** The building has been vacant or unoccupied sixty (60) or more consecutive days. This does not apply to:

        **(a)** Seasonal unoccupancy; or

        **(b)** Buildings in the course of construction, renovation or addition.

      Buildings with sixty-five percent (65%) or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      **(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

        **(a)** Have not started, and

        **(b)** Have not been contracted for,

      within thirty (30) days of initial payment of loss.

      **(3)** The building has:

        **(a)** An outstanding order to vacate;

        **(b)** An outstanding demolition order; or

        **(c)** Been declared unsafe by governmental authority.

      **(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      **(5)** Failure to:

        **(a)** Furnish necessary heat, water, sewer service or electricity for thirty (30) consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three (3) years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe and healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within forty-five (45) days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of **SECTION I – PROPERTY**.

**2.** Business Liability Coverage is excess over:

**a.** Any other insurance that insures for direct physical loss or damage; or

**b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I.  Premiums**

**1.** The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one year period. The premium must be:

   **a.** Paid to us prior to the anniversary date; and

   **b.** Determined in accordance with Paragraph **2.** above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J.  Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K.  Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   **a.** Prior to a loss to your Covered Property.

   **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      **(1)** Someone insured by this insurance;

      **(2)** A business firm:

         **(a)** Owned or controlled by you; or

         **(b)** That owns or controls you; or

      **(3)** Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L.  Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® ERISA ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SECTION I – PROPERTY, G. Optional Coverages, 2. Employee Dishonesty** of the Businessowners Coverage Form is changed as follows:

Your Employee welfare or pension benefit plan(s) that are subject to the Employee Retirement Income Security Act of 1974 (hereinafter called Plan) are included as insureds under the Employee Dishonesty coverage but only to the extent provided in this endorsement.

In compliance with certain provisions of the Employee Retirement Security Act of 1974 (ERISA):

1. "Employee" also includes any natural person who is;

   **a.** A trustee, an officer, employee, administrator or a manager, except an administrator or a manager who is an independent contractor of any Plan insured under this endorsement, and

   **b.** Your director or trustee while that person is handling "money", "securities", or other property of any Plan insured under this endorsement.

2. If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for ERISA Employee Dishonesty that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

3. If the first Named Insured in the Declarations is an entity other than a Plan, any payment we make to that insured for loss sustained by a Plan will be held by that Insured for the use and benefit of the Plan sustaining the loss.

4. If two or more Plans are insured under this endorsement, any payment we make for loss;

   **a.** Sustained by two or more Plans; or

   **b.** Of commingled "money", "securities", or other property of two or more Plans;

   that arises out of one occurrence is to be shared by each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total of those limits.

5. The Deductible applicable to Employee Dishonesty does not apply to loss sustained by any Plan(s).

6. Any of your Plan(s) that meet the requirements of ERISA is an insured under this endorsement.

7. The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the declarations.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number:  PSB0008821                                                  RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® FOR DESIGN PROFESSIONALS
# PROPERTY ENHANCEMENT

**SCHEDULE OF COVERAGES ADDRESSED BY THIS ENDORSEMENT**

This schedule is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy, including endorsements, must be read it its entirety.

1. **Property Limitations – Interior Damage**
2. **Business Income And Extra Expense – Newly Acquired Premises**
3. **Forgery Or Alteration Increased Limit**
4. **Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**
5. **Business Income And Extra Expense From Dependent Properties**
6. **Electronic Data**
7. **Interruption Of Computer Operations**
8. **Contract Penalty Clause**
9. **Identity Fraud Expense**
10. **Unauthorized Business Card Use**
11. **Utility Services – Direct Damage**
12. **Fine Arts**
13. **Newly Acquired Or Constructed Property For Buildings And Business Personal Property**
14. **Business Personal Property Off Premises**
15. **Outdoor Property**
16. **Personal Effects**
17. **Valuable Papers And Records**
18. **Accounts Receivable**
19. **Business Income And Extra Expense – Billable Hours Option**
20. **Computer Fraud**
21. **Limited Building Coverage – Tenant Obligation**
22. **Water Back Up And Sump Overflow**
23. **Utility Services – Time Element**
24. **Non-Owned Detached Trailers**
25. **Property Loss Conditions – Replacement Cost**
26. **Money And Securities**
27. **Employee Dishonesty**
28. **Property Definitions**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**1. Property Limitations – Interior Damage**

**Section I – A.4. Limitations,** paragraph **a.(5)** is deleted.

**2. Business Income And Extra Expense – Newly Acquired Premises**

With respect to **Section I – A.5. Additional Coverages**, **f. Business Income** and **g. Extra Expense**, coverage is extended to newly acquired premises. The most we will pay in any one occurrence for business income and extra expense is $500,000.

Insurance under this Additional Coverage for each newly acquired premises will end when any of the following first occurs:

**a.** This policy expires;

**b.** One hundred eighty (180) days expire after you acquire that premises;

**c.** You report that premises to us;

**d.** The Business Income or Extra Expense is more specifically insured.

**3. Forgery Or Alteration Increased Limit**

**Section I – A.5. Additional Coverages**, **k. Forgery Or Alteration**, paragraph **(4)** is deleted and replaced with the following:

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $50,000, unless a higher Limit of Insurance is shown in the Declarations.

**4. Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**

**a.** With respect to **Section I – A.5. Additional Coverages**, **l. Increased Cost Of Construction**, coverage is extended to include:

**(1)** The loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that requires demolition of undamaged parts of the same building.

**(2)** The cost incurred to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(3)** Tenant's Improvements and Betterments as described in Paragraph **A.1.b.(3)** if:

**(a)** You are a tenant; and

**(b)** A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

**(4)** Business Income and Extra Expense due to an increased "period of restoration" caused by or resulting from the enforcement of any law or ordinance that regulates the construction or repair of any property or requires the tearing down of parts of any property not damaged by a Covered Cause of Loss, however the most we will pay for Business Income and Extra Expense for any increase in the "period of restoration" is the lesser of:

**(a)** $50,000; or

**(b)** The amount of actual and necessary loss you sustain during the increased period of suspension of your "operations".

**b.** The coverages provided by this extension apply only if the building sustains direct physical damage due to a Covered Cause of loss under this policy and such damage results in enforcement of the ordinance or law.

**c.** **Section I – A.5. Additional Coverages**, **l. Increased Cost Of Construction**, paragraph **(6)** is deleted and replaced by the following:

**(6)** The most we will pay for the Additional Coverages in Increased Cost Of Construction – Ordinance or Law Expanded Coverage is $250,000 for each described premises or each damaged building if the damaged building is covered under a blanket limit of insurance.

**5. Business Income And Extra Expense From Dependent Properties**

**Section I – A.5. Additional Coverages, m. Business Income And Extra Expense From Dependent Properties**, paragraph **(1)** is deleted and replaced with the following:

**(1)** We will pay for the actual loss of Business Income And Extra Expense you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss. The most we will pay under this Additional Coverage $50,000 unless a higher Limit of Insurance is shown in the Declarations.

**6. Electronic Data**

With respect to **Section I – A.5. Additional Coverages**, **p. Electronic Data**, coverage is extended to apply to "computer", and:

The following replaces **Section I – A. Coverage**, **2. Property Not Covered**, paragraph **i.**:

i.   "Electronic data" (not including "stock") except as provided in Additional Coverages – Electronic Data.

The following exclusions as described in **Section I – B. Exclusions** do not apply to this Additional Coverage:

a.   Paragraph **1.**, **b. Earth Movement**;

b.   Paragraph **1.**, **e. Utility Services**;

c.   Paragraph **1.**, **g. Water**;

d.   Paragraph **2.**, **a. Electrical Apparatus**; or

e.   Paragraph **2.**, **l. Other Types Of Loss**, paragraph **(6)**.

**Section I – A.5. Additional Coverages**, **p. Electronic Data**, paragraph **(2)** is replaced by the following:

(2)  The Covered Causes of Loss applicable to Business Personal Property include "headcrash", or "electronic vandalism" introduced on a computer system or a network to which it is connected, which is intended to damage, destroy, or disrupt the normal operations of the computer system or a network to which it is connected. But there is no coverage for loss or damage caused by or resulting from:

(a)  Manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system; or

(b)  Unexplained or indeterminable failure, malfunction, or slowdown of a computer system, including "electronic data", or the inability to access or properly manipulate "electronic data"; or

(c)  "Electronic vandalism", unless at the time of loss or damage your computer system or a network to which it is connected:

(i)   Employs the most current versions, updates and patches of commercially available firewall, anti-virus, anti-spyware and software security protection; and

(ii)  Has had "electronic data" system back-up within seventy two (72) hours.

**Section I – A.5. Additional Coverages**, **p. Electronic Data**, paragraph **(3)** is replaced by the following:

(3)  The most we will pay under this Additional Coverage for loss of or damage:

(a)  To "computer" and to "electronic data", at the described premises, in any one occurrence, is the Limit of Insurance shown in the Declarations for Business Personal Property at such premises; or

(b)  In any one occurrence for the following is the lesser of $100,000 or the Business Personal Property limit; for

(i)   Loss of or damage to "computer" and to "electronic data", while in transit or at a premises other than the described premise;

(ii)  Loss of or damage to duplicates of your "electronic data" while stored at a separate premises from where your original "electronic data" are kept; or for

(iii) Loss of or damage to "computer", including such property you newly acquire at each newly acquired premises, but coverage will end when any of the following first occurs:

i.   This policy expires;

ii.  One hundred eighty (180) days expire after you acquire the "computer"; or

iii. You report values to us.

(c)  The most we will pay under this Additional Coverage for loss of or damage to "electronic data", including covered loss of Business Income or Extra Expense, caused by or resulting from "electronic vandalism" in any one occurrence is $10,000 unless a higher limit is shown in the Declarations, regardless of the number of premises involved.

With respect to **Section I – A.5. Additional Coverages, p. Electronic Data**, the following paragraph is added:

This Additional Coverage does not apply to property that is otherwise covered under the Business Personal Property Off Premises Coverage Extension.

With respect to **Section I – A.5. Additional Coverages**, **p. Electronic Data**, **Section I – F.4. Property General Conditions**, **Policy Period, Coverage Territory**, paragraph **b.** is replaced by the following:

**b.** The coverage territory is worldwide.

**7. Interruption Of Computer Operations**

With respect to **Section I – A.5. Additional Coverages**, **q. Interruption Of Computer Operations**, paragraphs **(1)** and **(3)** are replaced by the following:

**(1)** You may extend Business Income and Extra Expense limits of insurance to apply to a "suspension" of "operations" caused by an interruption of computer operations due to direct physical loss of or damage to "electronic data" at or away from the described premises caused by or resulting from a Covered Cause of Loss.

**(3)** Unless a higher limit of insurance is shown in the Declarations, the most we will pay under this Additional Coverage is:

**(a)** $500,000 for the sum of all covered interruptions arising out of all Covered Causes of Loss occurring at the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

**(b)** $25,000 in any one occurrence for a covered interruption arising out of a Covered Cause of Loss occurring away from the described premises. This limit applies regardless of the number of premises involved.

**(c)** $50,000 for the sum of all covered interruptions arising out of all Covered Cause of Loss occurring away from the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

**(d)** The most we will pay under this Additional Coverage for a covered interruption caused by or resulting from "electronic vandalism" in any one occurrence, regardless of the number of premises involved, is the difference between the limit for "electronic vandalism" under **Section I. – A.5. Additional Coverages, p. Electronic Data**, paragraph **(3) (c)** and the amount paid under that additional coverage..

With respect to **Section I – A.5. Additional Coverages, q. Interruption Of Computer Operations**, paragraphs **(2)(a)** and **(b)** are replaced with:

The Covered Causes of Loss that apply to "computer" and "electronic data" apply to coverage provided under this Additional Coverage.

**8. Contract Penalty Clause**

We will pay contract penalties you incur as a result of your failure to deliver your products or services within the time required by such contract, if the failure is solely due to direct physical loss of or

damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $25,000 for the sum of all covered contract penalties arising out of all Covered Causes of Loss occurring during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**9. Identity Fraud Expense**

**a.** We will pay for Expenses incurred by an "insured person" as a direct result of any one "identity fraud" first discovered or learned of by such "insured person" during the policy period.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured person", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

**b.** With respect to this Additional Coverage:

**(1)** "Expense" means:

**(a)** Costs for affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

**(b)** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

**(c)** Lost income resulting from:

**(i)** Time taken off work to complete fraud affidavits; or

**(ii)** Meeting with or talking to law enforcement agencies, credit agencies or legal counsel; up to a total payment of $15,000, subject to a maximum of $200 per day;

**(d)** Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

**(e)** Reasonable attorney fees to:

**(i)** Defend lawsuits brought against an "insured person" by merchants, financial institutions or their collection agencies;

**(ii)** Remove any criminal or civil judgments wrongly entered against an "insured person"; or

**(iii)** Challenge the accuracy or completeness of any information in a consumer credit report;

**(f)** Charges for long distance telephone calls to report to, or discuss an actual "identity fraud" with:

**(i)** Merchants;

**(ii)** Law enforcement agencies;

**(iii)** Financial institutions or similar credit grantors; or

**(iv)** Credit agencies; or

**(g)** Reasonable fees for professional financial advice or professional credit advice.

**(2)** "Identity fraud" means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an "insured person" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

**(3)** "Insured person" means:

**(a)** For sole proprietorships:

The individual who is the sole proprietor of the Named Insured shown in the Declaration;

**(b)** For partnerships:

Any individual that is a partner of the Named Insured shown in the Declaration;

**(c)** For corporations or any other type of organization:

The Chief Executive Officer, and any individual who has an ownership interest of at least twenty percent (20%) of the Named Insured shown in the Declarations.

**c.** The following additional exclusions apply to this Additional Coverage:

We will not pay for:

**(1)** Expenses incurred due to any fraudulent, dishonest or criminal act by:

**(a)** An "insured person";

**(b)** Any person aiding or abetting an "insured person"; or

**(c)** Any authorized representative of an "insured person" whether acting alone or in collusion with others;

**(2)** Expenses incurred that are not related to the identity of an individual; or

**(3)** Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of loss other than Expenses.

**d.** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**e.** Regardless of the amount of the Businessowners Property Coverage Deductible shown in the Declarations, the most we will deduct from any claim for Expenses under this Additional Coverage for any one "identity fraud" is $250.

**f.** The most we will pay under this Additional Coverage is $25,000 for the sum of all covered Expenses arising out of all "identity fraud" against an "insured person" discovered during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement.

**g.** In order for coverage to be provided under this Additional Coverage, you must send to us, within sixty (60) days after our request, receipts, bills or other records that support your claim for Expenses under "identity fraud" coverage.

**10. Unauthorized Business Card Use**

We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

**a.** Fund transfer cards;

**b.** Charge plates; or

**c.** Telephone cards.

The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**11. Utility Services – Direct Damage**

**a.** We will pay for loss of or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1)** "Water supply services";

**(2)** "Communication supply services"; or

**(3)** "Power supply services".

The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $25,000 at each described premises unless a different limit is scheduled in the policy.

**b.** Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**12. Fine Arts**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to "fine arts" which are owned by:

**(1)** You; or

**(2)** Others and in your care, custody, or control.

We will pay for loss of or damage to "fine arts" caused by or resulting from a Covered Cause of Loss anywhere in the coverage territory.

**b.** Regardless of the number of premises described the most we will pay for loss or damage under this Additional Coverage in any one occurrence is $100,000 unless a higher limit is shown in the Declarations. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**c.** The breakage limitation under Paragraph **A.4.b.(2)** does not apply to this Additional Coverage.

**d.** The following are the only exclusions that apply to this Additional Coverage:

**(1)** We will not pay for loss or damage caused by or resulting from wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, birds, rodents or other animals;

**(2)** We will not pay for loss or damage caused by or resulting from dampness or dryness of atmosphere, or changes in or extremes of temperature;

**(3)** We will not pay for loss or damage caused by or resulting from any repairing, restoration or retouching process;

**(4)** Paragraph **B.,1.,c. Governmental Action**;

**(5)** Paragraph **B.,1.,d. Nuclear Hazard**;

**(6)** Paragraph **B.,1.,f. War And Military Action**;

**(7)** Paragraph **B.,2.,k. Neglect**.

**e.** With the exception of architectural models, the value of "fine arts" will be the least of the following amounts:

**(1)** The "market value" of the property at the time of loss;

**(2)** The cost of reasonably restoring that property to its condition immediately before the loss; or

**(3)** The cost of replacing that property with substantially identical property.

**f.** For architectural models the value will be determined based on the following:

**(1)** If the architectural model is repaired or rebuilt, the value will be the cost to repair or rebuild, without deduction for depreciation; but

**(2)** If the architectural model is not repaired or rebuilt the value will be the lesser of:

**(a)** Actual cash value of the property at the time of loss; or

**(b)** The cost of reasonably restoring that property to its condition immediately before the loss.

**g.** In the event of loss, the value of property will be determined as of the time of loss.

**h.** The following are added to Paragraph **E. Property Loss Conditions** under **SECTION I – PROPERTY**:

**(1)** In the case of loss to any pair or set we will:

**(a)** Repair or replace any part to restore the pair or set to its value before the loss; or

**(b)** Pay the difference between the value of the pair or set before and after the loss.

**(2)** You must arrange for the "fine arts" to be packed and unpacked by competent packers.

**13. Newly Acquired Or Constructed Property For Buildings And Business Personal Property**

These Coverage Extensions are changed as follows:

**a.** The limit applicable to Coverage Extension **a. Newly Acquired Or Constructed Property**, **(1) Buildings** is increased to $1,000,000.

**b.** The limit applicable to Coverage Extension **a. Newly Acquired Or Constructed Property**, **(2) Business Personal Property** is increased to $500,000.

**14. Business Personal Property Off Premises**

The following replaces Coverage Extension **b. Business Personal Property Off Premises**:

**b. Business Personal Property Off Premises**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend the limit of insurance to apply to direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss while:

**(a)** In the course of transit to or from the described premises; or

**(b)** Temporarily away from the described premises; and

    **(i)** At a premises you do not own, lease or operate; or

    **(ii)** At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

**(2)** This Coverage Extension applies to "electronic data" and "computer" only with respect to the following types of property principally used while off the described premises, including accessories and spare parts related to such item:

**(a)** Machinery;

**(b)** Equipment;

**(c)** Tools;

**(d)** Devices; and

**(e)** Scientific instruments, including total Stations, theodolites, and GPS instruments.

**(3)** This Coverage Extension does not apply to property:

**(a)** While in the custody of the United States Postal Service;

**(b)** Rented or leased to others;

**(c)** After delivery to customers;

**(d)** In the care, custody, or control of your salespersons, unless the property is in such care, custody, or control at a fair, trade show, or exhibition;

**(e)** Temporarily at a premises for more than one hundred eighty (180) consecutive days;

**(f)** Otherwise covered under the Fine Arts Additional Coverage; or

**(g)** Otherwise covered under the following Coverage Extensions:

    **(i)** Accounts Receivable;

    **(ii)** Electronic Data Processing;

    **(iii)** Personal Effects; or

    **(iv)** Valuable Papers and Records.

**(4)** The most we will pay for loss of or damage to the following types of property while off the described premises is $5,000 for any one item, including accessories, spare parts, "electronic data" and "computers" related to such item:

**(a)** Machinery;

**(b)** Equipment;

**(c)** Tools;

**(d)** Devices; and

**(e)** Scientific instruments, including total Stations, theodolites, and GPS instruments.

**15. Outdoor Property**

The following replaces Coverage Extension **c. Outdoor Property** paragraph **(2)**:

**(2)** The most we will pay for loss or damage under this Extension is $10,000 at each described location, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

**16. Personal Effects**

The following replaces Coverage Extension **d. Personal Effects**:

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or members, your managers or your employees at each described premises.

The most we will pay for loss or damage under this extension is $25,000 at each described premises.

**17. Valuable Papers And Records**

The following replaces Coverage Extension **e. Valuable Papers And Records** paragraph **(1)**:

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit to apply to direct physical loss of or damage to "valuable papers and records" at or away from the described premises, that:

**(a)** You own; or

**(b)** Are owned by others, but in your care, custody, or control;

Caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace, or restore the lost information on "valuable papers and records" for which duplicates do not exist.

Coverage extension **e. Valuable Papers and Records** paragraph **(2)(b)** is deleted.

With respect to the Coverage Extension **e. Valuable Papers and Records**, paragraph **(3)** is replaced by the following:

(3) The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence is $100,000 unless a higher limit of insurance is scheduled in the Declarations, regardless of the number of described premises involved.

The following is added to the Coverage Extension **e. Valuable Papers and Records**:

With respect "valuable papers and records" of others in your care, custody, or control covered under this Coverage Extension, the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not contribute with such other insurance.

**18. Accounts Receivable**

The following changes Coverage Extensions **f. Accounts Receivable**, paragraph **(2)** as follows:

(2) The most we will pay under this Coverage Extension for loss or damage in any one occur-rence, whether at or away from the described premises, is $250,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declaration.

**19. Business Income And Extra Expense – Billable Hours Option**

You may choose to have a covered business income loss paid on a Billable Hours basis. If you do so, the following applies under this Coverage Extension with respect to such loss:

Paragraph **A.5.f.(1)(c)** is replaced by the following:

(c) Business Income means:

(i) The income that would have been generated from Billable Hours normally charged by you or to your clients for services performed by you or your employees if no physical loss or damage occurred; and

(ii) Other income of your business that would have been earned or incurred if no physical loss or damage occurred; but

Minus expenses which do not necessarily continue.

Within Paragraph **A.5.f.(1)(c)**, the term Billable Hours replaces the term Net Income as referenced within such provision:

(i) Billable Hours means the dollar value assigned to one hour of service you normally charge to a client for work performed by you or your employees including time charged for support functions such as copying and typing;

(ii) The most we will pay for loss of business income under this Coverage Extension in any one occurrence is $50,000; and

This option is not available for any coverage provided by **A.5. Additional Coverages, i. Civil Authority.**

**20. Computer Fraud**

a. When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit of insurance to apply to loss of or damage to Business Personal Property resulting directly from the use of any "computer" to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises".

b. **Limitations** paragraph **A.4.a.(4)** does not apply to this Coverage Extension.

c. The most we will pay under this Coverage Extension in any one occurrence is $25,000, regardless of the number of premises involved.

**21. Limited Building Coverage – Tenant Obligation**

a. When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss provided that:

(1) You are a tenant; and

(2) You are contractually obligated to repair or replace that part of a building you occupy as a tenant.

b. This Coverage Extension does not apply to any otherwise covered:

(i) Building glass; or

(ii) Tenants improvements and betterments as described in Paragraph **A.1.b.(3)**.

c. The most we will pay under this Coverage Extension in any one occurrence is $10,000 at each described premises.

**22. Water Back Up And Sump Overflow**

a. When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that limit of insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain, or sump resulting from:

**(1)** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

**(2)** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown.

However, coverage does not apply to loss or damage resulting from an insured's failure to perform routine maintenance or repair necessary to keep a sewer, drain, or sump free from obstruction.

**b. Exclusions** paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

**c.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $25,000 at each described premises unless a higher limit of insurance is shown in the Declarations.

**23. Utility Services – Time Element**

**a.** When you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1)** "Water supply services"; or

**(2)** "Power supply services"; or

**(3)** "Communication supply services".

**b.** We will pay the actual loss sustained from the initial time of service(s) failure at the described premises but only when the service interruption at the described premises exceeds twenty-four (24) hours immediately following the direct physical loss or damage. Coverage does not apply to any reduction of Income after service has been restored to your premises.

**c.** The most we will pay for loss under this Coverage Extension in any one occurrence is $25,000 at each described premises unless a different limit is scheduled in the policy.

**24. Non-Owned Detached Trailers**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "trailers" that you do not own, provided that:

**(1)** The "trailer" is used in your business;

**(2)** The "trailer" is in your care, custody, or control at the described premises; and

**(3)** You have a contractual responsibility to pay for loss of or damage to the "trailer".

**b.** We will not pay for loss or damage that occurs:

**(1)** While the "trailer" is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

**(2)** During hitching or unhitching operations, or when a "trailer" becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**c.** The most we will pay for loss or damage under this coverage extension in any one occurrence is $5,000 regardless of the number of described premises or "trailers" involved.

**d.** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**25. Property Loss Conditions – Replacement Cost**

**E. Property Loss Conditions 5. Loss Payment d.(1)(a)** is amended to read:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **SECTION I – PROPERTY** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

   **i.** Of comparable material and quality; and

   **ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**E. Property Loss Conditions 5. Loss Payment d.(b)** is deleted.

**E. Property Loss Conditions 8. Vacancy 8.a.(1)(b)** is deleted.

**26. Money And Securities**

The following change is made to **G. Optional Coverages**, **1. Money and Securities**:

Paragraph **c.** is replaced with:

**c.** The most we will pay for loss in any one occurrence is:

    **(1)** $25,000 unless a higher limit is shown in the Declarations for Inside the Premises for "money" and "securities" while:

        **(a)** In or on the described premises; or

        **(b)** Within a bank or savings institution; and

    **(2)** $25,000 unless a higher limit is shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**27. Employee Dishonesty**

Section **G. Optional Coverages**, **2. Employee Dishonesty**, paragraph **c.** is deleted and replaced with the following:

**c.** The most we will pay for loss or damage in any one occurrence is $50,000 unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**28. Property Definitions**

The following changes are made to **H. Property Definitions:**

"Communications supply services" means property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**a.** Communication transmission lines, including optic fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

"Electronic vandalism" means any acts by persons, other than employees, involving any of the following:

**a.** Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

**b.** Unauthorized computer code or programming that:

    **(1)** Deletes, distorts, corrupts or manipulates computer programs, contents, instructions or other electronic or digital data, or otherwise results in damage to "computers" or computer systems to which it is introduced;

    **(2)** Replicates itself, impairing the performance of "computers" or computer systems;

    **(3)** Gains remote control access to data and programming within "computers" or computer systems to which it is introduced, for uses other than those intended for authorized users of the "computers" or computer systems; or

    **(4)** Any other type of computer virus, harmful code or similar instruction introduced on a computer system (including "electronic data"), designed to damage or destroy any part of the computer system or disrupt its normal operation.

As used in this definition, computer system means computer hardware, and "electronic data" stored thereon, as well as associated input and output devices, terminal devices, data storage devices, networking equipment, components, firmware and electronic backup facilities, including systems accessible through the internet, intranets, extranets or virtual private networks.

"Fine arts"

**a.** Means paintings, etchings, pictures, renderings, architectural models, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property with historical value, or artistic merit; and

**b.** Does not mean any glass that is part of a building or structure.

"Headcrash" means physical damage to disks, tapes, or hardware caused by a contact of electro-magnetic heads which read or write information, with such disks or tapes.

"Market value" means the price which the property might be expected to realize if offered for sale in a fair market.

"Power supply services" means the following types of property supplying electricity, steam or gas to the described premises:

**a.** Utility generating plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission lines.

"Trailers" means trailers, semi-trailers, and portable on demand storage shipping containers.

"Water supply services" means the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                         RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONNECTICUT RLIPack® FOR DESIGN PROFESSIONALS PROPERTY ENHANCEMENT

### SCHEDULE OF COVERAGES ADDRESSED BY THIS ENDORSEMENT

This schedule is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy, including endorsements, must be read it its entirety.

1. **Property Limitations – Interior Damage**
2. **Business Income And Extra Expense – Newly Acquired Premises**
3. **Forgery Or Alteration Increased Limit**
4. **Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**
5. **Business Income And Extra Expense From Dependent Properties**
6. **Electronic Data**
7. **Interruption Of Computer Operations**
8. **Contract Penalty Clause**
9. **Identity Fraud Expense**
10. **Unauthorized Business Card Use**
11. **Utility Services – Direct Damage**
12. **Fine Arts**
13. **Newly Acquired Or Constructed Property For Buildings And Business Personal Property**
14. **Business Personal Property Off Premises**
15. **Outdoor Property**
16. **Personal Effects**
17. **Valuable Papers And Records**
18. **Accounts Receivable**
19. **Business Income And Extra Expense – Billable Hours Option**
20. **Computer Fraud**
21. **Limited Building Coverage – Tenant Obligation**
22. **Water Back Up And Sump Overflow**
23. **Utility Services – Time Element**
24. **Non-Owned Detached Trailers**
25. **Property Loss Conditions – Replacement Cost**
26. **Money And Securities**
27. **Employee Dishonesty**
28. **Property Definitions**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**1. Property Limitations – Interior Damage**

**Section I – A.4. Limitations,** paragraph **a.(5)** is deleted.

**2. Business Income And Extra Expense – Newly Acquired Premises**

With respect to **Section I – A.5. Additional Coverages, f. Business Income** and **g. Extra Expense,** coverage is extended to newly acquired premises. The most we will pay in any one occurrence for business income and extra expense is $500,000.

Insurance under this Additional Coverage for each newly acquired premises will end when any of the following first occurs:

**a.** This policy expires;

**b.** One hundred eighty (180) days expire after you acquire that premises;

**c.** You report that premises to us;

**d.** The Business Income or Extra Expense is more specifically insured.

**3. Forgery Or Alteration Increased Limit**

**Section I – A.5. Additional Coverages, k. Forgery Or Alteration,** paragraph **(4)** is deleted and replaced with the following:

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $50,000, unless a higher Limit of Insurance is shown in the Declarations.

**4. Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**

**a.** With respect to **Section I – A.5. Additional Coverages, l. Increased Cost Of Construction,** coverage is extended to include:

**(1)** The loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that requires demolition of undamaged parts of the same building.

**(2)** The cost incurred to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(3)** Tenant's Improvements and Betterments as described in Paragraph **A.1.b.(3)** if:

**(a)** You are a tenant; and

**(b)** A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

**(4)** Business Income and Extra Expense due to an increased "period of restoration" caused by or resulting from the enforcement of any law or ordinance that regulates the construction or repair of any property or requires the tearing down of parts of any property not damaged by a Covered Cause of Loss, however the most we will pay for Business Income and Extra Expense for any increase in the "period of restoration" is the lesser of:

**(a)** $50,000; or

**(b)** The amount of actual and necessary loss you sustain during the increased period of suspension of your "operations".

**b.** The coverages provided by this extension apply only if the building sustains direct physical damage due to a Covered Cause of loss under this policy and such damage results in enforcement of the ordinance or law.

**c.** **Section I – A.5. Additional Coverages, l. Increased Cost Of Construction,** paragraph **(6)** is deleted and replaced by the following:

**(6)** The most we will pay for the Additional Coverages in Increased Cost Of Construction – Ordinance or Law Expanded Coverage is $250,000 for each described premises or each damaged building if the damaged building is covered under a blanket limit of insurance.

**5. Business Income And Extra Expense From Dependent Properties**

**Section I – A.5. Additional Coverages, m. Business Income And Extra Expense From Dependent Properties,** paragraph **(1)** is deleted and replaced with the following:

**(1)** We will pay for the actual loss of Business Income And Extra Expense you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss. The most we will pay under this Additional Coverage $50,000 unless a higher Limit of Insurance is shown in the Declarations.

**6. Electronic Data**

With respect to **Section I – A.5. Additional Coverages, p. Electronic Data,** coverage is extended to apply to "computer", and:

The following replaces **Section I – A. Coverage, 2. Property Not Covered,** paragraph **i.:**

**i.** "Electronic data" (not including "stock") except as provided in Additional Coverages – Electronic Data.

The following exclusions as described in **Section I – B. Exclusions** do not apply to this Additional Coverage:

**a.** Paragraph **1.**, **b. Earth Movement**;

**b.** Paragraph **1.**, **e. Utility Services**;

**c.** Paragraph **1.**, **g. Water**;

**d.** Paragraph **2.**, **a. Electrical Apparatus**; or

**e.** Paragraph **2.**, **l. Other Types Of Loss**, paragraph **(6)**.

**Section I – A.5. Additional Coverages, p. Electronic Data**, paragraph **(2)** is replaced by the following:

**(2)** The Covered Causes of Loss applicable to Business Personal Property include "headcrash", or "electronic vandalism" introduced on a computer system or a network to which it is connected, which is intended to damage, destroy, or disrupt the normal operations of the computer system or a network to which it is connected. But there is no coverage for loss or damage caused by or resulting from:

**(a)** Manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system; or

**(b)** Unexplained or indeterminable failure, malfunction, or slowdown of a computer system, including "electronic data", or the inability to access or properly manipulate "electronic data"; or

**(c)** "Electronic vandalism", unless at the time of loss or damage your computer system or a network to which it is connected:

　**(i)** Employs the most current versions, updates and patches of commercially available firewall, anti-virus, anti-spyware and software security protection; and

　**(ii)** Has had "electronic data" system backup within seventy two (72) hours.

**Section I – A.5. Additional Coverages, p. Electronic Data**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Additional Coverage for loss of or damage:

**(a)** To "computer" and to "electronic data", at the described premises, in any one occurrence, is the Limit of Insurance shown in the Declarations for Business Personal Property at such premises, or

**(b)** In any one occurrence for the following is the lesser of $100,000 or the Business Personal Property limit; for

　**(i)** Loss of or damage to "computer" and to "electronic data", while in transit or at a premises other than the described premise;

　**(ii)** Loss of or damage to duplicates of your "electronic data" while stored at a separate premises from where your original "electronic data" are kept; or for

　**(iii)** Loss of or damage to "computer", including such property you newly acquire at each newly acquired premises, but coverage will end when any of the following first occurs:

　　**i.** This policy expires;

　　**ii.** One hundred eighty (180) days expire after you acquire the "computer"; or

　　**iii.** You report values to us.

**(c)** The most we will pay under this Additional Coverage for loss of or damage to "electronic data", including covered loss of Business Income or Extra Expense, caused by or resulting from "electronic vandalism" in any one occurrence is $10,000 unless a higher limit is shown in the Declarations, regardless of the number of premises involved.

With respect to **Section I – A.5. Additional Coverages, p. Electronic Data**, the following paragraph is added:

This Additional Coverage does not apply to property that is otherwise covered under the Business Personal Property Off Premises Coverage Extension.

With respect to **Section I – A.5. Additional Coverages, p. Electronic Data, Section I – F.4. Property General Conditions, Policy Period, Coverage Territory**, paragraph **b.** is replaced by the following:

**b.** The coverage territory is worldwide.

**7.** **Interruption Of Computer Operations**

With respect to **Section I – A.5. Additional Coverages, q. Interruption Of Computer Operations**, paragraphs **(1)** and **(3)** are replaced by the following:

**(1)** You may extend Business Income and Extra Expense limits of insurance to apply to a "suspension" of "operations" caused by an inter-ruption of computer operations due to direct physical loss of or damage to "electronic data" at or away from the described premises caused by or resulting from a Covered Cause of Loss.

**(3)** Unless a higher limit of insurance is shown in the Declarations, the most we will pay under this Additional Coverage is:

  **(a)** $500,000 for the sum of all covered inter-ruptions arising out of all Covered Causes of Loss occurring at the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

  **(b)** $25,000 in any one occurrence for a covered interruption arising out of a Covered Cause of Loss occurring away from the described premises. This limit applies regardless of the number of premises involved.

  **(c)** $50,000 for the sum of all covered inter-ruptions arising out of all Covered Cause of Loss occurring away from the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

  **(d)** The most we will pay under this Additional Coverage for a covered interruption caused by or resulting from "electronic vandalism" in any one occurrence, regardless of the num-ber of premises involved, is the difference between the limit for "electronic vandalism" under **Section I. – A.5. Additional Cover-ages, p. Electronic Data**, paragraph **(3) (c)** and the amount paid under that additional coverage.

With respect to **Section I – A.5. Additional Cover-ages**, **q. Interruption Of Computer Operations**, paragraphs **(2)(a)** and **(b)** are replaced with:

The Covered Causes of Loss that apply to "computer" and "electronic data" apply to coverage provided under this Additional Coverage.

**8.  Contract Penalty Clause**

  We will pay contract penalties you incur as a result of your failure to deliver your products or services within the time required by such contract, if the failure is solely due to direct physical loss of or damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

  The most we will pay under this Additional Coverage is $25,000 for the sum of all covered contract penalties arising out of all Covered Causes of Loss occurring during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**9.  Identity Fraud Expense**

  **a.** We will pay for Expenses incurred by an "insured person" as a direct result of any one "identity fraud" first discovered or learned of by such "insured person" during the policy period.

    Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured person", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

  **b.** With respect to this Additional Coverage:

    **(1)** "Expense" means:

      **(a)** Costs for affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

      **(b)** Costs for certified mail to law enforce-ment agencies, credit agencies, finan-cial institutions or similar credit grantors;

      **(c)** Lost income resulting from:

        **(i)** Time taken off work to complete fraud affidavits; or

        **(ii)** Meeting with or talking to law en-forcement agencies, credit agencies or legal counsel; up to a total payment of $15,000, subject to a maximum of $200 per day;

      **(d)** Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

      **(e)** Reasonable attorney fees to:

        **(i)** Defend lawsuits brought against an "insured person" by merchants, financial institutions or their collec-tion agencies;

        **(ii)** Remove any criminal or civil judg-ments wrongly entered against an "insured person"; or

        **(iii)** Challenge the accuracy or com-pleteness of any information in a consumer credit report;

**(f)** Charges for long distance telephone calls to report to, or discuss an actual "identity fraud" with:

   **(i)** Merchants;

   **(ii)** Law enforcement agencies;

   **(iii)** Financial institutions or similar credit grantors; or

   **(iv)** Credit agencies; or

**(g)** Reasonable fees for professional financial advice or professional credit advice.

**(2)** "Identity fraud" means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an "insured person" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

**(3)** "Insured person" means:

   **(a)** For sole proprietorships:

   The individual who is the sole proprietor of the Named Insured shown in the Declaration;

   **(b)** For partnerships:

   Any individual that is a partner of the Named Insured shown in the Declaration;

   **(c)** For corporations or any other type of organization:

   The Chief Executive Officer, and any individual who has an ownership interest of at least twenty percent (20%) of the Named Insured shown in the Declarations.

**c.** The following additional exclusions apply to this Additional Coverage:

We will not pay for:

**(1)** Expenses incurred due to any fraudulent, dishonest or criminal act by:

   **(a)** An "insured person";

   **(b)** Any person aiding or abetting an "insured person"; or

   **(c)** Any authorized representative of an "insured person" whether acting alone or in collusion with others;

**(2)** Expenses incurred that are not related to the identity of an individual; or

**(3)** Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of loss other than Expenses.

**d.** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**e.** Regardless of the amount of the Businessowners Property Coverage Deductible shown in the Declarations, the most we will deduct from any claim for Expenses under this Additional Coverage for any one "identity fraud" is $250.

**f.** The most we will pay under this Additional Coverage is $25,000 for the sum of all covered Expenses arising out of all "identity fraud" against an "insured person" discovered during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement.

**g.** In order for coverage to be provided under this Additional Coverage, you must send to us, within sixty (60) days after our request, receipts, bills or other records that support your claim for Expenses under "identity fraud" coverage.

**10. Unauthorized Business Card Use**

We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

**a.** Fund transfer cards;

**b.** Charge plates; or

**c.** Telephone cards.

The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**11. Utility Services – Direct Damage**

**a.** We will pay for loss of or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

   **(1)** "Water supply services";

   **(2)** "Communication supply services"; or

   **(3)** "Power supply services".

The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $25,000 at each described premises unless a different limit is scheduled in the policy.

**b.** Payments under this Additional Coverage are subject to and not in addition to the applicable Limit of Insurance.

**12. Fine Arts**

a. When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to "fine arts" which are owned by:

(1) You; or

(2) Others and in your care, custody, or control.

We will pay for loss of or damage to "fine arts" caused by or resulting from a Covered Cause of Loss anywhere in the coverage territory.

b. Regardless of the number of premises described the most we will pay for loss or damage under this Additional Coverage in any one occurrence is $100,000 unless a higher limit is shown in the Declarations. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

c. The breakage limitation under Paragraph **A.4.b.(2)** does not apply to this Additional Coverage.

d. The following are the only exclusions that apply to this Additional Coverage:

(1) We will not pay for loss or damage caused by or resulting from wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, birds, rodents or other animals;

(2) We will not pay for loss or damage caused by or resulting from dampness or dryness of atmosphere, or changes in or extremes of temperature;

(3) We will not pay for loss or damage caused by or resulting from any repairing, restoration or retouching process;

(4) Paragraph **B.,1.,c. Governmental Action**;

(5) Paragraph **B.,1.,d. Nuclear Hazard**;

(6) Paragraph **B.,1.,f. War And Military Action**;

(7) Paragraph **B.,2.,k. Neglect**.

e. With the exception of architectural models, the value of "fine arts" will be the least of the following amounts:

(1) The "market value" of the property at the time of loss;

(2) The cost of reasonably restoring that property to its condition immediately before the loss; or

(3) The cost of replacing that property with substantially identical property.

f. For architectural models the value will be determined based on the following:

(1) If the architectural model is repaired or rebuilt, the value will be the cost to repair or rebuild, without deduction for depreciation; but

(2) If the architectural model is not repaired or rebuilt the value will be the lesser of:

(a) Actual cash value of the property at the time of loss; or

(b) The cost of reasonably restoring that property to its condition immediately before the loss.

g. In the event of loss, the value of property will be determined as of the time of loss.

h. The following are added to Paragraph **E. Property Loss Conditions** under **SECTION I – PROPERTY**:

(1) In the case of loss to any pair or set we will:

(a) Repair or replace any part to restore the pair or set to its value before the loss; or

(b) Pay the difference between the value of the pair or set before and after the loss.

(2) You must arrange for the "fine arts" to be packed and unpacked by competent packers.

**13. Newly Acquired Or Constructed Property For Buildings And Business Personal Property**

These Coverage Extensions are changed as follows:

a. The limit applicable to Coverage Extension **a. Newly Acquired Or Constructed Property**, **(1) Buildings** is increased to $1,000,000.

b. The limit applicable to Coverage Extension **a. Newly Acquired Or Constructed Property**, **(2) Business Personal Property** is increased to $500,000.

**14. Business Personal Property Off Premises**

The following replaces Coverage Extension **b. Business Personal Property Off Premises**:

b. **Business Personal Property Off Premises**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend the limit of insurance to apply to direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss while:

(a) In the course of transit to or from the described premises; or

**(b)** Temporarily away from the described premises; and

**(i)** At a premises you do not own, lease or operate; or

**(ii)** At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

**(2)** This Coverage Extension applies to "electronic data" and "computer" only with respect to the following types of property principally used while off the described premises, including accessories and spare parts related to such item:

**(a)** Machinery;

**(b)** Equipment;

**(c)** Tools;

**(d)** Devices; and

**(e)** Scientific instruments, including total Stations, theodolites, and GPS instruments.

**(3)** This Coverage Extension does not apply to property:

**(a)** While in the custody of the United States Postal Service;

**(b)** Rented or leased to others;

**(c)** After delivery to customers;

**(d)** In the care, custody, or control of your salespersons, unless the property is in such care, custody, or control at a fair, trade show, or exhibition;

**(e)** Temporarily at a premises for more than one hundred eighty (180) consecutive days;

**(f)** Otherwise covered under the Fine Arts Additional Coverage; or

**(g)** Otherwise covered under the following Coverage Extensions:

**(i)** Accounts Receivable;

**(ii)** Electronic Data Processing;

**(iii)** Personal Effects; or

**(iv)** Valuable Papers and Records.

**(4)** The most we will pay for loss of or damage to the following types of property while off the described premises is $5,000 for any one item, including accessories, spare parts, "electronic data" and "computers" related to such item:

**(a)** Machinery;

**(b)** Equipment;

**(c)** Tools;

**(d)** Devices; and

**(e)** Scientific instruments, including total Stations, theodolites, and GPS instruments.

**15. Outdoor Property**

The following replaces Coverage Extension **c. Outdoor Property** paragraph **(2)**:

**(2)** The most we will pay for loss or damage under this Extension is $10,000 at each described location, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

**16. Personal Effects**

The following replaces Coverage Extension **d. Personal Effects**:

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or members, your managers or your employees at each described premises.

The most we will pay for loss or damage under this extension is $25,000 at each described premises.

**17. Valuable Papers And Records**

The following replaces Coverage Extension **e. Valuable Papers And Records** paragraph **(1)**:

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit to apply to direct physical loss of or damage to "valuable papers and records" at or away from the described premises, that:

**(a)** You own; or

**(b)** Are owned by others, but in your care, custody, or control;

Caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace, or restore the lost information on "valuable papers and records" for which duplicates do not exist.

Coverage extension **e. Valuable Papers and Records** paragraph **(2)(b)** is deleted.

With respect to the Coverage Extension **e. Valuable Papers and Records**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence is $100,000 unless a higher limit of insurance is scheduled in the Declarations, regardless of the number of described premises involved.

The following is added to the Coverage Extension **e. Valuable Papers and Records**:

With respect "valuable papers and records" of others in your care, custody, or control covered under this Coverage Extension, the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not contribute with such other insurance.

**18. Accounts Receivable**

The following changes Coverage Extensions **f. Accounts Receivable**, paragraph **(2)** as follows:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence, whether at or away from the described premises, is $250,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declaration.

**19. Business Income And Extra Expense – Billable Hours Option**

You may choose to have a covered business income loss paid on a Billable Hours basis. If you do so, the following applies under this Coverage Extension with respect to such loss:

Paragraph **A.5.f.(1)(c)** is replaced by the following:

**(c)** Business Income means:

    **(i)** The income that would have been generated from Billable Hours normally charged by you or to your clients for services performed by you or your employees if no physical loss or damage occurred; and

    **(ii)** Other income of your business that would have been earned or incurred if no physical loss or damage occurred; but

Minus expenses which do not necessarily continue.

Within Paragraph **A.5.f.(1)(c)**, the term Billable Hours replaces the term Net Income as referenced within such provision:

    **(i)** Billable Hours means the dollar value assigned to one hour of service you normally charge to a client for work performed by you or your employees including time charged for support functions such as copying and typing;

    **(ii)** The most we will pay for loss of business income under this Coverage Extension in any one occurrence is $50,000; and

This option is not available for any coverage provided by **A.5. Additional Coverages, i. Civil Authority.**

**20. Computer Fraud**

    **a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit of insurance to apply to loss of or damage to Business Personal Property resulting directly from the use of any "computer" to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises".

    **b.** **Limitations** paragraph **A.4.a.(4)** does not apply to this Coverage Extension.

    **c.** The most we will pay under this Coverage Extension in any one occurrence is $25,000, regardless of the number of premises involved.

**21. Limited Building Coverage – Tenant Obligation**

    a. When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss provided that:

        **(1)** You are a tenant; and

        **(2)** You are contractually obligated to repair or replace that part of a building you occupy as a tenant.

    b. This Coverage Extension does not apply to any otherwise covered:

        **(i)** Building glass; or

        **(ii)** Tenants improvements and betterments as described in Paragraph **A.1.b.(3)**.

    c. The most we will pay under this Coverage Extension in any one occurrence is $10,000 at each described premises.

**22. Water Back Up And Sump Overflow**

    **a.** When a Limit of Insurance is shown in the Declarations for Building or Business Personal Property at the described premises, you may extend that limit of insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain, or sump resulting from:

        **(1)** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

        **(2)** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown.

However, coverage does not apply to loss or damage resulting from an insured's failure to perform routine maintenance or repair necessary to keep a sewer, drain, or sump free from obstruction.

**b.** **Exclusions** paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

**c.** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $25,000 at each described premises unless a higher limit of insurance is shown in the Declarations.

### 23. Utility Services – Time Element

**a.** When you have coverage for Business Income and Extra Expense, you may extend that insurance to apply to the loss of Business Income or Extra Expense caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1)** "Water supply services"; or

**(2)** "Power supply services"; or

**(3)** "Communication supply services".

**b.** We will pay the actual loss sustained from the initial time of service(s) failure at the described premises but only when the service interruption at the described premises exceeds twenty-four (24) hours immediately following the direct physical loss or damage. Coverage does not apply to any reduction of Income after service has been restored to your premises.

**c.** The most we will pay for loss under this Coverage Extension in any one occurrence is $25,000 at each described premises unless a different limit is scheduled in the policy.

### 24. Non-Owned Detached Trailers

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "trailers" that you do not own, provided that:

**(1)** The "trailer" is used in your business;

**(2)** The "trailer" is in your care, custody, or control at the described premises; and

**(3)** You have a contractual responsibility to pay for loss of or damage to the "trailer".

**b.** We will not pay for loss or damage that occurs:

**(1)** While the "trailer" is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

**(2)** During hitching or unhitching operations, or when a "trailer" becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**c.** The most we will pay for loss or damage under this coverage extension in any one occurrence is $5,000 regardless of the number of described premises or "trailers" involved.

**d.** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

### 25. Property Loss Conditions – Replacement Cost

**E. Property Loss Conditions 5. Loss Payment d.(1)(a)** is amended to read:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **SECTION I – PROPERTY** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of like kind and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**E. Property Loss Conditions 5. Loss Payment d.(b)** is deleted.

**E. Property Loss Conditions 8. Vacancy 8.a.(1)(b)** is deleted.

### 26. Money And Securities

The following change is made to **G. Optional Coverages**, **1. Money and Securities**:

Paragraph **c.** is replaced with:

**c.** The most we will pay for loss in any one occurrence is:

**(1)** $25,000 unless a higher limit is shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** $25,000 unless a higher limit is shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

## 27. Employee Dishonesty

Section **G. Optional Coverages**, **2. Employee Dishonesty**, paragraph **c.** is deleted and replaced with the following:

**c.** The most we will pay for loss or damage in any one occurrence is $50,000 unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

## 28. Property Definitions

The following changes are made to **H. Property Definitions:**

"Communications supply services" means property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**a.** Communication transmission lines, including optic fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

"Electronic vandalism" means any acts by persons, other than employees, involving any of the following:

**a.** Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

**b.** Unauthorized computer code or programming that:

**(1)** Deletes, distorts, corrupts or manipulates computer programs, contents, instructions or other electronic or digital data, or otherwise results in damage to "computers" or computer systems to which it is introduced;

**(2)** Replicates itself, impairing the performance of "computers" or computer systems;

**(3)** Gains remote control access to data and programming within "computers" or computer systems to which it is introduced, for uses other than those intended for authorized users of the "computers" or computer systems; or

**(4)** Any other type of computer virus, harmful code or similar instruction introduced on a computer system (including "electronic data"), designed to damage or destroy any part of the computer system or disrupt its normal operation.

As used in this definition, computer system means computer hardware, and "electronic data" stored thereon, as well as associated input and output devices, terminal devices, data storage devices, networking equipment, components, firmware and electronic backup facilities, including systems accessible through the internet, intranets, extranets or virtual private networks.

"Fine arts"

**a.** Means paintings, etchings, pictures, renderings, architectural models, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property with historical value, or artistic merit; and

**b.** Does not mean any glass that is part of a building or structure.

"Headcrash" means physical damage to disks, tapes, or hardware caused by a contact of electro-magnetic heads which read or write information, with such disks or tapes.

"Market value" means the price which the property might be expected to realize if offered for sale in a fair market.

"Power supply services" means the following types of property supplying electricity, steam or gas to the described premises:

**a.** Utility generating plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission lines.

"Trailers" means trailers, semi-trailers, and portable on demand storage shipping containers.

"Water supply services" means the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPACK® FOR PROFESSIONALS
# EQUIPMENT, TOOLS AND WATERCRAFT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Tools and Equipment Coverage | |
|---|---|
| Scheduled Limit of Insurance | $  4,000 |
| Scheduled Tools and Equipment Deductible | $  See Schedule |
| Refer to schedule on file with company for itemized description and values. | |
| Blanket Limit of Insurance | $ |
| Blanket Tools and Equipment Deductible | $ |
| Watercraft Coverage | |
| Scheduled Limit of Insurance | $ |
| Watercraft Deductible | $ |
| Refer to schedule on file with company for itemized description and values. | |
| Theft Deductible | $  No separate theft deductible |
| Additional Premium | $ ▮ |

**SECTION I – PROPERTY** is amended as follows:

1. Paragraph **A.2. Property Not Covered** is amended as follows:

   **a.** When a limit of insurance is indicated for Tools and Equipment coverage in the schedule above, the following is added to Paragraph **A.2. Property Not Covered:**

   "Tools and equipment" while off premises including:

   **(1)** Accessories, whether or not attached; and

   **(2)** "Computer", "Electronic Data", and spare parts, that are specifically designed and intended for use in the maintenance and operation of the "Tools and Equipment" that you own, or that you do not own but that are in your care, custody or control.

   **b.** However, Paragraph **1.a.** of this endorsement does not apply to coverage provided under this endorsement for loss of or damage to property described in Paragraph **a.(1)** caused by a covered cause of loss.

   **c.** Paragraph **A.2.f.** is replaced by the following:

   **f.** Watercraft (including trailers, motors, batteries, fuel containers, depth finders and fire extinguishers) while afloat, unless scheduled;

2. The following changes to **5. Additional Coverages** apply to this endorsement:

   **a.** Section **A.5.f.1. Business Income** is amended to:

   **(1) Business Income**

   **(a)** The most we will pay in any one occurrence for the actual loss of Business Income you sustain caused by or resulting from a Covered Cause of Loss to "Tools and Equipment" and scheduled watercraft is $25,000.

   **(b)** The most we will pay for the actual loss of Business Income you sustain during the "period of restoration" for the sum of all occurrences caused by or resulting from a covered cause of loss to "Tools and Equipment" and scheduled watercraft during each separate twelve (12) month period beginning with the effective date of this policy is $50,000.

PPB 302 04 18                                                                  Page 1 of 4

**b.** Section **A.5.s. Expediting Expenses** is amended to:

In the event of direct physical loss of or damage to Covered "Tools and Equipment" or scheduled watercraft caused by or resulting from a Covered Cause of Loss, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs, expedite permanent repairs, or expedite permanent replacement of the "Tools and Equipment" and scheduled watercraft sustaining loss or damage. Expediting expenses include the extra cost of express service or other means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of "Tools and Equipment" or watercraft.

The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**3.** The following changes to **6. Coverage Extensions** apply to this endorsement:

**a.** Paragraph **A.6.a.(2) Business Personal Property** is amended to:

**(2) Business Personal Property**

We will cover newly acquired "Tools and Equipment" or watercraft that you purchase, lease, rent or borrow during the policy period.

The most we will pay for loss of or damage to newly acquired "Tools and Equipment" and watercraft under this extension is $50,000.

**b.** Paragraph **A.6.a.(3) Period Of Coverage** is amended to:

**(3) Period Of Coverage**

Coverage under this extension will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** Sixty (60) days expire after you acquire the "Tools and Equipment" or watercraft;

**(c)** You report the values to us.

We will charge you additional premium for the values reported from the date you acquire the "Tools and Equipment" or watercraft.

**c.** Paragraph **A.6.b. Personal Property Off-Premises** is amended by adding the following:

This extension does not apply to loss of or damage to property covered under this endorsement.

**4. Coverages**

**a. Tools, Equipment and Watercraft Coverage**

**(1)** The insurance that applies to Business Personal Property is extended to include:

"Tools and equipment" and scheduled watercraft that you own, lease, rent or borrow from others that are in your care, custody, or control including their:

**(a)** Accessories, whether or not attached;

**(b)** "Computer", "Electronic Data", and spare parts, that are specifically designed and intended for use in the maintenance and operation of the "Tools and Equipment"; and

**(c)** Trailers, motors, batteries, fuel containers, depth finders and fire extinguishers that is associated with a schedule watercraft.

**(2)** However, this coverage does not apply to "Tools and equipment" or watercraft:

**(a)** While used underwater; or

**(b)** You have loaned, rented or leased to others without an operator; or

**(c)** That is or will become a permanent part of any building or structure; or

**(d)** That are held for sale.

**(3)** We will cover "Tools and Equipment" and scheduled watercraft damaged due to a covered cause of loss anywhere within the Coverage Territory.

**5.** Section **B.1. Exclusions** is amended as follows:

**a.** With respect to this Coverage, Paragraph **(1)** of Exclusion **B.1.b. Earth Movement** does not apply to loss or damage caused directly or indirectly by earthquake.

**b.** With respect to this Coverage, Paragraph **(1)** of Exclusion **B.1.g. Water** does not apply to loss or damage caused directly or indirectly by flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge).

**c.** With respect to this Coverage the following additional exclusions apply:

We will not pay for loss or damage caused by or resulting from any of the following:

**k.** The weight of a load when it exceeds the designed capacity of any property covered under this Coverage to lift, move or support the load from any position.

**l.** Collision, upset or overturn of any property covered under this Coverage to the extent of any loss of or damage to the tires or inner tubes of such property. But we will pay for the loss of or damage to the tires or inner tubes if the same accident causes other covered loss to the same property covered under this Coverage.

**m.** Resulting from marine life, deterioration, freezing, overheating, or electrolysis.

**6.** The following limits of insurance apply to this endorsement:

**a. Scheduled Limit Of Insurance**

The most we will pay in any one occurrence for direct physical loss of or damage to each item of Covered Property that is individually described in the Schedule is the lesser of:

**(1)** The Limit of Insurance shown in the Schedule for that item; or

**(2)** The replacement cost without deduction for depreciation for "Tools and Equipment" other than described in item (4) below, but no more than you actually spend to repair or replace the lost or damaged covered property with "Tools and Equipment" of like use and quality.

**(3)** The actual cash value for any scheduled watercraft.

**(4)** The actual cash value for any "Tools and Equipment" that are:

Identified in the schedule as insured for actual cash value (ACV); or

More than five (5) years of age at the time of loss, unless identified in the schedule as insured for replacement cost.

**b. Blanket Limit Of Insurance**

The blanket limit of insurance shown in the Schedule is the most we will pay in any one occurrence for the total of all covered losses to Covered Property. However, this Paragraph **b.** does not apply to Covered Property that is subject to a scheduled limit of Insurance in accordance with Paragraph **6.a.** above.

We will pay Covered Property on a blanket limit of Insurance at replacement cost without deduction for depreciation for any "Tools and Equipment" that are five (5) years or newer at the time of loss, but not for more than you actually spend to repair or replace the lost or damaged Covered Property with "Tools and Equipment" of like use and quality.

**7.** The following changes are made to Section **E. Property Loss Conditions, 5. Loss Payment:**

**a.** The following is added to paragraph **c.:**

In case of loss or damage to any part of "Tools and Equipment" or scheduled watercraft consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**b.** The following is added to e.(3).:

**(f)** Equipment and tools that are;

Identified in the schedule as insured for actual cash value (ACV); or

More than five (5) years old at the time of loss, unless identified in the schedule as insured for replacement cost.

**8. Additional Coverage – Rental Expense**

We will pay $5,000 for the expenses you incur for the rental of temporary substitute for Tools, Equipment and Watercraft to continue your work in progress or under contract. Such expenses must be made necessary by direct physical loss to Covered Property caused by or resulting from a Covered Cause of Loss.

Payment under this Coverage is limited to such expenses incurred during the period of time that:

**a.** Begins one "working day" after the direct physical loss unless otherwise stated in the Declarations under the Deductible applicable to this Additional Coverage; and

**b.** Ends when the Covered Property should be repaired or replaced with reasonable speed and similar quality, or the need for the substitute equipment ceases to exist, whichever occurs first.

This period of time will not be cut short by the expiration date of this Coverage Form.

This Coverage does not apply to:

**a.** Any expense incurred if you have suitable substitute equipment available to continue your work in progress; or

**b.** "Tools and Equipment" or watercraft not of the same type or not to be used for the same purpose as the equipment for which it is substituted; or

**c.** Any expense for temporary substitute if the Covered Property was rented.; or

**d.** Any loss of market, loss of income or any consequential loss.

**9.** The following replaces Section **D. Deductibles** paragraph **1.**:

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit shown for "Tools and Equipment" or watercraft.

If more than one scheduled item sustains loss or damage in any one occurrence, we will only apply one deductible amount to the entire loss; however, that deductible will be the largest deductible amount that applies to the loss.

**10.** The following changes in **H. Definitions** apply to this endorsement:

"Period of restoration" means the period of time that:

**a.** Begins twenty-four (24) hours after the time of direct physical loss of or damage for Business Income Coverage; and

**b.** Ends on the date when the "Tools and Equipment" should be repaired, rebuilt, or replaced with reasonable speed and similar quality.

"Tools and Equipment" mean machinery, equipment including mobile equipment not subject to motor vehicle registration, tools, devices and scientific instruments, including total stations, theodolites, and GPS Instruments, and any other item individually described in the Schedule.

"Working Day" means the period of twenty-four (24) consecutive hours of a normally scheduled workday, beginning at midnight following the loss.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION II - LIABILITY

The following exclusion is added to **B. Exclusions:**

This insurance does not apply to "bodily injury," "property damage," "personal and advertising injury," or medical payments arising out of:

1. Asbestos, asbestos fibers or asbestos products or to any obligation of the insured to indemnify another and/or contribute with another because of damages arising out of, or as a result of such "bodily injury," "property damage," "personal and advertising injury," or medical payments;

2. Any supervision, instructions, recommendations, notices, warnings, testing, monitoring or advice given or which should have been given in connection with the manufacturing, selling, renting, consulting, removal, demolition, and/or distributing of asbestos, asbestos fibers or asbestos products or products or premises containing asbestos;

3. Removal of asbestos or products containing asbestos including:

   a. Cost of asbestos removal and replacement with other fire retardant materials;

   b. "Property damage" in the course of removing asbestos, asbestos fibers or asbestos products.

4. Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos fibers, or asbestos products; or

5. Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages, because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos fibers, or asbestos products.

In addition, we shall not be obligated to investigate, to pay any claim or judgment or to defend any "suit" for "bodily injury," "property damage," "personal and advertising injury," or medical payments caused by, resulting from or arising out of asbestos, asbestos fibers or asbestos products.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                    RLI Insurance Company
Named Insured: DeSimone Consulting Engineering Group, LLC

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® FOR PROFESSIONALS
# BLANKET ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION II – LIABILITY

1.  **C. WHO IS AN INSURED** is amended to include as an additional insured any person or organization that you agree in a contract or agreement requiring insurance to include as an additional insured on this policy, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by you or those acting on your behalf:

    **a.** In the performance of your ongoing operations;

    **b.** In connection with premises owned by or rented to you; or

    **c.** In connection with "your work" and included within the "product-completed operations hazard".

2.  The insurance provided to the additional insured by this endorsement is limited as follows:

    **a.** This insurance does not apply on any basis to any person or organization for which coverage as an additional insured specifically is added by another endorsement to this policy.

    **b.** This insurance does not apply to the rendering of or failure to render any "professional services".

    **c.** This endorsement does not increase any of the limits of insurance stated in **D. Liability And Medical Expenses Limits of Insurance**.

3.  The following is added to **SECTION III H.2. Other Insurance – COMMON POLICY CONDITIONS (BUT APPLICABLE ONLY TO SECTION II – LIABILITY)**

    However, if you specifically agree in a contract or agreement that the insurance provided to an additional insured under this policy must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

    **a.** The "bodily injury" or "property damage" for which coverage is sought occurs after you have entered into that contract or agreement; or

    **b.** The "personal and advertising injury" for which coverage is sought arises out of an offense committed after you have entered into that contract or agreement.

4.  The following is added to **SECTION III K. 2. Transfer of Rights of Recovery Against Others to Us – COMMON POLICY CONDITIONS (BUT APPLICABLE TO ONLY TO SECTION II – LIABILITY)**

    We waive any rights of recovery we may have against any person or organization because of payments we make for "bodily injury", "property damage" or "personal and advertising injury" arising out of "your work" performed by you, or on your behalf, under a contract or agreement with that person or organization. We waive these rights only where you have agreed to do so as part of a contract or agreement with such person or organization entered into by you before the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" offense is committed.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

PPB 304 02 12                                                            Page 1 of 1

Policy Number: PSB0008821                                           RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® DISCRIMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION II – LIABILITY

The following exclusion is added to **B. Exclusions**:

This insurance does not apply to "bodily injury," "property damage," "personal and advertising injury," or medical payments arising out of discrimination based on, but not limited to, race, color, creed, sex, religion, age, weight, national origin, gender, handicap, familial preference, or sexual preference.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION II – LIABILITY

The following exclusion is added to **B. Exclusions:**

This insurance does not apply to "bodily injury," "property damage," "personal and advertising injury," or medical payments arising out of:

1. The ingestion, inhalation or absorption of lead in any form or to any obligation of the insured to indemnify another and/or contribute with another because of damages arising out of, or as a result of such "bodily injury," "property damage," "personal and advertising injury," or medical payments;

2. Any supervision, instructions, recommendations, notices, warnings, testing, monitoring or advice given or which should have been given in connection with the manufacturing, selling, renting, consulting, removal, demolition and/or distributing of lead or products or premises containing lead;

3. Removal of lead or products containing lead, including "property damage" in the course of removing lead;

4. Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

5. Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages, because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

In addition, we shall not be obligated to investigate, to pay any claim or judgment or to defend any "suit" for "bodily injury," "property damage," "personal and advertising injury," or medical payments caused by, resulting from or arising out of the ingestion, inhalation or absorption of lead in any form.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

PPB 310 06 10                                                                Page 1 of 1

Policy Number:  PSB0008821                                                RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® FOR DESIGN PROFESSIONALS
# PROFESSIONAL SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION II – LIABILITY

1. **Section II B.1.j. Exclusions**, **Professional Services** is deleted and replaced by the following:

   **j.   Professional Services**

   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any "professional services".

2. The following is added to **Section II F**. **Liability and Medical Expenses Definitions**:

   "Professional services" means any service requiring specialized skill or training including but not limited to the following:

   **a.**  Preparing, approving, or failing to prepare or approve any map, shop drawing, opinion, report, survey, field order, change order, design, drawing, specification, recommendation, permit application, payment request, manual or instruction;

   **b.**  Supervision, inspection, quality control, architectural, engineering or surveying activity or service, job site safety, warning or failure to warn, construction contracting, construction administration, construction management, computer consulting or design, software development or programming service, or selection of a contractor, subcontractor or subconsultant;

   **c.**  Monitoring, testing, or sampling service necessary to perform any of the services included in a. or b. above.

   **d.**  Legal, accounting or advertising services;

   **e.**  Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

   **f.**  Any health or therapeutic service treatment, advice or instruction;

   **g.**  Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

   **h.**  Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

   **i.**  Body piercing services; and

   **j.**  Services in the practice of pharmacy.

   This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any "professional services".

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                              RLI Insurance Company
Named Insured: DeSimone Consulting Engineering Group

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® FOR PROFESSIONALS
# SCHEDULED ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM – SECTION II – LIABILITY

**Schedule**

Name of Person(s) or Organization(s):
 as per schedule to be provided upon request

1. **SECTION II C. Who Is An Insured** is amended to include as an additional insured the person or organization shown in the schedule above, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by you or those acting on your behalf:

   **a.** In the performance of your ongoing operations;

   **b.** In connection with premises owned by or rented to you; or

   **c.** In connection with "your work" and included within the "product-completed operations hazard".

2. The insurance provided to the additional insured by this endorsement is limited as follows:

   **a.** This insurance does not apply to the rendering of or failure to render any "professional services".

   **b.** This endorsement does not increase any of the limits of insurance stated in **D. Liability And Medical Expenses Limits of Insurance**.

3. The following is added to **SECTION III H.2. Other Insurance – COMMON POLICY CONDITIONS (BUT APPLICABLE ONLY TO SECTION II – LIABILITY)**

   However, if you specifically agree in a contract or agreement that the insurance provided to an additional insured under this policy must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such additional insured which covers such additional insured as a named insured, and we will not share with that other insurance, provided that:

   **a.** The "bodily injury" or "property damage" for which coverage is sought occurs after you have entered into that contract or agreement; or

   **b.** The "personal and advertising injury" for which coverage is sought arises out of an offense committed after you have entered into that contract or agreement.

4. The following is added to **SECTION III K.2 Transfer of Rights of Recovery Against Others to Us – COMMON POLICY CONDITIONS (BUT APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)**

   We waive any rights of recovery we may have against any person or organization because of payments we make for "bodily injury", "property damage" or "personal and advertising injury" arising out of "your work" performed by you, or on your behalf, under a contract or agreement with that person or organization. We waive these rights only where you have agreed to do so as part of a contract or agreement with such person or organization entered into by you before the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" offense is committed.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number:  PSB0008821                                                         RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® FOR DESIGN PROFESSIONALS
# LIABILITY ENHANCEMENT

## SCHEDULE OF COVERAGES ADDRESSED BY THIS ENDORSEMENT

A.  **First Aid And Good Samaritan Services**
B.  **Supplementary Payments**
C.  **Reasonable Force – Bodily Injury Or Property Damage**
D.  **Non-Owned Watercraft**
E.  **Canoes Or Rowboats**
F.  **Damage To Premises Rented To You**
G.  **Aircraft Chartered With Crew**
H.  **Electronic Data Liability**
I.  **Who Is An Insured – Newly Acquired Or Formed Organizations**
J.  **Who Is An Insured – Unnamed Partnership Or Joint Venture**
K.  **Additional Insured – Owner, Manager Or Lessor Of Premises Or Leased Equipment**
L.  **Additional Insured – State Or Political Subdivisions – Permits Related To Premises Or Operations**
M.  **General Aggregate Limit – Per Project Or Per Location**
N.  **Knowledge And Notice Of Occurrence Or Offense**
O.  **Amended Bodily Injury Definition**
P.  **Amended Insured Contract Definition – Construction Or Demolition Operations Within 50' Of Railroad**
Q.  **Amended Personal And Advertising Injury Definition – Electronic Material**
R.  **Unintentional Omission**
S.  **Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

PPB 316 11 13                                                                       Page 1 of 7

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM – SECTION II – LIABILITY AND SECTION III AS IT PERTAINS TO LIABILITY ONLY

**A. First Aid And Good Samaritan Services**

**1.** The following is added to **Section II A.1. Business Liability Coverages**

We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" arising out of either the rendering of or failure to render, "First Aid" or "Good Samaritan Services" to any person. For the purposes of this coverage grant, "First Aid" or "Good Samaritan Services" will be deemed to meet the definition of "occurrence". For the purposes of determining the applicable limits of insurance, any act or omission together with all related acts or omissions in the rendering of "First Aid" or "Good Samaritan Services" to any one person will be deemed one "occurrence".

**a.** "First Aid" means initial care for medical attention immediately following a "bodily injury".

**b.** "Good Samaritan Services" means medical attention provided in an emergency and for which no remuneration is demanded or received.

**2.** The insurance provided by this provision shall be excess over any valid and collectible other insurance available to any insured whether primary, excess, contingent or any other basis, except for insurance purchased specifically by you to apply in excess of the limits of Insurance shown in the declarations for Business Liability.

**B. Supplementary Payments**

**Section II A.1.f. Coverage Extension – Supplementary Payments** Paragraphs **1.(b)** and **1.(d)** are deleted and replaced with the following:

**(b)** Up to $2,500 for the cost of bail bonds required because of accidents or traffic violations arising out of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off work.

**C. Reasonable Force – Bodily Injury Or Property Damage**

**Section II B.1.a. Exclusions**, **Expected Or Intended Injury**, is deleted and replaced by the following:

**a. Expected or Intended Injury**

"Bodily Injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**D. Non-Owned Watercraft**

**1.** **Section II B.1.g. Exclusions, Aircraft, Auto Or Watercraft** Subparagraph **(2)** is deleted and replaced by the following:

**(2)** A watercraft you do not own that is:

**(a)** Up to seventy-five (75) feet long; and

**(b)** Not being used to carry persons or property for a charge;

**2.** Only as respects to the insurance provided by this provision **C. Who Is An Insured** is amended to include as an insured any person who, with your express consent uses the watercraft.

**3.** The insurance provided by this provision shall be excess over any valid and collectible other insurance available to the insured, whether primary, excess, contingent or on any other basis, except for the insurance purchased specifically by you to apply in excess of the Limits of Insurance shown in the declarations for this Coverage Part.

**E. Canoes Or Rowboats**

The following is added to the exceptions contained in **Section II B.1.g. Exclusions**, **Aircraft, Auto Or Watercraft:**

**(6)** Any non-motorized canoe or rowboat owned by the insured. Only as respects to the insurance provided by this provision **C. Who Is An Insured** is amended to include as an insured any person who, with your express consent, uses any such canoe or rowboat.

**F. Damage to Premises Rented to You**

**1.** The last paragraph of **Section II B.1. Exclusions – Applicable To Business Liability Coverage** is deleted and replaced by the following:

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in **SECTION II – LIABILITY** do not apply to damage by water, fire, explosion, lightning, or smoke resulting from fire to premises while

rented to you, or temporarily occupied by you with permission by the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in paragraph **D. Liability And Medical Expenses Limits of Insurance** in SECTION II – **LIABILITY**.

2. **Section II F.9.a. Liability And Medical Expenses Definitions**, is deleted and replaced by the following:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by water, fire, explosion, lightning, or smoke resulting from fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

3. This provision does not apply if coverage for Damage To Premises Rented To You is excluded by another endorsement to this policy.

**G. Aircraft Chartered With Crew**

1. The following is added to the exceptions contained in **Section II B.1.g. Exclusions, Aircraft, Auto or Watercraft:**

   **(6)** Any non-owned aircraft chartered to you with a crew including a pilot.

2. The insurance provided by this provision shall be excess over any valid and collectible other insurance available to the insured whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to apply in excess of the Limits of Insurance shown in Declarations.

**H. Electronic Data Liability**

1. **Section II B.1.q. Exclusions** is deleted and replaced by the following:

   **q. Electronic Data**

   Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, disclosure of, display of, theft or misappropriation of or inability to manipulate "electronic data". However this exclusion does not apply to "Property Damage".

2. The following definition is added to **Section II F. Liability And Medical Expenses Definitions:**

   "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives,

cells, data processing devices or any other media which are used with electronically controlled equipment.

3. For the purposes of the coverage provided by this endorsement, **Section II F. Liability And Medical Expenses Definitions,** Paragraph **17.** is deleted and replaced by the following:

   **17.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

   **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

   **d.** Property damage does not mean disclosure of, display of, or theft or misappropriation of electronic data however caused.

   For the purposes of this insurance, "electronic data" is not tangible property.

**I. Who Is An Insured – Newly Acquired Or Formed Organizations**

The following is added to **Section II C. Who Is An Insured:**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

1. Coverage under this provision is afforded only until the one hundred eightieth (180th) day after you acquire or form the organization or the end of the policy period, whichever is earlier;

2. Coverage does not apply for "bodily injury" or "property damage" that occurred before you acquired or formed the organization.

3. Coverage does not apply for "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

4. This provision does not apply to any organization for which coverage is excluded by another endorsement to this policy.

**J. Who Is An Insured – Unnamed Partnership Or Joint Venture**

1. The last paragraph of **Section II C. Who Is An Insured** is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations. However this limitation does not apply to your liability with respect to your conduct of the business of any current or past partnership or joint venture:

a. That is not shown as a Named Insured in the Declarations; and

b. In which you are a member or partner but only if:

(i) Each and every member or partner in that joint venture or partnership is not a construction contractor; and

(ii) The joint venture or partnership is not providing construction contracting services.

2. This provision does not apply to any person or organization for which coverage is excluded by another endorsement to this policy.

3. The insurance provided by this provision shall be excess over any valid and collectible other insurance, whether primary, excess, contingent or on any other basis, which is available covering your liability with respect to your conduct of the business of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations and which is issued to such partnership or joint venture.

**K. Additional Insured – Owner, Manager Or Lessor Of Premises Or Leased Equipment**

**Section II C. Who Is An Insured** is amended to include as an insured:

1. Any person or organization that you have agreed in a contract or agreement to include as an additional insured on this policy, but:

a. Only with respect to liability for "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense committed, after you have entered into that contract or agreement; and

(1) Only if the "bodily injury", "property damage" or "personal and advertising injury" is caused, in whole or in part, by you or any person or organization performing operations on your behalf, and arises out of the ownership, maintenance or use of that part of any premises leased to you under that contract or agreement; or

(2) The "bodily injury", "property damage" or "personal and advertising injury" is caused, in whole or in part, by you or any person or organization performing operations on your behalf, and arises out of the maintenance, operation or use of equipment leased to you by such additional insured.

2. The insurance provided to such additional insured under this provision is subject to the following:

a. The limits of insurance afforded to such additional insured shall be the limits which you agreed to provide in the contract or agreement, or the limits shown in the Declarations, whichever are less; and

b. The insurance afforded to such additional insured does not apply:

(1) To any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense committed, after you cease to be a tenant in that premises;

(2) To any structural alterations, construction or demolition operations performed by or on behalf of such additional insured;

(3) To any premises for which coverage is excluded by another endorsement to this Coverage Part;

(4) To any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense committed, after the equipment lease expires; or

(5) If the equipment is leased with an operator.

3. This provision does not apply on any basis to any person or organization for which coverage as an additional insured specifically is added by another endorsement to this policy.

**L. Additional Insured – State Or Political Subdivisions – Permits Related To Premises Or Operations**

**Section II C. Who Is An Insured** is amended to include as an insured:

**1.** Any state or political subdivision that has issued a permit in connection with premises owned or occupied by, or rented or loaned to, you, but only with respect to "bodily injury", "property damage", "personal and advertising injury" arising out of the existence, ownership, use, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, elevators, street banners or decorations for which that state or political subdivision has issued such permit.

**2.** Any state or political subdivision that has issued a permit, but only with respect to "bodily injury", "property damage", "personal and advertising injury" arising out of operations performed by you or on your behalf for which that state or political subdivision has issued such permit. However, no such state or political subdivision is an insured for:

**a.** "Bodily injury", "property damage", "personal and advertising injury" arising out of operations performed for that state or political subdivision; or

**b.** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**M. General Aggregate Limit – Per Project Or Per Location**

**Section II D. Liability And Medical Expenses Limits of Insurance,** Paragraph **4. Aggregate Limits**. is deleted and replaced by the following:

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

The aggregate limit for all "bodily injury" and "property damage", medical expenses and "personal and advertising injury" other than "bodily injury" or "property damage" included in the "products-completed operations hazard" applies separately to each of your "projects" away from premises owned by or occupied by you or to each of your "locations" owned by or occupied by you.

"Projects" mean an area away from premises owned or rented to you at which you are performing operations pursuant to a contract or agreement. For the purposes of determining the applicable aggregate limit of insurance, each "project" at the same "location" shall be considered a single "project".

For the purposes of this provision, "location" means

**1.** Premises involving the same or connecting lots;

**2.** Premises where connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad; or

**3.** Premises where operations are performed in sections, stages or phases as a continuation of the same contract or agreement, even if the premises do not involve connecting lots.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire; explosion; lightning; smoke resulting from such fire, explosion or lightning; or water while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of **SECTION II – LIABILITY** apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**N. Knowledge And Notice Of Occurrence Or Offense**

The following is added to **Section II E. 2. Liability and Medical Expenses General Conditions, Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Notice of an "occurrence" or of an offense which may result in a claim must be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to you, one of your "executive officers" (if you are a corporation), one of your partners who is an individual (if you are a partnership), one of your managers (if you are a limited liability company), one of your trustees who is an individual (if you are a trust), or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

Knowledge by any other "employee" of an "occurrence" or offense does not imply that you also have such knowledge.

Notice of an "occurrence" or of an offense which may result in a claim will be deemed to be given as soon as practicable to us if it is given in good faith as soon as practicable to your workers' compensation, accident, or health insurer. This applies only if you subsequently give notice of the "occurrence" or offense to us as soon as practicable after you, one of your "executive officers" (if you are a corporation), one of your partners who is an individual (if you are a partnership), one of your managers (if you are a limited liability company), one of your trustees who is an individual (if you are a trust), or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence" or offense may involve this policy.

**O. Amended Bodily Injury Definition**

The definition of "bodily injury" in **Section II F.3. Liability And Medical Expenses Definitions** is deleted and replaced by the following:

"Bodily injury" means injury to the body, sickness, disease, or death. "Bodily injury" also means mental injury, mental anguish, emotional distress, pain and suffering, or shock resulting from injury to the body, sickness, disease or death of any person.

**P. Amended Insured Contract Definition – Construction Or Demolition Operations Within 50' Of Railroad**

1. The definition of "insured contract" in **Section II F.9.c. Liability And Medical Expenses Definitions** is deleted and replaced by the following:

   c. Any easement or license agreement

2. The definition of "insured contract" in **Section II F.9.f.(1) Liability And Medical Expenses Definitions** is deleted.

3. The insurance provided by this provision shall be excess over any valid and collectible Railroad

Protective Liability insurance available to an insured , whether primary, excess, contingent or on any other basis, except for the insurance purchased specifically by you to apply in excess of the Limits of Insurance shown in the declarations for this Coverage Part.

**Q. Amended Personal And Advertising Injury Definition – Electronic Material**

1. The definition of "personal and advertising injury" in **Section II F.14.d. Liability And Medical Expenses Definitions** is deleted and replaced by the following:

   d. Oral, written or electronic publication, in any manner, of material that slanders or libels a person or organization  or disparages a person's or organization's goods, products or services;

2. The definition of "personal and advertising injury" in **Section II F.14.e. Liability And Medical Expenses Definitions** is deleted and replaced by the following:

   e. Oral, written or electronic publication, in any manner, of material that violates a person's right of privacy;

3. **Section II B.1.p.(2) Exclusions** for **Personal And Advertising Injury** is deleted and replaced by the following:

   (2) Arising out of oral, written or electronic publication of material if done by or at the direction of the insured with knowledge of its falsity;

4. **Section II B.1.p.(2) Exclusions** for **Personal And Advertising Injury** is deleted and replaced by the following:

   (3) Arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period;

**R. Unintentional Omission**

The following is added to **SECTION III – COMMON POLICY CONDITIONS** Paragraph **C. Concealment, Misrepresentation Or Fraud (BUT APPLICABLE ONLY TO SECTION II – LIABILITY)**

However as it pertains to Business Liability Coverage only, the unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy shall not prejudice your rights under this insurance. This provision does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

**S.  Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

**SECTION III – COMMON POLICY CONDITIONS** Paragraph **K.2. Transfer of Rights of Recovery Against Others to Us (BUT APPLICABLE ONLY TO SECTION II – LIABILITY)** is deleted and replaced by the following:

**2.**  Applicable to Business Liability Coverage:

We waive any rights of recovery we may have against any person or organization because of payments we make for "bodily injury", "property damage", "personal injury and advertising injury" arising out of:

**a.**  Premises owned by you, temporarily occupied by you with permission of the owner, or leased or rented to you;

**b.**  Ongoing and completed operations performed by you, or on your behalf, under a contract or agreement with that person or organization;

**c.**  Your "work"; or

**d.**  "Your products".

We waive these rights only where you have agreed to do so as part of a contract or agreement entered into by you before the "bodily injury" or "property damage" occurs or the "personal and advertising injury" offense is committed.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® EQUIPMENT BREAKDOWN ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The following is added to Paragraph **A.3. Covered Causes Of Loss** in **SECTION I – PROPERTY**:

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

    **a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **b.** artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

    **c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    **d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    **e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** The following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

    **a.** **Expediting Expenses**

    With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

    **(1)** make temporary repairs; and

    **(2)** expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this coverage is $100,000.

    **b.** **Hazardous Substances**

    We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

    This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

    The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000.

    **c.** **Spoilage**

    **(1)** We will pay:

      **(a)** for physical damage to "perishable goods" due to spoilage;

      **(b)** for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

      **(c)** any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

    **(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would

have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

The most we will pay for loss, damage or expense under this coverage is $100,000.

**d. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000.

**e. Service Interruption**

**(1)** Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** Service Interruption coverage will not apply unless the failure or disruption of service exceeds twenty-four (24) hours immediately following the "accident."

**(3)** The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage.

**f. Business Income and Extra Expense**

Insurance provided under this policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement except for the Billable Hours Option. If Business Income And Extra Expense – Billable Hours Option is part of your policy it is not extended for coverage provided under this Equipment Breakdown Coverage endorsement. For all covered Business Income and Extra Expense, the most we will pay for loss or expense is the applicable limit for Business Income and Extra Expense.

**B.** The following is added to Paragraph **B. Exclusions**:

**Equipment Breakdown Exclusions**

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

**1.** The following exclusions are modified:

**a.** The following is added to Exclusion **B.1.g.**:

However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**b.** As respects this endorsement only, the next to the last paragraph in Exclusion **B.1.h.** is deleted and replaced with the following:

However, if excluded loss or damage, as described in Paragraph **(1)** above results in an "accident," we will pay only for the loss, damage or expense caused by such "accident."

**c.** As respects this endorsement only, the last paragraph of Exclusion **B.2.l.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.l.(1)** through **(7)** results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

**d.** The following is added to Exclusions **B.2.m.** and **B.2.n.**:

We will also pay for direct physical loss or damage caused by an "accident."

**2.** The following exclusions are added:

**a.** We will not pay for loss, damage or expense caused by or resulting from:

**(1)** a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(2)** any of the following:

**(a)** defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind; or

**(b)** misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

**b.** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in **A.1.c.** above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**c.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**d.** We will not pay for any loss or damage to animals.

## C. CONDITIONS

The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

### 1. Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

**a.** your last known address; or

**b.** the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

### 2. Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

### 3. Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than one hundred twenty-five percent (125%) of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**D.** The following definitions are added:

### 1. "Covered equipment"

**a.** "Covered equipment" means Covered Property:

**(1)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is "covered equipment":

**(1)** structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** insulating or refractory material;

**(3)** sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(4)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(5)** "vehicle" or any equipment mounted on a "vehicle";

**(6)** satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(7)** dragline, excavation or construction equipment; or

**(8)** equipment manufactured by you for sale.

### 2. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**3.** "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

**4.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**5.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® GREEN PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION I – PROPERTY

**A.** The following additional coverages are added:

**1. Green Building Upgrades and Related Expenses**

    **a.** Paragraph **E.5.d.(1)** of the Loss Payment Property Loss Condition is amended to include Green Upgrades, meaning reasonable additional costs and related expenses described below to repair or replace lost or damaged parts of Covered Buildings in the event of covered direct physical loss or damage with materials and products that are recognized by a "Green standards-setter" as "Green", subject to all applicable terms and conditions of this endorsement. Repair or replacement of lost or damaged parts of the Covered Property is at our option.

    **b.** Related expenses include the following:

        **i. Waste Reduction And Recycling**

        We will pay your expense to:

        **a)** Reuse or salvage building materials; and

        **b)** Extract and transport recyclable construction waste to appropriate sites;

        but any income received as a result of such waste reduction and recycling reduces the amount of loss that otherwise would have been payable under this endorsement.

        **ii. Design And Engineering Professional Fees**

        We will pay reasonable and customary fees for the services of an accredited architect or engineer with respect to any necessary design and engineering recommendations in the course of repair or replacement of damaged portions of the building.

        **iii. Certification Fees And Related Equipment Testing**

        **a)** We will pay fees imposed by the "Green standards-setter" in order to determine if certification or recertification is appropriate according to the organization's standard.

        **b)** We will pay your reasonable expenses to test building systems and building equipment following their repair or installation as replacements, when such testing is undertaken in the course of submitting to the certification or recertification process.

        **c)** We will not pay for any further modification if the building fails to obtain certification, recertification or a specific level of certification.

        **iv. Building Air-out And Related Air Testing**

        After repair or reconstruction is completed, we will pay your reasonable expenses to flush out the renovated space and/or conduct air quality testing of the renovated space in accordance with the recommended procedures of a "Green standards-setter" and for the purpose of mitigating indoor air quality deficiencies resulting from the repair or reconstruction.

    **c.** The insurance provided under this endorsement applies only if replacement cost valuation applies to the lost or damaged building.

    **d.** In the event of a loss for which we determine that it is necessary to replace a building component (such as a roof) or building system (such as a heating system), such replacement:

PPB 319 11 10

i. Is limited to replacement of the damaged building component or system with a "Green" building component or system which serves the same primary function as the damaged property; and

ii. Does not extend to modification or replacement of any other building component or system. However, we may pay to repair or replace property that is necessarily damaged or destroyed in the course of replacing the damaged building component or system.

For example, if your traditional roof sustains damage and we pay to replace it with a vegetated roof, we would also pay to restore damaged electrical wiring, if any, that ran through the damaged roof and supported the building's existing electrical power system. But in such case we would not pay to replace the electrical wiring with solar panels, because the roof's primary function is not to generate energy or distribute electrical power. (In referring to costs we pay, this example assumes that such costs are within the amount payable as otherwise determined under this endorsement.)

This paragraph **A.1.d.** reinforces the policy's loss settlement provisions in the context of coverage for Green Upgrades, and is not meant to imply broader coverage for replacement of property other than building components or systems.

e. We will not pay any additional cost, above the cost of a Green Upgrade, solely for the purpose of satisfying the minimum requirements or recommended actions or standards of an ordinance or law that regulates the repair, use or construction of a building. However, we will not disallow the cost of a Green Upgrade on the sole basis that such upgrade also falls under the provisions of the ordinance or law.

With respect to coverage for Green Upgrades under this endorsement, we will not pay any cost that is actually paid in loss settlement under another coverage, including but not limited to the Ordinance Or Law Coverage Endorsement or Increased Cost Of Construction Additional Coverage.

f. We will not pay any additional cost to repair or replace damaged property solely for the purpose of achieving points toward certification or recertification of the property by a "Green standards-setter".

g. The following provisions, **i.** through **iv.**, apply to vegetated roofs:

i. With respect to the coverage provided under this endorsement, lawns, trees, shrubs and plants which are part of a vegetated roof are deleted from Property Not Covered.

ii. The Coverage Extension – Outdoor Property does not apply to vegetated roofs.

iii. The Additional Coverage – Limited Coverage For "Fungi", Wet Rot Or Dry Rot does not apply to vegetated roofs.

iv. In addition to the exclusions that otherwise apply to **SECTION I – PROPERTY**, under Paragraph **B. Exclusions**, we will not pay for loss or damage to vegetated roofs caused by or resulting from:

a) Dampness or dryness of atmosphere or of soil supporting the vegetation;

b) Changes in or extremes of temperature;

c) Disease;

d) Frost or hail; or

e) Rain, snow, ice or sleet, whether driven by wind or not.

h. The most we will pay for the Green Building Upgrades and Related Expenses is determined by:

i. Multiplying the percentage shown in the declarations; times

ii. The amount we would otherwise pay for the direct physical loss of or damage to the building, prior to application of any applicable deductible.

iii. However, the most we will pay for the additional cost incurred in any one occurrence, regardless of the number of described premises involved, is $25,000 unless a higher Limit of Insurance is shown in the declarations.

**2. Green Business Personal Property Upgrades**

**a.** Paragraph **E.5.d.(1)** of the Loss Payment Property Loss Condition is amended to include Green Upgrades meaning reasonable additional costs to repair or replace Business Personal Property, in the event of covered direct physical loss or damage, with materials and products that are recognized by a "Green standards-setter" as "Green", subject to all applicable terms and conditions of this endorsement. Repair or replacement of lost or damaged parts of the Covered Property is at our option.

**b.** With respect to business personal property, Green Upgrade Coverage does not apply to:

**i.** Personal property of others;

**ii.** The Coverage Extension for Personal Effects;

**iii.** Leased personal property; or

**iv.** "Stock".

**c.** The most we will pay for the Green Business Personal Property Upgrades is determined by:

**i.** Multiplying the percentage shown in the declarations; times

**ii.** The amount we would otherwise pay for the direct physical loss of or damage to the building, prior to application of any applicable deductible.

**iii.** However, the most we will pay for the additional cost incurred in any one occurrence, regardless of the number of described premises involved, is $25,000 unless a higher Limit of Insurance is shown in the declarations.

**B.** We will not pay under this endorsement unless the property is actually repaired or replaced at the same or another premises, and unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed one year. If the property is being relocated to another premises, the most we will pay for Green Upgrades is the cost of Green Upgrades at the original premises, subject to all other terms and conditions of this endorsement.

We may extend the one-year period in writing during the one year after the loss or damage.

**C.** The insurance provided under this endorsement applies only if replacement cost valuation applies to the lost or damaged Building or Business Personal Property.

**D.** The insurance provided under this endorsement does not apply to any of the following:

**1.** Any building or business personal property in a building that that has been "vacant" for more than sixty (60) days.

**2.** Any property covered under the Newly Acquired or Constructed Property additional coverage.

**E.** We will not pay under this endorsement for the costs associated with enforcement of or conformance to any standard which:

**1.** Requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot;

**2.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot. However, this Paragraph, **E.2.**, does not negate the coverage set forth in Building Air-out And Related Air Testing, provided such coverage applies; or

**3.** You were required to comply with before the loss (even if the property was undamaged) and you failed to comply.

**F.** If you elect not to make a Green Upgrade in the course of necessary repair or replacement of the property that has sustained loss or damage, we will settle the loss to such property in accordance with the applicable terms and conditions of this policy excluding this endorsement.

**G. Business Interruption**

The following provision applies only to the Additional Coverages for Business Income (including Extended Business Income) and Extra Expense:

The "period of restoration" is extended to include the increased period of time attributable to the coverage described in Paragraph **A.1.** and/or Paragraph **A.2.** Such extension is limited to thirty (30) days. However this provision does not increase the amount of coverage available based on the applicable Business Income and Extra Expense provision shown in the declarations.

**H. Definitions**

As used in this endorsement:

**1.** "Green standards-setter" means an organization or governmental agency which produces and maintains guidelines related to Green products and practices. Green standards-setters include but are not limited to:

**a.** The Leadership in Energy and Environmental Design (LEED®) program of the U.S. Green Building Council;

**b.** ENERGY STAR, a joint program of the U.S. Environmental Protection Agency and the U.S. Department of Energy; and

**c.** Green Globes™, a program of the Green Building Initiative.

**2.** "Green" means enhanced energy efficiency or use of environmentally-preferable, sustainable materials, products or methods in design, construction, manufacture or operation, as recognized by a "Green standards-setter".

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                      RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

## SCHEDULE

| Employee Benefits Program: All Employee Benefit Programs | | | |
|---|---|---|---|

| Limit Of Insurance | | Deductible (Each Employee) | Premium |
|---|---|---|---|
| **Each Employee** | **Aggregate** | | |
| $ See Dec Page | $ See Dec Page | $ 0 | $ ▮▮▮ |

| Retroactive Date: 04-30-2020 |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** **Section II – Liability** is amended as follows:

The following is added to Paragraph **A. Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

1.  **Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Paragraph **5.** of this endorsement; and

      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

    **b.** This insurance applies to damages only if:

      **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

      **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

      **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

    **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

      **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

      **(2)** When we make settlement in accordance with Paragraph **a.** above.

      A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – are replaced by Supplementary Payments – and **Employee Benefits Liability.**

**2.** Paragraphs **f.(1)(b)**, **f(2)** and **f.(3) Coverage Extension – Supplementary Payments** do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraph **C.2 Who Is An Insured** is replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

   **1. Limits Of Insurance**

     **a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

       **(1)** Insureds;

       **(2)** "Claims" made or "suits" brought;

       **(3)** Persons or organizations making "claims" or bringing "suits";

       **(4)** Acts, errors or omissions; or

       **(5)** Benefits included in your "employee benefit program".

     **b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

     **c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

       **(1)** An act, error or omission; or

       **(2)** A series of related acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

       However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

       The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

   **2. Deductible**

     **a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

     **b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

     **c.** The terms of this insurance, including those with respect to:

       **(1)** Our right and duty to defend any "suits" seeking those damages; and

       **(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim" apply irrespective of the application of the deductible amount.

     **d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Paragraph **E.2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"** is replaced by the following:

   **2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

     **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

       **(1)** What the act, error or omission was and when it occurred; and

       **(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

     **b.** If a "claim" is made or "suit" is brought against any insured, you must:

       **(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

       **(2)** Notify us as soon as practicable.

       You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

     **c.** You and any other involved insured must:

       **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the

terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions**:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance, group accident or health

insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Paragraphs **F.5.** and **F.18. Liability And Medical Expenses Definitions** are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**I.** **Section I II – Common P olicy C onditions** is amended as follows:

**1.** For the purposes of the coverage provided by this endorsement, Paragraph **H.2. Other Insurance** is replaced by the following:

**2.** This Employee Benefits Liability insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**a.** That is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(1)** No Retroactive Date is shown in the Schedule of this insurance; or

**(2)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this endorsement.

Contains language from © ISO Properties, Inc. with permission

Policy Number: PSB0008821                                                                RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

RLIPack® BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

**Employee Benefits Program:** All Employee Benefit Programs

| Limit Of Insurance | | Deductible (Each Employee) | Premium |
|---|---|---|---|
| **Each Employee** | **Aggregate** | | |
| $ See Dec Page | $ See Dec Page | $ 0 | $ ▮ |

**Retroactive Date:** 04-30-2020

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Liability** is amended as follows:

1. The following is added to Paragraph **A. C overages:**

   **COVERAGE – EMPLOYEE BENEFITS LIABILITY**

   **a. Insuring Agreement**

   (1) We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if any allegations of the "suit" are groundless, false, or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   (a) The amount we will pay for damages is limited as described in Paragraph **5.** of this endorsement; and

   (b) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   (2) This insurance applies to damages only if:

   (a) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

   (b) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

   (c) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **6.** of this endorsement.

   (3) A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   (a) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

   (b) When we make settlement in accordance with Paragraph **a.(1)** above.

   A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

PPB 327NY 04 12              Contains language from © ISO Properties, Inc. with permission              Page 1 of 6

**(4)** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**b. Exclusions**

This insurance does not apply to:

**(1) Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**(2) Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**(3) Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insured.

**(4) Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**(5) Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(a)** Failure of any investment to perform;

**(b)** Errors in providing information on past performance of investment vehicles; or

**(c)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**(6) Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**(7) ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**(8) Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**(9) Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**(10) Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination or other employment-related practices.

**2.** For the purposes of the coverage provided by this endorsement:

**a.** All references to Supplementary Payments are replaced by Supplementary Payments and Employee Benefits Liability.

**b.** Paragraphs **f.(1)(b)**, **f.(2)** and **f.(3) Coverage Extension – Supplementary Payments** do not apply.

**3.** For the purposes of the coverage provided by this endorsement, Paragraph **C.2. Who Is An Insured** is replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

During the period of coverage, including any extended reporting period, a person employed or otherwise affiliated with the insured and covered by the insured's claims-made coverage during such affiliation shall continue to be covered under such coverage and any extended reporting period after such affiliation has ceased for such person's covered acts or omissions during such affiliation.

**4.** For the purposes of the coverage provided by this endorsement, Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

**a. Limits Of Insurance**

(1) The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

    (a) Insureds;

    (b) "Claims" made or "suits" brought;

    (c) Persons or organizations making "claims" or bringing "suits";

    (d) Acts, errors or omissions; or

    (e) Benefits included in your "employee benefits program".

(2) The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

(3) Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

    (a) An act, error or omission; or

    (b) A series of related acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

    However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**b. Deductible**

(1) Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The Limits of Insurance shall not be reduced by the amount of this deductible.

(2) The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

(3) The terms of this insurance, including those with respect to:

    (a) Our right and duty to defend any "suits" seeking those damages; and

    (b) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim";

apply irrespective of the application of the deductible amount.

(4) We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**5.** For the purposes of the coverage provided by this endorsement, Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must also see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**6.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**EXTENDED REPORTING PERIOD**

**a.** A 60 day Extended Reporting Period is automatically included when there is a "termination of coverage", and you will also have the right to purchase an Extended Reporting Period, as described below, if:

**(1)** This endorsement is canceled or not renewed; or

**(2)** There is a reduction in the coverage provided by this endorsement, or if coverage provided by this endorsement is changed in any way less favorable to you: or

**(3)** We renew or replace this endorsement with insurance that does not apply to an act, error, or omission on a claims-made basis.

**b.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**c.** An Extended Reporting Period of either one year or five years is available, but only by an endorsement and for an extra charge.

Within 30 days after "termination of coverage" provided by this endorsement we must advise you in writing of the availability of, the premium for, and the importance of purchasing the Extended Reporting Period of either one year or five years.

However, if the "termination of coverage" is for cancellation due to nonpayment of premium or fraud on the part of the insured;

**(1)** If the claims-made relationship has continued one year or more, we must advise you in writing of the availability of, the premium for, and the importance of purchasing the Extended Reporting Period of either one year or five years; but

**(2)** If the claims-made relationship has continued for less than one year we shall not be required to provide a premium quotation for Extended Reporting Period coverage unless request by the insured.

You must give us written acceptance of the endorsement within the greater of 60 days after the effective date of "termination of coverage" or 30 days from the date of mailing or delivery

of the advice required in the preceding paragraph. For the purpose of determining the length of the Extended Reporting Period, the 60 day automatic Extended Reporting Period shall be included.

Any Extended Reporting Period that applies shall extend to any person covered under the policy, if:

**(1)** The insured entity has been placed in liquidation or bankruptcy or permanently ceases operations; or

**(2)** The insured entity or its designated trustee does not purchase extended reporting period coverage; or

**(3)** Such person requests the extended reporting period within 120 days of the "termination of coverage"; and

The Extended Reporting Period will not go into effect unless the additional premium is paid promptly when due.

We will determine the additional premium in accordance with our rules and rates.

The additional premium for the Extended Reporting Period option of five years will be 100% of the premium shown in the Schedule.

The additional premium for the Extended Reporting Period option of one year will be 90% of the premium shown in the Schedule.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period.

A potential coverage gap may arise upon the expiration of the Extended Reporting Period endorsement.

**d.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The Extended Reporting Period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **4.a.(2)** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **4.a.(3)**.

**7.** For the purposes of the coverage provided by this endorsement, the following definitions are added to Paragraph **F. L iability A nd M edical Expenses Definitions:**

**a.** "Administration" means:

**(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**(2)** Handling records in connection with the "employee benefit program"; or

**(3)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**d.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**(1)** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**(2)** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**(3)** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**(4)** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**(5)** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**e.** "Termination of coverage" means, whether made by the insurer or the insured at any time:

    **(1)** Cancellation or nonrenewal of a policy; or

    **(2)** Decrease in limits, reduction of coverage, increased deductible or self-insured retention, new exclusion, or any other change in coverage less favorable to the insured.

**8.** For the purposes of the coverage provided by this endorsement, Paragraphs **F.5.** and **F.18. Liability And Medical Expenses Definitions** are replaced by the following:

    **5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

    **18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

        **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

        **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**B.** For the purposes of the coverage provided by this endorsement, **Section III – Common Policy Conditions** is amended as follows:

**1.** Paragraph **H.2. Other Insurance** is replaced by the following:

    **2.** This Employee Benefits Liability insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

        **a.** That is effective prior to the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached and that applies to an act, error or omission on other than a claims-made basis, if:

            **(1)** No Retroactive Date is shown in the Schedule of this endorsement; or

            **(2)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this endorsement.

**2.** For the purposes of the coverage provided by this endorsement, the following provision is added to Paragraph **I. Premiums:**

**5.** Any insured who gives us a written request for an Extended Reporting Period described in **6.c.** of this endorsement is responsible for the payment of the resulting additional premium.

Contains language from © ISO Properties, Inc. with permission

Policy Number:  PSB0008821                                          RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® LIMITED PROPERTY ENHANCEMENT

**SCHEDULE OF COVERAGES ADDRESSED BY THIS ENDORSEMENT**

This schedule is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy, including endorsements, must be read it its entirety.

1. **Civil Authority**
2. **Forgery Or Alteration Increased Limit**
3. **Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**
4. **Electronic Data**
5. **Interruption Of Computer Operations**
6. **Contract Penalty Clause**
7. **Identity Fraud Expense**
8. **Unauthorized Business Card Use**
9. **Fine Arts**
10. **Business Personal Property Off Premises**
11. **Personal Effects**
12. **Valuable Papers And Records**
13. **Accounts Receivable**
14. **Business Income And Extra Expense – Billable Hours Option**
15. **Computer Fraud**
16. **Limited Building Coverage – Tenant Obligation**
17. **Non-Owned Detached Trailers**
18. **Property Loss Conditions – Replacement Cost**
19. **Money And Securities**
20. **Employee Dishonesty**
21. **Property Definitions**

PPB 336 04 18                                                      Page 1 of 10

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**1. Civil Authority**

With respect to **Section I – A. 5. Additional Coverages, i. Civil Authority** paragraph **(2)** is deleted and replaced with the following:

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income and necessary Extra Expense will begin twenty-four (24) hours after the time of the first action of civil authority that prohibits access to the described premises unless a longer Business Income and Extra Expense Hour Waiting Period is shown in the declarations, and will end the earlier of:

**(1)** Three (3) consecutive weeks after the date of that action; or

**(2)** When your coverage limit for Business Income and Extra Expense as shown in the declarations ends.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. This Additional Coverage – Civil Authority will not increase the Business Income and Extra Expense Limits of Insurance provided in this policy.

**2. Forgery Or Alteration Increased Limit**

**Section I – A. 5. Additional Coverages, k. Forgery Or Alteration**, paragraph **(4)** is deleted and replaced with the following:

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $25,000, unless a higher Limit of Insurance is shown in the Declarations.

**3. Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**

**a.** With respect to **Section I – A. 5. Additional Coverages, l. Increased Cost Of Construction**, coverage is extended to include:

**(1)** The loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that requires demolition of undamaged parts of the same building.

**(2)** The cost incurred to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(3)** Tenant's Improvements and Betterments as described in Paragraph **A. 1. b. (3)** if:

**(a)** You are a tenant; and

**(b)** A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

**(4)** Business Income and Extra Expense due to an increased "period of restoration" caused by or resulting from the enforcement of any law or ordinance that regulates the construction or repair of any property or requires the tearing down of parts of any property not damaged by a Covered Cause of Loss, however the most we will pay for Business Income and Extra Expense for any increase in the "period of restoration" is the lesser of:

**(a)** $50,000; or

**(b)** The amount of actual and necessary loss you sustain during the increased period of suspension of your "operations".

**b.** The coverages provided by this extension apply only if the building sustains direct physical damage due to a Covered Cause of loss under this policy and such damage results in enforcement of the ordinance or law.

**c.** **Section I – A. 5. Additional Coverages, l. Increased Cost Of Construction**, paragraph **(6)** is deleted and replaced by the following:

**(6)** The most we will pay for the Additional Coverages in Increased Cost Of Construction – Ordinance or Law Expanded Coverage is $250,000 for each described premises or each damaged building if the damaged building is covered under a blanket limit of insurance.

**4. Electronic Data**

With respect to **Section I – A. 5. Additional Coverages, p. Electronic Data**, coverage is extended to apply to "computer", and:

The following replaces **Section I – A. Coverage, 2. Property Not Covered**, paragraph **i.**:

**i.** "Electronic data" (not including "stock") except as provided in Additional Coverages – Electronic Data.

The following exclusions as described in **Section I – B. Exclusions** do not apply to this Additional Coverage:

**a.** Paragraph **1.**, **b. Earth Movement**; or

**b.** Paragraph **2.**, **l. Other Types Of Loss**, paragraph **(6)**.

**Section I – A. 5. Additional Coverages, p. Electronic Data**, paragraph **(2)** is replaced by the following:

**(2)** The Covered Causes of Loss applicable to Business Personal Property include "headcrash", or "electronic vandalism" introduced on a computer system or a network to which it is connected, which is intended to damage, destroy, or disrupt the normal operations of the computer system or a network to which it is connected. But there is no coverage for loss or damage caused by or resulting from:

**(a)** Manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system; or

**(b)** Unexplained or indeterminable failure, malfunction, or slowdown of a computer system, including "electronic data", or the inability to access or properly manipulate "electronic data"; or

**(c)** "Electronic vandalism", unless at the time of loss or damage your computer system or a network to which it is connected:

**(i)** Employs the most current versions, updates and patches of commercially available firewall, anti-virus, anti-spyware and software security protection; and

**(ii)** Has had "electronic data" system backup within seventy-two (72) hours.

**Section I – A. 5. Additional Coverages**, **p. Electronic Data**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Additional Coverage for loss of or damage:

**(a)** To "computer" and to "electronic data", at the described premises, in any one occurrence, is the Limit of Insurance shown in the Declarations for Business Personal Property at such premises, or

**(b)** In any one occurrence for the following is the lesser of $50,000 or the Business Personal Property limit; for

**(i)** Loss of or damage to "computer" and to "electronic data", while in transit or at a premises other than the described premise;

**(ii)** Loss of or damage to duplicates of your "electronic data" while stored at a separate premises from where your original "electronic data" are kept; or for

**(iii)** Loss of or damage to "computer", including such property you newly acquire at each newly acquired premises, but coverage will end when any of the following first occurs:

**i.** This policy expires;

**ii.** One hundred eighty (180) days expire after you acquire the "computer"; or

**iii.** You report values to us.

**(c)** The most we will pay under this Additional Coverage for loss of or damage to "electronic data", including covered loss of Business Income or Extra Expense, caused by or resulting from "electronic vandalism" in any one occurrence is $10,000 unless a higher limit is shown in the Declarations, regardless of the number of premises involved.

With respect to **Section I – A. 5. Additional Coverages**, **p. Electronic Data**, the following paragraph is added:

This Additional Coverage does not apply to property that is otherwise covered under the Business Personal Property Off Premises Coverage Extension.

With respect to **Section I – A. 5. Additional Coverages**, **p. Electronic Data**, **Section I – F. 4. Property General Conditions**, **Policy Period, Coverage Territory**, paragraph **b.** is replaced by the following:

**b.** The coverage territory is worldwide.

**5. Interruption Of Computer Operations**

With respect to **Section I – A. 5. Additional Coverages**, **q. Interruption Of Computer Operations**, paragraphs **(1)** and **(3)** are replaced by the following:

**(1)** You may extend Business Income and Extra Expense limits of insurance to apply to a "suspension" of "operations" caused by an interruption of computer operations due to direct physical loss of or damage to "electronic data" at or away from the described premises caused by or resulting from a Covered Cause of Loss.

**(3)** Unless a higher limit of insurance is shown in the Declarations, the most we will pay under this Additional Coverage is:

**(a)** $100,000 for the sum of all covered interruptions arising out of all Covered Causes of Loss occurring at the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

**(b)** $25,000 in any one occurrence for a covered interruption arising out of a Covered Cause of Loss occurring away from the de-scribed premises. This limit applies regard-less of the number of premises involved.

**(c)** $50,000 for the sum of all covered interruptions arising out of all Covered Cause of Loss occurring away from the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

**(d)** The most we will pay under this Additional Coverage for a covered interruption caused by or resulting from "electronic vandalism" in any one occurrence, regardless of the number of premises involved, is the difference between the limit for "electronic vandalism" under **Section I. – A. 5. Additional Coverages, p. Electronic Data**, paragraph **(3) (c)** and the amount paid under that additional coverage.

With respect to **Section I – A. 5. Additional Coverages, q. Interruption Of Computer Operations**, paragraphs **(2) (a)** and **(b)** are replaced with:

The Covered Causes of Loss that apply to "computer" and "electronic data" apply to coverage provided under this Additional Coverage.

**6. Contract Penalty Clause**

We will pay contract penalties you incur as a result of your failure to deliver your products or services within the time required by such contract, if the failure is solely due to direct physical loss of or damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $25,000 for the sum of all covered contract penalties arising out of all Covered Causes of Loss occurring during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**7. Identity Fraud Expense**

**a.** We will pay for Expenses incurred by an "insured person" as a direct result of any one "identity fraud" first discovered or learned of by such "insured person" during the policy period.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured person", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

**b.** With respect to this Additional Coverage:

**a.** "Expense" means:

**(a)** Costs for affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

**(b)** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

**(c)** Lost income resulting from:

**(i)** Time taken off work to complete fraud affidavits; or

**(ii)** Meeting with or talking to law enforcement agencies, credit agencies or legal counsel; up to a total payment of $15,000, subject to a maximum of $200 per day;

**(d)** Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

**(e)** Reasonable attorney fees to:

**(i)** Defend lawsuits brought against an "insured person" by merchants, financial institutions or their collection agencies;

**(ii)** Remove any criminal or civil judgments wrongly entered against an "insured person"; or

**(iii)** Challenge the accuracy or completeness of any information in a consumer credit report;

**(f)** Charges for long distance telephone calls to report to, or discuss an actual "identity fraud" with:

**(i)** Merchants;

**(ii)** Law enforcement agencies;

**(iii)** Financial institutions or similar credit grantors; or

**(iv)** Credit agencies; or

**(g)** Reasonable fees for professional financial advice or professional credit advice.

**(2)** "Identity fraud" means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an "insured person" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

**(3)** "Insured person" means:

**(a)** For sole proprietorships:

The individual who is the sole proprietor of the Named Insured shown in the Declaration;

**(b)** For partnerships:

Any individual that is a partner of the Named Insured shown in the Declaration;

**(c)** For corporations or any other type of organization:

The Chief Executive Officer, and any individual who has an ownership interest of at least twenty percent (20%) of the Named Insured shown in the Declarations.

**c.** The following additional exclusions apply to this Additional Coverage:

We will not pay for:

**(1)** Expenses incurred due to any fraudulent, dishonest or criminal act by:

**(a)** An "insured person";

**(b)** Any person aiding or abetting an "insured person"; or

**(c)** Any authorized representative of an "insured person" whether acting alone or in collusion with others;

**(2)** Expenses incurred that are not related to the identity of an individual; or

**(3)** Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of loss other than Expenses.

**d.** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**e.** Regardless of the amount of the Business-owners Property Coverage Deductible shown in the Declarations, the most we will deduct from any claim for Expenses under this Additional Coverage for any one "identity fraud" is $250.

**f.** The most we will pay under this Additional Coverage is $25,000 for the sum of all covered Expenses arising out of all "identity fraud" against an "insured person" discovered during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement.

**g.** In order for coverage to be provided under this Additional Coverage, you must send to us, within sixty (60) days after our request, receipts, bills or other records that support your claim for Expenses under "identity fraud" coverage.

**8. Unauthorized Business Card Use**

We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

**a.** Fund transfer cards;

**b.** Charge plates; or

**c.** Telephone cards.

The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**9. Fine Arts**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to "fine arts" which are owned by:

**(1)** You; or

**(2)** Others and in your care, custody, or control.

We will pay for loss of or damage to "fine arts" caused by or resulting from a Covered Cause of Loss anywhere in the coverage territory.

**b.** Regardless of the number of premises described the most we will pay for loss or damage under this Additional Coverage in any one occurrence is $100,000 unless a higher limit is shown in the Declarations. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**c.** The breakage limitation under Paragraph **A. 4. b. (2)** does not apply to this Additional Coverage.

**d.** The following are the only exclusions that apply to this Additional Coverage:

(1) We will not pay for loss or damage caused by or resulting from wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, birds, rodents or other animals;

(2) We will not pay for loss or damage caused by or resulting from dampness or dryness of atmosphere, or changes in or extremes of temperature;

(3) We will not pay for loss or damage caused by or resulting from any repairing, restoration or retouching process;

(4) Paragraph **B. 1. c. Governmental Action**;

(5) Paragraph **B. 1. d. Nuclear Hazard**;

(6) Paragraph **B. 1. e. Utility Services**;

(7) Paragraph **B. 1. f. War And Military Action**;

(8) Paragraph **B. 1. g. Water**;

(9) Paragraph **B. 2. k. Neglect**.

e. With the exception of architectural models, the value of "fine arts" will be the least of the following amounts:

(1) The "market value" of the property at the time of loss;

(2) The cost of reasonably restoring that property to its condition immediately before the loss; or

(3) The cost of replacing that property with substantially identical property.

f. For architectural models the value will be determined based on the following:

(1) If the architectural model is repaired or rebuilt, the value will be the cost to repair or rebuild, without deduction for depreciation; but

(2) If the architectural model is not repaired or rebuilt the value will be the lesser of:

(a) Actual cash value of the property at the time of loss; or

(b) The cost of reasonably restoring that property to its condition immediately before the loss.

g. In the event of loss, the value of property will be determined as of the time of loss.

h. The following are added to Paragraph **E. Property Loss Conditions** under **SECTION I – PROPERTY**:

1. In the case of loss to any pair or set we will:

(a) Repair or replace any part to restore the pair or set to its value before the loss; or

(b) Pay the difference between the value of the pair or set before and after the loss.

(2) You must arrange for the "fine arts" to be packed and unpacked by competent packers.

**10. Business Personal Property Off Premises**

The following replaces Coverage Extension **b. Business Personal Property Off Premises**:

b. **Business Personal Property Off Premises**

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend the limit of insurance to apply to direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss while:

(a) In the course of transit to or from the described premises; or

(b) Temporarily away from the described premises; and

(i) At a premises you do not own, lease or operate; or

(ii) At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

(2) This Coverage Extension applies to "electronic data" and "computer" only with respect to the following types of property principally used while off the described premises, including accessories and spare parts related to such item:

(a) Machinery;

(b) Equipment;

(c) Tools;

(d) Devices; and

(e) Scientific instruments, including total Stations, theodolites, and GPS instruments.

(3) This Coverage Extension does not apply to property:

(a) While in the custody of the United States Postal Service;

(b) Rented or leased to others;

(c) After delivery to customers;

(d) In the care, custody, or control of your salespersons, unless the property is in such care, custody, or control at a fair, trade show, or exhibition;

(e) Temporarily at a premises for more than one hundred eighty (180) consecutive days;

(f) Otherwise covered under the Fine Arts Additional Coverage; or

(g) Otherwise covered under the following Coverage Extensions:

(i) Accounts Receivable;

(ii) Electronic Data Processing;

(iii) Personal Effects; or

(iv) Valuable Papers and Records.

(4) The most we will pay for loss of or damage to the following types of property while off the described premises is $5,000 for any one item, including accessories, spare parts, "electronic data" and "computers" related to such item:

(a) Machinery;

(b) Equipment;

(c) Tools;

(d) Devices; and

(e) Scientific instruments, including total Stations, theodolites, and GPS instruments.

## 11. Personal Effects

The following replaces Coverage Extension **d. Personal Effects**:

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or members, your managers or your employees at each described premises.

The most we will pay for loss or damage under this extension is $25,000 at each described premises.

## 12. Valuable Papers And Records

The following replaces Coverage Extension **e. Valuable Papers And Records** paragraph **(1)**:

(1) When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit to apply to direct physical loss of or damage to "valuable papers and records" at or away from the described premises, that:

(a) You own; or

(b) Are owned by others, but in your care, custody, or control;

Caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace, or restore the lost information on "valuable papers and records" for which duplicates do not exist.

Coverage extension **e. Valuable Papers and Records** paragraph **(2) (b)** is deleted.

With respect to the Coverage Extension **e. Valuable Papers and Records**, paragraph **(3)** is replaced by the following:

(3) The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence is $100,000 unless a higher limit of insurance is scheduled in the Declarations, regardless of the number of described premises involved.

With respect to the Coverage Extension e. **Valuable Papers and Records**, paragraph **(5)** is replaced by the following:

(5) Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:

(a) Paragraph **B. 1. c.** Governmental Action;

(b) Paragraph **B. 1. d.** Nuclear Hazard;

(c) Paragraph **B. 1. f.** War And Military Action;

(d) Paragraph **B. 1. g.** Water;

(e) Paragraph **B. 2. f.** Dishonesty;

(f) Paragraph **B. 2. g.** False Pretense;

(g) Paragraph **B. 2. m. (2)** Errors Or Omissions; and

(h) Paragraph **B. 3.**

The following is added to the Coverage Extension **e. Valuable Papers and Records**:

With respect "valuable papers and records" of others in your care, custody, or control covered under this Coverage Extension, the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not contribute with such other insurance.

## 13. Accounts Receivable

The following changes Coverage Extensions **f. Accounts Receivable**, paragraph **(2)** as follows:

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence, whether at or away from the described premises, is $250,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declaration.

With respect to the Coverage Extension **f. Accounts Receivable**, paragraph **(3)** is replaced by the following:

**(3)** Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B. 1. c.** Governmental Action;

**(b)** Paragraph **B. 1. d.** Nuclear Hazard;

**(c)** Paragraph **B. 1. f.** War And Military Action;

**(d)** Paragraph **B. 1. g.** Water;

**(e)** Paragraph **B. 2. f.** Dishonesty;

**(f)** Paragraph **B. 2. g.** False Pretense;

**(g)** Paragraph **B. 3.** and

**(h)** Paragraph **B. 6.** Accounts Receivable Exclusion.

### 14. Business Income And Extra Expense – Billable Hours Option

You may choose to have a covered business income loss paid on a Billable Hours basis. If you do so, the following applies under this Coverage Extension with respect to such loss:

Paragraph **A. 5. f. (1) (c)** is replaced by the following:

**(c)** Business Income means:

**(i)** The income that would have been generated from Billable Hours normally charged by you or to your clients for services performed by you or your employees if no physical loss or damage occurred; and

**(ii)** Other income of your business that would have been earned or incurred if no physical loss or damage occurred; but

Minus expenses which do not necessarily continue.

Within Paragraph **A. 5. f. (1) (c)**, the term Billable Hours replaces the term Net Income as referenced within such provision:

**(i)** Billable Hours means the dollar value assigned to one hour of service you normally charge to a client for work performed by you or your employees including time charged for support functions such as copying and typing;

**(ii)** The most we will pay for loss of business income under this Coverage Extension in any one occurrence is $25,000; and

This option is not available for any coverage provided by **A. 5. Additional Coverages, i. Civil Authority.**

### 15. Computer Fraud

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit of insurance to apply to loss of or damage to Business Personal Property resulting directly from the use of any "computer" to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises".

**b.** **Limitations** paragraph **A. 4. a. (4)** does not apply to this Coverage Extension.

**c.** The most we will pay under this Coverage Extension in any one occurrence is $25,000, regardless of the number of premises involved.

### 16. Limited Building Coverage – Tenant Obligation

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss provided that:

**(1)** You are a tenant; and

**(2)** You are contractually obligated to repair or replace that part of a building you occupy as a tenant.

**b.** This Coverage Extension does not apply to any otherwise covered:

**(i)** Building glass; or

**(ii)** Tenants improvements and betterments as described in Paragraph **A. 1. b. (3)**.

**c.** The most we will pay under this Coverage Extension in any one occurrence is $10,000 at each described premises.

### 17. Non-Owned Detached Trailers

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "trailers" that you do not own, provided that:

**(1)** The "trailer" is used in your business;

**(2)** The "trailer" is in your care, custody, or control at the described premises; and

**(3)** You have a contractual responsibility to pay for loss of or damage to the "trailer".

**b.** We will not pay for loss or damage that occurs:

**(1)** While the "trailer" is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

**(2)** During hitching or unhitching operations, or when a "trailer" becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**c.** The most we will pay for loss or damage under this coverage extension in any one occurrence is $5,000 regardless of the number of described premises or "trailers" involved.

**d.** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**18. Property Loss Conditions – Replacement Cost**

**E. Property Loss Conditions 5. Loss Payment d. (1) (a)** is amended to read:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** We will pay the cost to repair or replace, after application of the deductible and with-out deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **SECTION I – PROPERTY** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**E. Property Loss Conditions 5. Loss Payment d. (b)** is deleted.

**E. Property Loss Conditions 8. Vacancy 8. a. (1) (b)** is deleted.

**19. Money And Securities**

The following change is made to **G. Optional Coverages, 1. Money and Securities**:

Paragraph **c.** is replaced with:

**c.** The most we will pay for loss in any one occurrence is:

**(1)** $25,000 unless a higher limit is shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** $25,000 unless a higher limit is shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**20. Employee Dishonesty**

Section **G. Optional Coverages, 2. Employee Dishonesty**, paragraph **c.** is deleted and replaced with the following:

**c.** The most we will pay for loss or damage in any one occurrence is $25,000 unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**21. Property Definitions**

The following changes are made to **H. Property Definitions:**

"Electronic vandalism" means any acts by persons, other than employees, involving any of the following:

**a.** Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

**b.** Unauthorized computer code or programming that:

**(1)** Deletes, distorts, corrupts or manipulates computer programs, contents, instructions or other electronic or digital data, or otherwise results in damage to "computers" or computer systems to which it is introduced;

**(2)** Replicates itself, impairing the performance of "computers" or computer systems;

**(3)** Gains remote control access to data and programming within "computers" or computer systems to which it is introduced, for uses other than those intended for authorized users of the "computers" or computer systems; or

**(4)** Any other type of computer virus, harmful code or similar instruction introduced on a computer system (including "electronic data"), designed to damage or destroy any part of the computer system or disrupt its normal operation.

As used in this definition, computer system means computer hardware, and "electronic data" stored thereon, as well as associated input and output devices, terminal devices, data storage devices, networking equipment, components, firmware and electronic backup facilities, including systems accessible through the internet, intranets, extranets or virtual private networks.

"Fine arts"

a. Means paintings, etchings, pictures, renderings, architectural models, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property with historical value, or artistic merit; and

b. Does not mean any glass that is part of a building or structure.

"Headcrash" means physical damage to disks, tapes, or hardware caused by a contact of electro-magnetic heads which read or write information, with such disks or tapes.

"Market value" means the price which the property might be expected to realize if offered for sale in a fair market.

"Trailers" means trailers, semi-trailers, and portable on demand storage shipping containers.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA RLIPack® LIMITED PROPERTY ENHANCEMENT

## SCHEDULE OF COVERAGES ADDRESSED BY THIS ENDORSEMENT

This schedule is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy, including endorsements, must be read it its entirety.

1. **Forgery Or Alteration Increased Limit**
2. **Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**
3. **Electronic Data**
4. **Interruption Of Computer Operations**
5. **Contract Penalty Clause**
6. **Identity Fraud Expense**
7. **Unauthorized Business Card Use**
8. **Fine Arts**
9. **Business Personal Property Off Premises**
10. **Personal Effects**
11. **Valuable Papers And Records**
12. **Accounts Receivable**
13. **Business Income And Extra Expense – Billable Hours Option**
14. **Computer Fraud**
15. **Limited Building Coverage – Tenant Obligation**
16. **Non-Owned Detached Trailers**
17. **Property Loss Conditions – Replacement Cost**
18. **Money And Securities**
19. **Employee Dishonesty**
20. **Property Definitions**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. **Forgery Or Alteration Increased Limit**

   **Section I – A. 5. Additional Coverages, k. Forgery Or Alteration**, paragraph **(4)** is deleted and replaced with the following:

   **(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $25,000, unless a higher Limit of Insurance is shown in the Declarations.

2. **Increased Cost Of Construction – Ordinance Or Law Expanded Coverage**

   a. With respect to **Section I – A. 5. Additional Coverages, I. Increased Cost Of Construction**, coverage is extended to include:

      **(1)** The loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that requires demolition of undamaged parts of the same building.

      **(2)** The cost incurred to demolish and clear the site of undamaged parts of the same building as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

      **(3)** Tenant's Improvements and Betterments as described in Paragraph **A. 1. b. (3)** if:

         **(a)** You are a tenant; and

         **(b)** A Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises.

      **(4)** Business Income and Extra Expense due to an increased "period of restoration" caused by or resulting from the enforcement of any law or ordinance that regulates the construction or repair of any property or requires the tearing down of parts of any property not damaged by a Covered Cause of Loss, however the most we will pay for Business Income and Extra Expense for any increase in the "period of restoration" is the lesser of:

         **(a)** $50,000; or

         **(b)** The amount of actual and necessary loss you sustain during the increased period of suspension of your "operations".

   b. The coverages provided by this extension apply only if the building sustains direct physical damage due to a Covered Cause of loss under this policy and such damage results in enforcement of the ordinance or law.

   c. **Section I – A. 5. Additional Coverages, I. Increased Cost Of Construction**, paragraph **(6)** is deleted and replaced by the following:

      **(6)** The most we will pay for the Additional Coverages in Increased Cost Of Construction – Ordinance or Law Expanded Coverage is $250,000 for each described premises or each damaged building if the damaged building is covered under a blanket limit of insurance.

3. **Electronic Data**

   With respect to **Section I – A. 5. Additional Coverages, p. Electronic Data**, coverage is extended to apply to "computer", and:

   The following replaces **Section I – A. Coverage, 2. Property Not Covered**, paragraph **i.**:

   **i.** "Electronic data" (not including "stock") except as provided in Additional Coverages – Electronic Data.

   The following exclusions as described in **Section I – B. Exclusions** do not apply to this Additional Coverage:

   a. Paragraph **1., b. Earth Movement**; or

   b. Paragraph **2., l. Other Types Of Loss**, paragraph **(6)**.

   **Section I – A. 5. Additional Coverages, p. Electronic Data**, paragraph **(2)** is replaced by the following:

   **(2)** The Covered Causes of Loss applicable to Business Personal Property include "headcrash", or "electronic vandalism" introduced on a computer system or a network to which it is connected, which is intended to damage, destroy, or disrupt the normal operations of the computer system or a network to which it is connected. But there is no coverage for loss or damage caused by or resulting from:

      **(a)** Manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system; or

      **(b)** Unexplained or indeterminable failure, malfunction, or slowdown of a computer system, including "electronic data", or the inability to access or properly manipulate "electronic data"; or

(c) "Electronic vandalism", unless at the time of loss or damage your computer system or a network to which it is connected:

  (i) Employs the most current versions, updates and patches of commercially available firewall, anti-virus, anti-spyware and software security protection; and

  (ii) Has had "electronic data" system back-up within seventy-two (72) hours.

**Section I – A. 5. Additional Coverages**, **p. Electronic Data**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Additional Coverage for loss of or damage:

  **(a)** To "computer" and to "electronic data", at the described premises, in any one occurrence, is the Limit of Insurance shown in the Declarations for Business Personal Property at such premises, or

  **(b)** In any one occurrence for the following is the lesser of $50,000 or the Business Personal Property limit; for

    **(i)** Loss of or damage to "computer" and to "electronic data", while in transit or at a premises other than the described premise;

    **(ii)** Loss of or damage to duplicates of your "electronic data" while stored at a separate premises from where your original "electronic data" are kept; or for

    **(iii)** Loss of or damage to "computer", including such property you newly acquire at each newly acquired premises, but coverage will end when any of the following first occurs:

      **i.** This policy expires;

      **ii.** One hundred eighty (180) days expire after you acquire the "computer"; or

      **iii.** You report values to us.

  **(c)** The most we will pay under this Additional Coverage for loss of or damage to "electronic data", including covered loss of Business Income or Extra Expense, caused by or resulting from "electronic vandalism" in any one occurrence is $10,000 unless a higher limit is shown in the Declarations, regardless of the number of premises involved.

With respect to **Section I – A. 5. Additional Coverages**, **p. Electronic Data**, the following paragraph is added:

This Additional Coverage does not apply to property that is otherwise covered under the Business Personal Property Off Premises Coverage Extension.

With respect to **Section I – A. 5. Additional Coverages**, **p. Electronic Data**, **Section I – F. 4. Property General Conditions**, **Policy Period, Coverage Territory**, paragraph **b.** is replaced by the following:

**b.** The coverage territory is worldwide.

**4.** **Interruption Of Computer Operations**

With respect to **Section I – A. 5. Additional Coverages**, **q. Interruption Of Computer Operations**, paragraphs **(1)** and **(3)** are replaced by the following:

**(1)** You may extend Business Income and Extra Expense limits of insurance to apply to a "suspension" of "operations" caused by an interruption of computer operations due to direct physical loss of or damage to "electronic data" at or away from the described premises caused by or resulting from a Covered Cause of Loss.

**(3)** Unless a higher limit of insurance is shown in the Declarations, the most we will pay under this Additional Coverage is:

  **(a)** $100,000 for the sum of all covered interruptions arising out of all Covered Causes of Loss occurring at the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

  **(b)** $25,000 in any one occurrence for a covered interruption arising out of a Covered Cause of Loss occurring away from the described premises. This limit applies regardless of the number of premises involved.

  **(c)** $50,000 for the sum of all covered interruptions arising out of all Covered Cause of Loss occurring away from the described premises during each separate twelve (12) month period of this policy beginning with the effective date of this policy.

  **(d)** The most we will pay under this Additional Coverage for a covered interruption caused by or resulting from "electronic vandalism" in any one occurrence, regardless of the number of premises involved, is the difference between the limit for "electronic vandalism" under **Section I. – A. 5. Additional Coverages, p. Electronic Data**, paragraph **(3) (c)** and the amount paid under that additional coverage.

With respect to **Section I – A. 5. Additional Coverages**, **q. Interruption Of Computer Operations**, paragraphs **(2) (a)** and **(b)** are replaced with:

The Covered Causes of Loss that apply to "computer" and "electronic data" apply to coverage provided under this Additional Coverage.

**5.  Contract Penalty Clause**

We will pay contract penalties you incur as a result of your failure to deliver your products or services within the time required by such contract, if the failure is solely due to direct physical loss of or damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

The most we will pay under this Additional Coverage is $25,000 for the sum of all covered contract penalties arising out of all Covered Causes of Loss occurring during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**6.  Identity Fraud Expense**

**a.**  We will pay for Expenses incurred by an "insured person" as a direct result of any one "identity fraud" first discovered or learned of by such "insured person" during the policy period.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured person", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

**b.**  With respect to this Additional Coverage:

**a.**  "Expense" means:

**(a)**  Costs for affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies;

**(b)**  Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

**(c)**  Lost income resulting from:

**(i)**  Time taken off work to complete fraud affidavits; or

**(ii)**  Meeting with or talking to law enforcement agencies, credit agencies or legal counsel; up to a total payment of $15,000, subject to a maximum of $200 per day;

**(d)**  Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information;

**(e)**  Reasonable attorney fees to:

**(i)**  Defend lawsuits brought against an "insured person" by merchants, financial institutions or their collection agencies;

**(ii)**  Remove any criminal or civil judgments wrongly entered against an "insured person"; or

**(iii)**  Challenge the accuracy or completeness of any information in a consumer credit report;

**(f)**  Charges for long distance telephone calls to report to, or discuss an actual "identity fraud" with:

**(i)**  Merchants;

**(ii)**  Law enforcement agencies;

**(iii)**  Financial institutions or similar credit grantors; or

**(iv)**  Credit agencies; or

**(g)**  Reasonable fees for professional financial advice or professional credit advice.

**(2)**  "Identity fraud" means:

The act of knowingly transferring or using, without lawful authority, a means of identification of an "insured person" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law; and

**(3)**  "Insured person" means:

**(a)**  For sole proprietorships:

The individual who is the sole proprietor of the Named Insured shown in the Declaration;

**(b)**  For partnerships:

Any individual that is a partner of the Named Insured shown in the Declaration;

**(c)**  For corporations or any other type of organization:

The Chief Executive Officer, and any individual who has an ownership interest of at least twenty percent (20%) of the Named Insured shown in the Declarations.

**c.**  The following additional exclusions apply to this Additional Coverage:

We will not pay for:

**(1)**  Expenses incurred due to any fraudulent, dishonest or criminal act by:

**(a)**  An "insured person";

**(b)** Any person aiding or abetting an "insured person"; or

**(c)** Any authorized representative of an "insured person" whether acting alone or in collusion with others;

**(2)** Expenses incurred that are not related to the identity of an individual; or

**(3)** Loss other than Expenses. Account balances which arise out of fraudulent or unauthorized charges would be one example of loss other than Expenses.

**d.** This Additional Coverage does not apply to Expenses otherwise covered under the Unauthorized Business Card Use Additional Coverage.

**e.** Regardless of the amount of the Businessowners Property Coverage Deductible shown in the Declarations, the most we will deduct from any claim for Expenses under this Additional Coverage for any one "identity fraud" is $250.

**f.** The most we will pay under this Additional Coverage is $25,000 for the sum of all covered Expenses arising out of all "identity fraud" against an "insured person" discovered during each separate twelve (12) month period of this policy beginning with the effective date of this endorsement.

**g.** In order for coverage to be provided under this Additional Coverage, you must send to us, within sixty (60) days after our request, receipts, bills or other records that support your claim for Expenses under "identity fraud" coverage.

**7. Unauthorized Business Card Use**

We will pay for your loss of "money" and charges and costs you incur that result directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

**a.** Fund transfer cards;

**b.** Charge plates; or

**c.** Telephone cards.

The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**8. Fine Arts**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at any described premises, we will pay for direct physical loss of or damage to "fine arts" which are owned by:

**(1)** You; or

**(2)** Others and in your care, custody, or control.

We will pay for loss of or damage to "fine arts" caused by or resulting from a Covered Cause of Loss anywhere in the coverage territory.

**b.** Regardless of the number of premises described the most we will pay for loss or damage under this Additional Coverage in any one occurrence is $100,000 unless a higher limit is shown in the Declarations. The amount we pay under this Additional Coverage is in addition to the Limits of Insurance of **SECTION I – PROPERTY**.

**c.** The breakage limitation under Paragraph **A. 4. b. (2)** does not apply to this Additional Coverage.

**d.** The following are the only exclusions that apply to this Additional Coverage:

**(1)** We will not pay for loss or damage caused by or resulting from wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration, insects, birds, rodents or other animals;

**(2)** We will not pay for loss or damage caused by or resulting from dampness or dryness of atmosphere, or changes in or extremes of temperature;

**(3)** We will not pay for loss or damage caused by or resulting from any repairing, restoration or retouching process;

**(4)** Paragraph **B. 1. c. Governmental Action**;

**(5)** Paragraph **B. 1. d. Nuclear Hazard**;

**(6)** Paragraph **B. 1. e. Utility Services**;

**(7)** Paragraph **B. 1. f. War And Military Action**;

**(8)** Paragraph **B. 1. g. Water**;

**(9)** Paragraph **B. 2. k. Neglect**.

**e.** With the exception of architectural models, the value of "fine arts" will be the least of the following amounts:

**(1)** The "market value" of the property at the time of loss;

**(2)** The cost of reasonably restoring that property to its condition immediately before the loss; or

**(3)** The cost of replacing that property with substantially identical property.

**f.** For architectural models the value will be determined based on the following:

**(1)** If the architectural model is repaired or rebuilt, the value will be the cost to repair or rebuild, without deduction for depreciation; but

**(2)** If the architectural model is not repaired or rebuilt the value will be the lesser of:

**(a)** Actual cash value of the property at the time of loss; or

**(b)** The cost of reasonably restoring that property to its condition immediately before the loss.

**g.** In the event of loss, the value of property will be determined as of the time of loss.

**h.** The following are added to Paragraph **E. Property Loss Conditions** under **SECTION I – PROPERTY**:

1. In the case of loss to any pair or set we will:

**(a)** Repair or replace any part to restore the pair or set to its value before the loss; or

**(b)** Pay the difference between the value of the pair or set before and after the loss.

**(2)** You must arrange for the "fine arts" to be packed and unpacked by competent packers.

**9.** **Business Personal Property Off Premises**

The following replaces Coverage Extension **b. Business Personal Property Off Premises**:

**b.** **Business Personal Property Off Premises**

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend the limit of insurance to apply to direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss while:

**(a)** In the course of transit to or from the described premises; or

**(b)** Temporarily away from the described premises; and

**(i)** At a premises you do not own, lease or operate; or

**(ii)** At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

**(2)** This Coverage Extension applies to "electronic data" and "computer" only with respect to the following types of property principally used while off the described premises, including accessories and spare parts related to such item:

**(a)** Machinery;

**(b)** Equipment;

**(c)** Tools;

**(d)** Devices; and

**(e)** Scientific instruments, including total Stations, theodolites, and GPS instruments.

**(3)** This Coverage Extension does not apply to property:

**(a)** While in the custody of the United States Postal Service;

**(b)** Rented or leased to others;

**(c)** After delivery to customers;

**(d)** In the care, custody, or control of your salespersons, unless the property is in such care, custody, or control at a fair, trade show, or exhibition;

**(e)** Temporarily at a premises for more than one hundred eighty (180) consecutive days;

**(f)** Otherwise covered under the Fine Arts Additional Coverage; or

**(g)** Otherwise covered under the following Coverage Extensions:

**(i)** Accounts Receivable;

**(ii)** Electronic Data Processing;

**(iii)** Personal Effects; or

**(iv)** Valuable Papers and Records.

**(4)** The most we will pay for loss of or damage to the following types of property while off the described premises is $5,000 for any one item, including accessories, spare parts, "electronic data" and "computers" related to such item:

**(a)** Machinery;

**(b)** Equipment;

**(c)** Tools;

**(d)** Devices; and

**(e)** Scientific instruments, including total Stations, theodolites, and GPS instruments.

**10.** **Personal Effects**

The following replaces Coverage Extension **d. Personal Effects**:

**d.** **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or members, your managers or your employees at each described premises.

The most we will pay for loss or damage under this extension is $25,000 at each described premises.

**11. Valuable Papers And Records**

The following replaces Coverage Extension **e. Valuable Papers And Records** paragraph **(1)**:

**(1)** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit to apply to direct physical loss of or damage to "valuable papers and records" at or away from the described premises, that:

    **(a)** You own; or

    **(b)** Are owned by others, but in your care, custody, or control;

Caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace, or restore the lost information on "valuable papers and records" for which duplicates do not exist.

Coverage extension **e. Valuable Papers and Records** paragraph **(2) (b)** is deleted.

With respect to the Coverage Extension **e. Valuable Papers and Records**, paragraph **(3)** is replaced by the following:

**(3)** The most we will pay under this Coverage Extension for loss of or damage to "valuable papers and records" in any one occurrence is $100,000 unless a higher limit of insurance is scheduled in the Declarations, regardless of the number of described premises involved.

With respect to the Coverage Extension e. **Valuable Papers and Records**, paragraph **(5)** is replaced by the following:

**(5)** Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:

    **(a)** Paragraph **B. 1. c.** Governmental Action;

    **(b)** Paragraph **B. 1. d.** Nuclear Hazard;

    **(c)** Paragraph **B. 1. f.** War And Military Action;

    **(d)** Paragraph **B. 1. g.** Water;

    **(e)** Paragraph **B. 2. f.** Dishonesty;

    **(f)** Paragraph **B. 2. g.** False Pretense;

    **(g)** Paragraph **B. 2. m. (2)** Errors Or Omissions; and

    **(h)** Paragraph **B. 3.**

The following is added to the Coverage Extension **e. Valuable Papers and Records**:

With respect "valuable papers and records" of others in your care, custody, or control covered under this Coverage Extension, the owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not contribute with such other insurance.

**12. Accounts Receivable**

The following changes Coverage Extensions **f. Accounts Receivable**, paragraph **(2)** as follows:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence, whether at or away from the described premises, is $250,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declaration.

With respect to the Coverage Extension **f. Accounts Receivable**, paragraph **(3)** is replaced by the following:

**(3)** Paragraph **B. Exclusions** in **SECTION I – PROPERTY** does not apply to this Coverage Extension except for:

    **(a)** Paragraph **B. 1. c.** Governmental Action;

    **(b)** Paragraph **B. 1. d.** Nuclear Hazard;

    **(c)** Paragraph **B. 1. f.** War And Military Action;

    **(d)** Paragraph **B. 1. g.** Water;

    **(e)** Paragraph **B. 2. f.** Dishonesty;

    **(f)** Paragraph **B. 2. g.** False Pretense;

    **(g)** Paragraph **B. 3.** and

    **(h)** Paragraph **B. 6.** Accounts Receivable Exclusion.

**13. Business Income And Extra Expense – Billable Hours Option**

You may choose to have a covered business income loss paid on a Billable Hours basis. If you do so, the following applies under this Coverage Extension with respect to such loss:

Paragraph **A. 5. f. (1) (c)** is replaced by the following:

**(c)** Business Income means:

    **(i)** The income that would have been generated from Billable Hours normally charged by you or to your clients for services performed by you or your employees if no physical loss or damage occurred; and

    **(ii)** Other income of your business that would have been earned or incurred if no physical loss or damage occurred; but

Minus expenses which do not necessarily continue.

Within Paragraph **A. 5. f. (1) (c)**, the term Billable Hours replaces the term Net Income as referenced within such provision:

**(i)** Billable Hours means the dollar value assigned to one hour of service you normally charge to a client for work performed by you or your employees including time charged for support functions such as copying and typing;

**(ii)** The most we will pay for loss of business income under this Coverage Extension in any one occurrence is $25,000; and

This option is not available for any coverage provided by **A. 5. Additional Coverages, i. Civil Authority.**

### 14. Computer Fraud

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that limit of insurance to apply to loss of or damage to Business Personal Property resulting directly from the use of any "computer" to fraudulently cause a transfer of that property from inside the building at the described premises or "banking premises".

**b.** **Limitations** paragraph **A. 4. a. (4)** does not apply to this Coverage Extension.

**c.** The most we will pay under this Coverage Extension in any one occurrence is $25,000, regardless of the number of premises involved.

### 15. Limited Building Coverage – Tenant Obligation

a. When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises you may extend that insurance to apply to direct physical loss of or damage to that part of a building you occupy as a tenant caused by or resulting from a Covered Cause of Loss provided that:

**(1)** You are a tenant; and

**(2)** You are contractually obligated to repair or replace that part of a building you occupy as a tenant.

b. This Coverage Extension does not apply to any otherwise covered:

**(i)** Building glass; or

**(ii)** Tenants improvements and betterments as described in Paragraph **A. 1. b. (3)**.

c. The most we will pay under this Coverage Extension in any one occurrence is $10,000 at each described premises.

### 16. Non-Owned Detached Trailers

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, you may extend that insurance to apply to direct physical loss of or damage to "trailers" that you do not own, provided that:

**(1)** The "trailer" is used in your business;

**(2)** The "trailer" is in your care, custody, or control at the described premises; and

**(3)** You have a contractual responsibility to pay for loss of or damage to the "trailer".

**b.** We will not pay for loss or damage that occurs:

**(1)** While the "trailer" is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

**(2)** During hitching or unhitching operations, or when a "trailer" becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**c.** The most we will pay for loss or damage under this coverage extension in any one occurrence is $5,000 regardless of the number of described premises or "trailers" involved.

**d.** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

### 17. Property Loss Conditions – Replacement Cost

**E. Property Loss Conditions 5. Loss Payment d. (1) (a)** is amended to read:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **SECTION I – PROPERTY** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**E. Property Loss Conditions 5. Loss Payment d. (b)** is deleted.

**E. Property Loss Conditions 8. Vacancy 8. a. (1) (b)** is deleted.

**18. Money And Securities**

The following change is made to **G. Optional Coverages**, **1. Money and Securities**:

Paragraph **c.** is replaced with:

**c.** The most we will pay for loss in any one occurrence is:

   **(1)** $25,000 unless a higher limit is shown in the Declarations for Inside the Premises for "money" and "securities" while:

      **(a)** In or on the described premises; or

      **(b)** Within a bank or savings institution; and

   **(2)** $25,000 unless a higher limit is shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**19. Employee Dishonesty**

Section **G. Optional Coverages**, **2. Employee Dishonesty**, paragraph **c.** is deleted and replaced with the following:

**c.** The most we will pay for loss or damage in any one occurrence is $25,000 unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**20. Property Definitions**

The following changes are made to **H. Property Definitions:**

"Electronic vandalism" means any acts by persons, other than employees, involving any of the following:

**a.** Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems; or

**b.** Unauthorized computer code or programming that:

   **(1)** Deletes, distorts, corrupts or manipulates computer programs, contents, instructions or other electronic or digital data, or otherwise results in damage to "computers" or computer systems to which it is introduced;

   **(2)** Replicates itself, impairing the performance of "computers" or computer systems;

   **(3)** Gains remote control access to data and programming within "computers" or computer systems to which it is introduced, for uses other than those intended for authorized users of the "computers" or computer systems; or

   **(4)** Any other type of computer virus, harmful code or similar instruction introduced on a computer system (including "electronic data"), designed to damage or destroy any part of the computer system or disrupt its normal operation.

As used in this definition, computer system means computer hardware, and "electronic data" stored thereon, as well as associated input and output devices, terminal devices, data storage devices, networking equipment, components, firmware and electronic backup facilities, including systems accessible through the internet, intranets, extranets or virtual private networks.

"Fine arts"

**a.** Means paintings, etchings, pictures, renderings, architectural models, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property with historical value, or artistic merit; and

**b.** Does not mean any glass that is part of a building or structure.

"Headcrash" means physical damage to disks, tapes, or hardware caused by a contact of electro-magnetic heads which read or write information, with such disks or tapes.

"Market value" means the price which the property might be expected to realize if offered for sale in a fair market.

"Trailers" means trailers, semi-trailers, and portable on demand storage shipping containers.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® CONNECTICUT AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

RLIPack® EQUIPMENT BREAKDOWN ENDORSEMENT

Additional Coverage – Equipment Breakdown **A.1.c.** Spoilage is replaced by the following:

**c. Spoilage**

**(1)** We will pay:

**(a)** For physical damage to "perishable goods" due to spoilage;

**(b)** For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(d)** If Service Interruption is covered, for "perishable goods" that is perishable food donated to a temporary emergency shelter operated or supervised by a municipality or the state during a state of emergency for a limited time period, if all of the following apply:

**(i)** The Governor proclaims that a state of emergency exists;

**(ii)** As a result or as part of such emergency, an electrical outage or interruption of electrical service to the described premises has occurred and is forecast by the electric supplier to the described premises to last longer at the described premises than the time period prescribed by the Department of Public Health or local director of health, or an authorized agent thereof, for the safe handling of perishable food;

**(iii)** Such perishable food:

**1.** Has not been deemed to be adulterated, as defined in section 21a-101 of the Connecticut General Statutes by the Department of Consumer Protection or its authorized agent, and has not been embargoed or ordered to be destroyed, by the Department of Public Health or a local director of health or authorized agent thereof;

**2.** Is fit for human consumption; and

**3.** Is donated prior to the expiration of the time period described in subparagraph (ii) above;

**(iv)** You provide us written documentation from such shelter that states the date and time of such donation; and

**(v)** Your food establishment donating the perishable food is classified as class III or class IV pursuant to regulations adopted under section 19a-36 of the Connecticut General Statutes.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

The most we will pay for loss, damage or expense under this coverage is $100,000.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® TEXAS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

RLIPack® EQUIPMENT BREAKDOWN ENDORSEMENT

**A.** The following coverages are added:

**1. Defense**

If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control that was directly caused by an "accident" to "covered equipment" we will either:

a. Settle the claim or "suit"; or

b. Defend you against the claim or "suit" but keep for ourselves the right to settle it at any point.

**2. Supplementary Payments**

We will pay, with respect to any claim or "suit" we defend:

a. All expenses we incur;

b. The cost of bonds to release attachments, but only for bond amounts within the Limit of Insurance. We do not have to furnish these bonds;

c. All reasonable expenses incurred by you at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work;

d. All costs taxed against you in any "suit" we defend;

e. Pre-judgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer; and

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the Limit of Insurance shown in the Declarations.

These payments will not reduce the Limit of Insurance.

**B.** As respects Equipment Breakdown Coverage only, the following are added:

**1. Bankruptcy**

The bankruptcy or insolvency of you or your estate will not relieve us of an obligation under this coverage section.

**2. Legal Action Against Us**

No one may bring a legal action against us under this Equipment Breakdown coverage unless:

**a.** There has been full compliance with all the terms of this Equipment Breakdown coverage; and

**b.** The action is brought within 2 years and 1 day from the date that cause of action first accrues.

**c.** We agree in writing that you have an obligation to pay for damage to Covered Property of others or until the amount of that obligation has been determined by final judgment or arbitration award. No one has the right under this policy to bring us into an action to determine your liability.

PPB 345TX 04 15                                                              Page 1 of 2

**C.** With respect to Equipment Breakdown Coverage only, the following Definition is added:

"Suit" means a civil proceeding and includes:

    **1.** An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

    **2.** Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number:PSB0008821                                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® FOR PROFESSIONALS
# EQUIPMENT AND TOOLS SCHEDULE

This schedule modifies insurance provided under the **RLIPACK® FOR PROFESSIONALS EQUIPMENT, TOOLS AND WATERCRAFT ENDORSEMENT.**

| Item No. | ACV | Description (Year/Make/Model) | Identification/ Serial Number | Limit of Insurance | Deductible |
|---|---|---|---|---|---|
| 1 | | DJI Mavic Pro | FA33PW4KTM | $2,000 | $500 |
| 2 | | DJI Phantom 4 Pro | FA39NNRTFX | $2,000 | $500 |
| | | | | $ | |
| | | | | $ | |
| | | | | $ | |
| | | | | $ | |

- **Replacement cost coverage applies unless ACV (actual cash value) is marked.**
- **Deductible may be a dollar amount or a percentage.**

The following provisions apply:

The Deductible, as shown in the Schedule, applies to the item specified for each covered loss or damage occurrence. If no deductible shows on this schedule, the deductible shown in the **RLIPACK® FOR PROFESSIONALS EQUIPMENT, TOOLS AND WATERCRAFT ENDORSEMENT** will apply.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of any exclusion in this policy.

**DEDUCTIBLE CALCULATION**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to either the dollar amount, or the percentage (%), as shown in the Schedule, of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under item 3. of the RLIPack For Professionals Equipment, Tools, And Watercraft Endorsement for newly acquired "Tools and Equipment" that you purchase, lease, rent or borrow during the policy period, we will use the deductible shown in the Schedule that develops the largest deductible amount when determining the applicable deductible to apply to the loss or damage for Newly Acquired "Tools and Equipment".

Information required to complete this Schedule, if not shown above, will be kept on file.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: PSB0008821                                               RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED COVERAGE FOR DESIGNATED UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| | |
|---|---|
| X | **A.** Bodily Injury And Property Damage Limited Coverage (applicable only if an "X" is shown in the box) |

| **Description Of Unmanned Aircraft** |
|---|
| "See unmanned aircraft schedule below" |

| **Description Of Operation(s) Or Project(s)** |
|---|
| Anywhere within the "coverage territory" where the insured owns, maintains, uses, or operates an "unmanned aircraft", but only for coverage provided by this endorsement. |

| | |
|---|---|
| X | **B.** Personal And Advertising Injury Limited Coverage (applicable only if an "X" is shown in the box) |

| **Description Of Unmanned Aircraft** |
|---|
| "See unmanned aircraft schedule below" |

| **Description Of Operation(s) Or Project(s)** |
|---|
| Anywhere within the "coverage territory" where the insured owns, maintains, uses, or operates an "unmanned aircraft", but only for coverage provided by this endorsement. |

| | |
|---|---|
| X | **C.** Hired and Non-Owned Unmanned Aircraft (applicable only if an "X" is shown in the box) |

| **Limit Of Insurance** | |
|---|---|
| **Unmanned Aircraft Liability Aggregate Limit:** | **$1,000,000** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Liability** is amended as follows:

**A.** Exclusion **B.1.g.** is replaced by the following:

This insurance does not apply to:

**g.  Aircraft, Auto Or Watercraft**

**(1)  Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft" specifically covered pursuant to the provisions in the following paragraph **g.(2)** of this endorsement), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other

wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g. (1)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)**  Less than 51 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

> **(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

> **(ii)** The operation of any of the following machinery or equipment:

>> **i.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

>> **ii.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**(2) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

If shown as applicable in Section **A.** of the Schedule, this Paragraph **g.(2)** does not apply to "unmanned aircraft" described in Section **A.** of the Schedule, but only with respect to the operation(s) or project(s) described in Section **A.** of the Schedule.

If shown as applicable in Section **C.** of the Schedule, this Paragraph **g.(2)** does not apply to Hired and Non-Owned "unmanned aircraft".

**B.** The following is added to Exclusion **B.1.p. Personal And Advertising Injury:**

This insurance does not apply to:

> "Personal and advertising injury":

> Arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

> This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

> This exclusion does not apply to:

>> **(1)** The use of another's advertising idea in your "advertisement"; or

>> **(2)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

> If shown as applicable in Section **B.** of the Schedule, this exclusion does not apply to "personal advertising injury" arising out of the ownership use or entrustment to others of any "unmanned aircraft" described in Section **B.** of the Schedule, but only with respect to the operation(s) or project(s) described in Section **B.** of the Schedule.

> If shown as applicable in Section **C.** of the Schedule, this exclusion does not apply to "personal advertising injury" arising out of the ownership, use or entrustment to others of any "unmanned aircraft" described in Section **C.** of the Schedule.

**C.** If an Unmanned Aircraft Liability Aggregate Limit is shown in the Schedule, the following provisions are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

> **5.** **a.** The Unmanned Aircraft Liability Aggregate Limit shown in the Schedule is the most we will pay for the sum of all damages because of all:

>> **i.** "Bodily injury", "property damage" and medical expenses (if coverage is indicated in Section **A.** of the Schedule); and

>> **ii.** "Personal and advertising injury" (if coverage is indicated in Section **B.** of the Schedule);

arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**b.** The Unmanned Aircraft Liability Limit erodes the applicable Aggregate Limit described in Paragraph **D.4.a.** or **D.4.b.**

**c.** If the applicable Aggregate Limit described in Paragraph **D.4.a.** or **b.** is eroded by an amount greater than the Aggregate Limit minus the Unmanned Aircraft Liability Aggregate Limit, then the Unmanned Aircraft Liability Limit is the amount shown in the Schedule minus the amount of erosion greater than the Aggregate Limit minus the Unmanned Aircraft Liability Limit.

**D.** The following definition is added to Paragraph **F. Liability And Medical Expenses Definitions:**

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

"Hired unmanned aircraft" means any "unmanned aircraft" you lease, hire, rent or borrow from others. This does not include any "unmanned aircraft" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

"Non-owned unmanned aircraft" means any "unmanned aircraft" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "unmanned aircraft" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business.

**E.** For the purposes of this endorsement exclusion **B.1. j. Professional Services** does not apply when caused by the ownership, maintenance, use or operation including loading or unloading of any "unmanned aircraft" shown in the schedule above, to:

**1.** "Bodily injury", "property damage" and medical expenses if coverage is indicated in Section **A.** of the Schedule; and

**2.** "Personal and advertising injury" if coverage is indicated in Section **B.** of the Schedule.

**F.** When coverage for an "unmanned aircraft" applies under this policy and under any other policy(ies) or coverage section(s) issued by us or any other subsidiary of RLI Corp., the maximum liability under this policy and all other such policies combined, for the sum of all loss or damage, shall not exceed the largest single available Limit of Liability under any such policy or coverage section, including this policy.

**G.** For the purposes of this endorsement, the following is added to Paragraph **H. 2. Other Insurance** in Section **III – Common Policy Conditions**:

**c.** Any other insurance, whether primary or excess, covering an "unmanned aircraft" referenced in Section **A.**, Section **B.**, or Section **C.** of the Schedule that is not operated by an insured.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

| Description of Unmanned Aircraft Schedule |
|---|
| "Hired unmanned aircraft" and "non-owned unmanned aircraft" that do not exceed 55 pounds. |

| | |
|---|---|
| 1 | DJI Mavic Pro FA33PW4KTM |
| 2 | DJI Phantom 4 Pro FA39NNRTFX |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

Policy Number: PSB0008821                                          RLI Insurance Company
Named Insured: DeSimone Consulting Engineering Group, LLC

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® NOTICE OF CANCELLATION OR NONRENEWAL – DESIGNATED PERSON OR ORGANIZATION

**Schedule**

Designated Person or Organization:
 As per schedule to be provided upon request

Email Address:

US Mail Address:

If we cancel or chose to nonrenew this policy for any reason other than nonpayment of premium we will provide written notice at least ( 30 ) days before the effective date of the cancellation or nonrenewal to the designated person or organization in the above schedule.

Such notice will be sent via the US mail address or E-mail address listed above. Proof of mailing or e-mailing will be sufficient proof of notice.

BUSINESSOWNERS
BP 01 59 08 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion under **Section I – Property.**

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.,** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.,** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

© Insurance Services Office, Inc., 2008

POLICY NUMBER: PSB0008821                                                    **BUSINESSOWNERS**
                                                                              **BP 03 12 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Windstorm Or Hail Deductible Percentage (Enter 1%, 2% Or 5%) |
|:---:|:---:|
| 7 - 1 | 2 % |
|  | % |
|  | % |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

The following provisions apply to **Section I – Property:**

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

With respect to Covered Property at a premises identified in the Schedule, no other deductible applies to Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATION**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

**1.** Each building that sustains loss or damage;

**2.** The personal property at each building at which there is loss or damage to personal property;

**3.** Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**EXAMPLE – APPLICATION OF DEDUCTIBLE**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property.

The Deductible is 2%.

**BUILDING**

Step **(1):** $80,000 X 2% = $1,600

Step **(2):** $60,000 – $1,600 = $58,400

**BP 03 12 01 10**               © Insurance Services Office, Inc., 2009               **Page 1 of 2**   ☐

**PERSONAL PROPERTY**

Step **(1):** $64,000 X 2% = $1,280

Step **(2):** $40,000 − $1,280 = $38,720

The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

© Insurance Services Office, Inc., 2009

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II – Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**BUSINESSOWNERS**
**BP 04 17 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions** in **Section II – Liability:**

This insurance does not apply to:

1. "Bodily injury" or "personal and advertising injury" to:

   **a.** A person arising out of any:

      **(1)** Refusal to employ that person;

      **(2)** Termination of that person's employment; or

      **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   **b.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(1), (2)** or **(3)** above is directed.

2. This exclusion applies:

   **a.** Whether the insured may be liable as an employer or in any other capacity; and

   **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 04 30 01 06**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable: |
|---|---|---|---|
| 9 | 1 | P-1 | |
| | | | |
| | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the **Property General Conditions** in **Section I – Property:**

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**a. "P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**(1)** Any automatic fire protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protection mains.

**(2)** When supplied from an automatic fire protective system:

**(a)** Non-automatic fire protective systems; and

**(b)** Hydrants, standpipes and outlets.

**b. "P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**(1)** Connected to a central station; or

**(2)** Reporting to a public or private fire alarm station.

**c. "P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**d. "P-4" Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

**e. "P-9",** the protective system described in the Schedule.

© ISO Properties, Inc., 2004

**B.** The following is added to Paragraph **B. Exclusions** in **Section I – Property:**

We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

© ISO Properties, Inc., 2004

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 04 30 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable |
|---|---|---|---|
| 1 | 1 | P-1 | |
| 2 | 1 | P-1 | |
| 3 | 1 | P-1 | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to the **Property General Conditions** in **Section I – Property:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

   **a. "P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   **(1)** Any automatic fire protective or extinguishing system, including connected:

      **(a)** Sprinklers and discharge nozzles;

      **(b)** Ducts, pipes, valves and fittings;

      **(c)** Tanks, their component parts and supports; and

      **(d)** Pumps and private fire protection mains.

   **(2)** When supplied from an automatic fire protective system:

      **(a)** Nonautomatic fire protective systems; and

      **(b)** Hydrants, standpipes and outlets.

   **b. "P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   **(1)** Connected to a central station; or

   **(2)** Reporting to a public or private fire alarm station.

   **c. "P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **d. "P-4" Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

   **e. "P-5" Automatic Commercial Cooking Exhaust And Extinguishing System,** installed on cooking appliances and having the following components:

   **(1)** Hood;

**(2)** Grease removal device;

**(3)** Duct system; and

**(4)** Wet chemical fire extinguishing equipment.

**f. "P-9",** the protective system described in the Schedule.

**B.** The following is added to Paragraph **B. Exclusions** in **Section I – Property:**

We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS
BP 04 30 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable |
|---|---|---|---|
| 4 | 1 | P-1 | |
| 5 | 1 | P-1 | |
| 6 | 1 | P-1 | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to the **Property General Conditions** in **Section I – Property:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**a. "P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**(1)** Any automatic fire protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protection mains.

**(2)** When supplied from an automatic fire protective system:

**(a)** Nonautomatic fire protective systems; and

**(b)** Hydrants, standpipes and outlets.

**b. "P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**(1)** Connected to a central station; or

**(2)** Reporting to a public or private fire alarm station.

**c. "P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**d. "P-4" Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

**e. "P-5" Automatic Commercial Cooking Exhaust And Extinguishing System,** installed on cooking appliances and having the following components:

**(1)** Hood;

© Insurance Services Office, Inc., 2012

**(2)** Grease removal device;

**(3)** Duct system; and

**(4)** Wet chemical fire extinguishing equipment.

**f. "P-9",** the protective system described in the Schedule.

**B.** The following is added to Paragraph **B. Exclusions** in **Section I – Property:**

We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 04 30 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable |
|---|---|---|---|
| 7 | 1 | P-1 | |
| 8 | 1 | P-1 | |
| | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the **Property General Conditions** in **Section I – Property:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**a. "P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**(1)** Any automatic fire protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protection mains.

**(2)** When supplied from an automatic fire protective system:

**(a)** Nonautomatic fire protective systems; and

**(b)** Hydrants, standpipes and outlets.

**b. "P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**(1)** Connected to a central station; or

**(2)** Reporting to a public or private fire alarm station.

**c. "P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**d. "P-4" Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

**e. "P-5" Automatic Commercial Cooking Exhaust And Extinguishing System,** installed on cooking appliances and having the following components:

**(1)** Hood;

**BP 04 30 07 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

**(2)** Grease removal device;

**(3)** Duct system; and

**(4)** Wet chemical fire extinguishing equipment.

**f. "P-9",** the protective system described in the Schedule.

**B.** The following is added to Paragraph **B. Exclusions** in **Section I – Property:**

We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

POLICY NUMBER: PSB0008821

BUSINESSOWNERS
BP 04 98 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| **Employee Benefits Program:** All Employee Benefit Programs | | | |
|---|---|---|---|
| **Limit Of Insurance** | | **Deductible (Each Employee)** | **Premium** |
| **Each Employee** | **Aggregate** | | |
| $ See Dec Page | $ See Dec Page | $ 0 | $ ▇ |
| **Retroactive Date:** 04-30-2020 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. Section II – Liability** is amended as follows:

  1. The following is added to Paragraph **A. Coverages:**

     **COVERAGE – EMPLOYEE BENEFITS LIABILITY**

     **a. Insuring Agreement**

       **(1)** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

         **(a)** The amount we will pay for damages is limited as described in Paragraph **5.** of this endorsement; and

         **(b)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

       No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

       **(2)** This insurance applies to damages only if:

         **(a)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

         **(b)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

© ISO Properties, Inc., 2004

(c) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **6.** of this endorsement.

(3) A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

(a) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

(b) When we make settlement in accordance with Paragraph **a.(1)** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

(4) All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**b. Exclusions**

This insurance does not apply to:

(1) **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

(2) **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

(3) **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insured.

(4) **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

(5) **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(a) Failure of any investment to perform;

(b) Errors in providing information on past performance of investment vehicles; or

(c) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

(6) **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

(7) **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

(8) **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

(9) **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

(10) **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination or other employment-related practices.

**2.** For the purposes of the coverage provided by this endorsement:

**a.** All references to Supplementary Payments are replaced by Supplementary Payments and Employee Benefits Liability.

**b.** Paragraphs **f.(1)(b)**, **f.(2)** and **f.(3) Coverage Extension – Supplementary Payments** do not apply.

   © ISO Properties, Inc., 2004

**3.** For the purposes of the coverage provided by this endorsement, Paragraph **C.2. Who Is An Insured** is replaced by the following:

   **2.** Each of the following is also an insured:

     **a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

     **b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

     **c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

**4.** For the purposes of the coverage provided by this endorsement, Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

   **a. Limits Of Insurance**

     **(1)** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

       **(a)** Insureds;

       **(b)** "Claims" made or "suits" brought;

       **(c)** Persons or organizations making "claims" or bringing "suits";

       **(d)** Acts, errors or omissions; or

       **(e)** Benefits included in your "employee benefits program".

     **(2)** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

     **(3)** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

       **(a)** An act, error or omission; or

       **(b)** A series of related acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

   **b. Deductible**

     **(1)** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The Limits of Insurance shall not be reduced by the amount of this deductible.

     **(2)** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

     **(3)** The terms of this insurance, including those with respect to:

       **(a)** Our right and duty to defend any "suits" seeking those damages; and

       **(b)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim";

     apply irrespective of the application of the deductible amount.

     **(4)** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

5. For the purposes of the coverage provided by this endorsement, Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

     **(1)** What the act, error or omission was and when it occurred; and

     **(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   **b.** If a "claim" is made or "suit" is brought against any insured, you must:

     **(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

     **(2)** Notify us as soon as practicable.

     You must also see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

6. For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**EXTENDED REPORTING PERIOD**

   **a.** You will have the right to purchase an Extended Reporting Period, as described below, if:

     **(1)** This endorsement is canceled or not renewed; or

     **(2)** We renew or replace this endorsement with insurance that:

       **(a)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

       **(b)** Does not apply to an act, error or omission on a claims-made basis.

   **b.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

   **c.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

     You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

     We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

     **(1)** The "employee benefit programs" insured;

     **(2)** Previous types and amounts of insurance;

     **(3)** Limits of Insurance available under this endorsement for future payment of damages; and

© ISO Properties, Inc., 2004
BP 04 98 01 06    □

(4) Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period.

**d.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **4.a.(2)** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **4.a.(3).**

**7.** For the purposes of the coverage provided by this endorsement, the following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

**a.** "Administration" means:

(1) Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

(2) Handling records in connection with the "employee benefit program"; or

(3) Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**d.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

(1) Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

(2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

(3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

(4) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits designated in the Schedule or added thereto by endorsement.

© ISO Properties, Inc., 2004

8. For the purposes of the coverage provided by this endorsement, Paragraphs **F.5.** and **F.18. Liability And Medical Expenses Definitions** are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

B. **Section III – Common Policy Conditions** is amended as follows:

1. For the purposes of the coverage provided by this endorsement, Paragraph **H.2. Other Insurance** is replaced by the following:

2. This Employee Benefits Liability insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

a. That is effective prior to the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached and that applies to an act, error or omission on other than a claims-made basis, if:

(1) No Retroactive Date is shown in the Schedule of this endorsement; or

(2) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this endorsement.

  © ISO Properties, Inc., 2004  **BP 04 98 01 06**   □

POLICY NUMBER:  PSB0008821

**BUSINESSOWNERS
BP 04 98 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Employee Benefits Program: | All Employee Benefit Programs | | |
|---|---|---|---|

| Limit Of Insurance | | Deductible (Each Employee) | Premium |
|---|---|---|---|
| **Each Employee** | **Aggregate** | | |
| $ See  Dec  Page | $ See  Dec  Page | $ 0 | $ ▮ |

| **Retroactive Date:** 04-30-2020 |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Liability** is amended as follows:

1. The following is added to Paragraph **A. Coverages:**

   **Coverage – Employee Benefits Liability**

   **a. Insuring Agreement**

   (1) We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   (a) The amount we will pay for damages is limited as described in Paragraph **4.** of this endorsement; and

   (b) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   (2) This insurance applies to damages only if:

   (a) The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

   (b) The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(c)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **a.(3)** below, during the policy period or an Extended Reporting Period we provide under Paragraph **6.** of this endorsement.

**(3)** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(a)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**(b)** When we make settlement in accordance with Paragraph **a.(1)** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

**(4)** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**b. Exclusions**

This insurance does not apply to:

**(1) Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission committed by any insured, including the willful or reckless violation of any statute.

**(2) Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**(3) Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**(4) Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**(5) Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(a)** Failure of any investment to perform;

**(b)** Errors in providing information on past performance of investment vehicles; or

**(c)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**(6) Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**(7) ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**(8) Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**(9) Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**(10) Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination or other employment-related practices.

**2.** For the purposes of the coverage provided by this endorsement:

**a.** All references to Supplementary Payments are replaced by Supplementary Payments and Employee Benefits Liability.

**b.** Paragraphs **f.(1)(b)**, **f.(2)** and **f.(3)** Coverage Extension – Supplementary Payments do not apply.

**3.** For the purposes of the coverage provided by this endorsement, Paragraph **C.2. Who Is An Insured** is replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

**4.** For the purposes of the coverage provided by this endorsement, Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

**a. Limits Of Insurance**

**(1)** The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(a)** Insureds;

**(b)** "Claims" made or "suits" brought;

**(c)** Persons or organizations making "claims" or bringing "suits";

**(d)** Acts, errors or omissions; or

**(e)** Benefits included in your "employee benefit program".

**(2)** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**(3)** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(a)** An act, error or omission; or

**(b)** A series of related acts, errors or omissions;

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**b. Deductible**

**(1)** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The Limits of Insurance shall not be reduced by the amount of this deductible.

**(2)** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

(3) The terms of this insurance, including those with respect to:

    (a) Our right and duty to defend any "suits" seeking those damages; and

    (b) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim";

apply irrespective of the application of the deductible amount.

(4) We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**5.** For the purposes of the coverage provided by this endorsement, Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is replaced by the following:

    **2. Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

        (1) What the act, error or omission was and when it occurred; and

        (2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

    **b.** If a "claim" is made or "suit" is brought against any insured, you must:

        (1) Immediately record the specifics of the "claim" or "suit" and the date received; and

        (2) Notify us as soon as practicable.

    You must also see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

    **c.** You and any other involved insured must:

        (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

        (2) Authorize us to obtain records and other information;

        (3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

    (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

    **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**6.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

    **Extended Reporting Period**

    **a.** You will have the right to purchase an Extended Reporting Period, as described below, if:

        (1) This endorsement is canceled or not renewed; or

        (2) We renew or replace this endorsement with insurance that:

            (a) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

            (b) Does not apply to an act, error or omission on a claims-made basis.

    **b.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

    **c.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

    You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

    We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

        (1) The "employee benefit programs" insured;

        (2) Previous types and amounts of insurance;

(3) Limits of Insurance available under this endorsement for future payment of damages; and

(4) Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period.

**d.** If the Extended Reporting Period is in effect, we will provide an Extended Reporting Period Aggregate Limit of Insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The Extended Reporting Period Aggregate Limit of Insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **4.a.(2)** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **4.a.(3).**

**7.** For the purposes of the coverage provided by this endorsement, the following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

**a.** "Administration" means:

(1) Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

(2) Handling records in connection with the "employee benefit program"; or

(3) Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**d.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

(1) Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

(2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

(3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

(4) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits designated in the Schedule or added thereto by endorsement.

**8.** For the purposes of the coverage provided by this endorsement, Paragraphs **F.5.** and **F.18. Liability And Medical Expenses Definitions** are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**B. Section III – Common Policy Conditions** is amended as follows:

For the purposes of the coverage provided by this endorsement, Paragraph **2.** under **H. Other Insurance** is replaced by the following:

**2.** This Employee Benefits Liability insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

That is effective prior to the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached and that applies to an act, error or omission on other than a claims-made basis, if:

   **a.** No Retroactive Date is shown in the Schedule of this endorsement; or

   **b.** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this endorsement.

© Insurance Services Office, Inc., 2012
BP 04 98 07 13

**BUSINESSOWNERS**
**BP 05 01 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc.,  2001

POLICY NUMBER:  PSB0008821

**BUSINESSOWNERS**
**BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)**     $ |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses** _80_ **% Year: 20** _20_ <br> (Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses** _unk_ **% Year: 20** _21_ <br> (Refer to Paragraph **B.** in this endorsement.) |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

BUSINESSOWNERS
BP 05 17 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B. Exclusions** in **Section II – Liability:**

   **B. Exclusions**

   This insurance does not apply to:

   **SILICA OR SILICA-RELATED DUST**

   **1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

   **2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **3.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   **4.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions** in **Section II – Liability:**

   **1.** "Silica" means silicon dioxide, (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2005

**BUSINESSOWNERS**
**BP 05 23 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED
# ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

© Insurance Services Office, Inc., 2015

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 05 64 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| |
|---|
| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section I – Property** and **Section II – Liability** are amended as follows:

1. **Applicability Of The Provisions Of This Endorsement**

   a. **The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

      (1) **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or**

      (2) **A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

         (a) **Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

         (b) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

© Insurance Services Office, Inc., 2015

**(c)** Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

**b.** If the provisions of this endorsement become applicable, such provisions:

**(1)** Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

**(2)** Remain applicable unless we notify you of changes in these provisions, in response to federal law.

**c.** If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**2.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**B. Section I – Property** is amended as follows:

**1.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**e.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

© Insurance Services Office, Inc., 2015

With respect to this Item **1.e.,** the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

**2. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages or endorsements that apply to those coverages.

**3. Application Of Other Exclusions**

When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph **1.a.** or **1.b.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

**C. Section II – Liability** is amended as follows:

**1.** The following definition is added and applies under this endorsement wherever the phrase any injury or damage, is enclosed in quotation marks:

"Any injury or damage" means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury", as may be defined under this Coverage Form or any applicable endorsement.

**2.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**e.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**f.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(1)** Physical injury that involves a substantial risk of death; or

**(2)** Protracted and obvious physical disfigurement; or

**(3)** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **2.e.** or **2.f.** are exceeded.

With respect to this Exclusion, Paragraphs **2.e.** and **2.f.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

**D.** The following provision is added to **Section I – Property** and **Section II – Liability:**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 05 71 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM FOR CERTIFIED ACTS OF TERRORISM COVERAGE (PURSUANT TO TERRORISM RISK INSURANCE ACT)

**SCHEDULE**

| | |
|---|---|
| **SCHEDULE – PART I** | |
| **Terrorism Premium (Certified Acts)** | |
| **(A) Premium through end of year (12/31/ )** $ ▮ | |
| **(B) Estimated Premium beyond the date specified above** $ included | |
| (Refer to Paragraph **D.** in this endorsement.) | |
| | |
| **Additional information, if any, concerning the terrorism premium:** | |
| | |
| | |
| | |
| **SCHEDULE – PART II** | |
| **Federal share of terrorism losses** __80__ **% Year: 20** __20__ | |
| (Refer to Paragraph **B.** in this endorsement.) | |
| | |
| **Federal share of terrorism losses** __unk__ **% Year: 20** __21__ | |
| (Refer to Paragraph **B.** in this endorsement.) | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Possibility Of Additional Or Return Premium**

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established by the Act is scheduled to terminate at the end of the year specified in Part I of the Schedule of this endorsement, unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the estimated premium shown in **(B)** in Part I of the Schedule may not be appropriate.

If this policy contains a Conditional Exclusion, continuation of coverage for certified acts of terrorism, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for certified acts of terrorism will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium shown in **(B)** in Part I of the Schedule and will charge additional premium or refund excess premium, if indicated.

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

© Insurance Services Office, Inc., 2015

BUSINESSOWNERS
BP 05 77 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to **Section II – Liability:**

**A.** The following exclusion is added to Paragraph **B.1., Exclusions – Applicable To Business Liability Coverage:**

**t. Fungi Or Bacteria**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added Paragraph **F. Liability And Medical Expenses Definitions:**

**1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

BP 05 77 01 06                    © ISO Properties, Inc.,  2004                    Page 1 of 1            □

BUSINESSOWNERS
BP 06 01 01 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under **Section I – Property** in all forms and endorsements that comprise this Businessowners Policy, except as provided in Paragraph **C.** This includes but is not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** However, the exclusion in Paragraph **B.** does not apply to the following:

**1.** Loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Businessowners Policy; or

**2.** Coverage otherwise provided under Food Contamination Endorsement **BP 04 31** (if that endorsement is attached to this Businessowners Policy); or

**3.** Coverage otherwise provided under the Food Contamination Additional Coverage in Restaurants Endorsement **BP 07 78** (if that endorsement is attached to this Businessowners Policy).

**D.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**E.** The following provisions in this Businessowners Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**F.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Businessowners Policy.

BUSINESSOWNERS
BP 15 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION (PERSONAL AND ADVERTISING INJURY ONLY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II – Liability:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

BUSINESSOWNERS
BP 01 55 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A. Section I – Property** is amended as follows:

1. With respect to an "open policy", the following is added to any provision which uses the term actual cash value:

   **a.** In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, whichever is less.

   **b.** In the event of a partial loss to a building or structure, actual cash value is calculated as **b.(1)** or **b.(2),** whichever is less:

      **(1)** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of loss;

      **(2)** The Limit of Insurance applicable to the property.

   **c.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as **c.(1)** or **c.(2),** whichever is less:

      **(1)** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss;

      **(2)** The Limit of Insurance applicable to the property.

   **d.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation.

2. Paragraph **E.2. Appraisal** Property Loss Conditions is replaced by the following:

   **2. Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. Paragraph **E.5.d.(1)(c)** of the **Loss Payment** Property Loss Conditions is deleted.

BP 01 55 12 19                    © Insurance Services Office, Inc., 2019                    Page 1 of 6

4. Paragraphs **E.5.d.(1)(d)** and **E.5.d.(5)** of the **Loss Payment** Property Loss Conditions are replaced as follows:

   **(d)** We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, we will pay the actual cash value of the lost or damaged property as described in Paragraph **A.1.** of this Endorsement. If the actual cash value does not exhaust the applicable Limit of Insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

   **(i)** Within 12 months after we pay the actual cash value; or

   **(ii)** Within 36 months after we pay the actual cash value if the loss or damage relates to a state of emergency under California Law.

   The following provision applies to real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit:

   If you, acting in good faith and with reasonable diligence, encounter a delay or delays in approval for, or reconstruction of, the residence that are beyond your control, we shall provide one or more additional extensions of six months for good cause. Circumstances beyond your control include, but are not limited to:

   **(i)** Unavoidable construction permit delays;

   **(ii)** The lack of necessary construction materials; or

   **(iii)** The unavailability of contractors to perform the necessary work.

   Nothing in this Paragraph **(d)** constitutes a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

   **(5)** Tenants' improvements and betterments at:

   **(a)** Replacement cost in accordance with the terms set forth in Paragraph **(d)** above.

   **(b)** A proportion of your original cost if the property is not repaired or replaced. We will determine the proportionate value as follows:

   **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

   **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   **(c)** Nothing if others pay for repairs or replacement.

B. **Section III – Common Policy Conditions** is amended as follows:

1. Paragraphs **A.2.** and **A.3. Cancellation** are replaced by the following:

   **2. All Policies In Effect For 60 Days Or Less**

   If this Policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this Policy by mailing or delivering to the first Named Insured at the mailing address shown in the Policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

   **a.** 10 days before the effective date of cancellation if we cancel for:

   **(1)** Nonpayment of premium; or

   **(2)** Discovery of fraud by:

   **(a)** Any insured or his or her representative in obtaining this insurance; or

   **(b)** You or your representative in pursuing a claim under this Policy.

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

© Insurance Services Office, Inc., 2019

**3. All Policies In Effect For More Than 60 Days**

**a.** If this Policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this Policy only upon the occurrence, after the effective date of the Policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this Policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California Law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the Policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the Policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**2.** The following provision is added to Paragraph **A. Cancellation:**

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit. If such coverage has been in effect for 60 days or less and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except that we may not cancel this Policy solely because:

**a.** Corrosive soil conditions exist on the premises; or

**b.** The first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this Policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not cancel this Policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.However, we may cancel:

**a.** When you have not paid the premium, at any time by letting you know at least 10 days before the date cancellation takes effect;

**b.** If willful or grossly negligent acts or omissions by the named insured, or his or her representatives, are discovered that materially increase any of the risks insured against; or

**c.** If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

**3.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following with respect to loss or damage caused by fire:

We do not provide coverage to the insured who, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**a.** This Policy;

**b.** The Covered Property;

**c.** That insured's interest in the Covered Property; or

**d.** A claim under this Policy.

**4.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

This Policy is void if any insured, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**a.** This Policy;

**b.** The Covered Property;

**c.** An insured's interest in the Covered Property; or

**d.** A claim under this Policy.

**5.** Paragraph **H.1. Other Insurance** is replaced by the following (with respect to coverage provided under Section **I** – Property):

If there is other insurance covering the same loss or damage, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance bears to the Limits of Insurance of all insurance covering on the same basis.

We will not pay more than the applicable Limit of Insurance of Section **I** – Property.

**6.** The following paragraph is added and supersedes any provisions to the contrary:

**M. Nonrenewal**

**1.** Subject to the provisions of Paragraphs **2.** and **3.** below, if we elect not to renew this Policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the Policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit.

We may elect not to renew such coverage for any reason, except that we will not refuse to renew such coverage solely because:

**a.** The first Named Insured has accepted an offer of earthquake coverage.

 © Insurance Services Office, Inc., 2019

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this Policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**b.** The first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

**c.** Corrosive soil conditions exist on the premises.

If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not nonrenew this Policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.

However, we may nonrenew:

**a.** If willful or grossly negligent acts or omissions by the named insured, or his or her representatives, are discovered that materially increase any of the risks insured against;

**b.** If losses unrelated to the postdisaster loss condition of the property have occurred that would collectively render the risk ineligible for renewal; or

**c.** If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the Policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the Policy, to obtain that coverage.

**d.** If the Policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the Policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **1.,** to renew the Policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

**C.** The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

**1.** Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

    **(2)** We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

**2.** Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

    **d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

      Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

      "Loss" does not include:

      **(1)** Civil or criminal fines or penalties imposed by law;

      **(2)** Punitive or exemplary damages;

      **(3)** The multiplied portion of multiplied damages;

      **(4)** Taxes;

      **(5)** Royalties;

      **(6)** The amount of any disgorged profits; or

      **(7)** Matters that are uninsurable pursuant to law.

© Insurance Services Office, Inc., 2019

**BUSINESSOWNERS**
**BP 02 11 01 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONNECTICUT CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. The following are added to Paragraph **E.2. Appraisal** Property Loss Condition:

   **a.** You and we must notify the other of the appraiser selected within 20 days of the written demand for appraisal.

   **b.** If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

2. Paragraph **E.8.a.(1)(b) Vacancy** Property Loss Condition is replaced by the following:

   **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

      **(i)** Is not rented to a lessee or sub-lessee or is not used by the lessee or sub-lessee to conduct its customary operations; and/or

      **(ii)** Is not used by the building owner to conduct customary operations.

3. Paragraph **F.2. Mortgageholders** Property General Condition is replaced by the following:

   **2. Mortgageholder's Interests And Obligations**

   If loss hereunder is made payable, in whole or in part, to a designated mortgageholder not named herein as the insured, such interest in this policy may be cancelled by giving to such mortgageholder a ten days' written notice of cancellation.

If you fail to render proof of loss such mortgageholder, upon notice, shall render proof of loss in the form specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If we claim that no liability existed as to the mortgagor or owner, we shall, to the extent of payment of loss to the mortgageholder, be subrogated to all the mortgageholder's rights of recovery, but without impairing mortgageholder's rights to sue; or we may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgageholder may be added hereto by agreement in writing.

4. Paragraph **E.5.g.** of the Property Loss Conditions is replaced by the following:

   **E. Property Loss Conditions**

   **5. Loss Payment**

      **g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all the terms of this Policy and:

         **(1)** We have reached agreement with you on the amount of loss; or

         **(2)** An appraisal award has been made.

Prior to the expiration of the aforementioned time period, we may make partial payment towards the amount of loss as an advance payment, provided we and you agree to such advance payment in writing. The advance payment will be credited towards the total amount of covered loss or damage. An advance payment does not extend the time for payment of the total amount of covered loss or damage.

**B. Section II – Liability** is amended as follows:

The term spouse is replaced by the following:

Spouse or party to a civil union recognized under Connecticut law.

**C.** The following paragraph is added to the Businessowners Coverage Form:

If any conditions of The Standard Fire Insurance Policy of the State of Connecticut, as set forth in the General Statutes of Connecticut, are construed to be more liberal than any other policy condition, the conditions of The Standard Fire Insurance Policy will apply.

**D.** The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to a covered building caused by a Covered Cause of Loss:

The actual cash value immediately prior to the time of such loss or damage shall be the amount which it would cost to repair or replace such building with material of like kind and quality, minus reasonable depreciation. Depreciation, as used herein, means a decrease in value over a period of time due to wear and tear.

 © Insurance Services Office, Inc., 2018 **BP 02 11 01 19**

BUSINESSOWNERS
BP 02 12 01 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONNECTICUT CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **A. Cancellation** is replaced by the following:

   **A. Cancellation**

   1. The first Named Insured shown in the Declarations may cancel this Policy by mailing or delivering to us advance written notice of cancellation.

   2. **Cancellation Of Policies In Effect For Less Than 60 Days**

      If this Policy has been in effect for less than 60 days and is not a renewal of a policy we issued, we may cancel this Policy for any reason by giving you written notice of cancellation at least:

      **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

   3. **Cancellation Of Policies In Effect For 60 Days Or More**

      **a.** If this Policy has been in effect for 60 days or more or this is a renewal of a policy we issued, we may cancel this Policy by giving you written notice of cancellation at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for one or more of the following reasons:

      **(a)** Nonpayment of premium;

      **(b)** Conviction of a crime arising out of acts increasing the hazard insured against;

      **(c)** Discovery of fraud or material misrepresentation by you in obtaining the Policy or in perfecting any claim under the Policy;

      **(d)** Discovery of any willful or reckless act or omission by you increasing the hazard insured against; or

      **(e)** A determination by the Commissioner that continuation of the Policy would violate or place us in violation of the law; or

      **(2)** 60 days before the effective date of cancellation if we cancel for one or more of the following reasons:

      **(a)** Physical changes in the property which increase the hazard insured against;

      **(b)** A material increase in the hazard insured against; or

      **(c)** A substantial loss of reinsurance by us affecting this particular line of insurance.

      **b.** We may not cancel policies in effect for 60 days or more or renewal policies for any reason other than the reasons described in Paragraph **3.a.**

      **c.** If we cancel for nonpayment of premium, you may continue the coverage and avoid the effect of the cancellation by payment in full at any time prior to the effective date of cancellation.

© Insurance Services Office, Inc., 2018

    **d.** Notice of cancellation will be sent or delivered by:

    **(1)** Registered mail;

    **(2)** Certified mail; or

    **(3)** Mail evidenced by a United States Post Office certificate of mailing.

**4.** We will give notice to you at your last mailing address known to us.

**5.** Notice of cancellation will state the specific reason for the cancellation and the effective date of cancellation. The policy period will end on that date.

**6.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund. Notice of cancellation will state that the excess premium (if not tendered) will be refunded on demand.

**7.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**2.** The following conditions are added and supersede any provision to the contrary:

**M. Nonrenewal**

If we decide not to renew this Policy, we will send notice as provided in Paragraph **O.** of this endorsement.

**N. Conditional Renewal**

**1.** If we conditionally renew this Policy under terms or conditions less favorable to the insured than currently provided under this Policy, then we will send notice as provided in Paragraph **O.** of this endorsement.

**2.** The conditional renewal notice shall clearly state or be accompanied by a statement clearly identifying any:

    **(1)** Reduction in coverage limits;

    **(2)** Coverage provisions added or revised that reduce coverage; or

    **(3)** Increases in deductibles.

**O. Notices Of Nonrenewal And Conditional Renewal**

**1.** If we decide not to renew this Policy or to conditionally renew this Policy as provided in Paragraphs **M.** and **N.** of this endorsement, we will mail or deliver to you a written notice of nonrenewal or conditional renewal, stating the specific reason for nonrenewal or conditional renewal, at least 60 days before the expiration date of this Policy. The notice will be sent to your address last known to us.

**2.** This notice will be delivered or sent by:

    **(1)** Registered mail;

    **(2)** Certified mail; or

    **(3)** Mail evidenced by a certificate of mailing.

If notice is mailed, proof of mailing is sufficient proof of notice.

**3.** However, we are not required to send notice of nonrenewal if nonrenewal is due to your failure to pay any advance premium required for renewal.

 © Insurance Services Office, Inc., 2018 BP 02 12 01 19

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS
BP 05 46 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONNECTICUT – EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Employee Benefits Program: All Employee Benefit Programs | | | |
|---|---|---|---|
| **Limit Of Insurance** | | **Deductible (Each Employee)** | **Premium** |
| **Each Employee** | **Aggregate** | | |
| $            See Dec Page | $            See Dec Page | $                    0 | $                    100 |
| **Retroactive Date:** 04-30-2020 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. Section II – Liability** is amended as follows:

1. The following is added to Paragraph **A. Coverages:**

   **Coverage – Employee Benefits Liability**

   **a. Insuring Agreement**

   **(1)** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

   **(a)** The amount we will pay for damages is limited as described in Paragraph **4.** of this endorsement; and

   **(b)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **(2)** This insurance applies to damages only if:

   **(a)** The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

   **(b)** The act, error or omission did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

© Insurance Services Office, Inc., 2012

**(c)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **a.(3)** below, during the policy period or an Extended Reporting Period we provide under Paragraph **7.** of this endorsement.

**(3)** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(a)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**(b)** When we make settlement in accordance with Paragraph **a.(1)** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

**(4)** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**b. Exclusions**

This insurance does not apply to:

**(1) Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission committed by any insured, including the willful or reckless violation of any statute.

**(2) Bodily Injury, Property Damage Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**(3) Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**(4) Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**(5) Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(a)** Failure of any investment to perform;

**(b)** Errors in providing information on past performance of investment vehicles; or

**(c)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**(6) Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**(7) ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**(8) Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**(9) Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**(10) Employment-related Practices**

Damages arising out of wrongful termination of employment, discrimination or other employment-related practices.

© Insurance Services Office, Inc., 2012

**2.** For the purposes of the coverage provided by this endorsement:

   **a.** All references to Supplementary Payments are replaced by Supplementary Payments and Employee Benefits Liability.

   **b.** Paragraphs **f.(1)(b)**, **f.(2)** and **f.(3) Coverage Extension – Supplementary Payments** do not apply.

**3.** For the purposes of the coverage provided by this endorsement, Paragraph **C.2. Who Is An Insured** is replaced by the following:

   **2.** Each of the following is also an insured:

   **a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

   **b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   **c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

**4.** For the purposes of the coverage provided by this endorsement, Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

   **a. Limits Of Insurance**

   **(1)** The Limits Of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   **(a)** Insureds;

   **(b)** "Claims" made or "suits" brought;

   **(c)** Persons or organizations making "claims" or bringing "suits";

   **(d)** Acts, errors or omissions; or

   **(e)** Benefits included in your "employee benefit program".

   **(2)** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**(3)** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   **(a)** An act, error or omission; or

   **(b)** A series of related acts, errors or omissions;

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

   The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

   **b. Deductible**

   **(1)** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The Limits of Insurance shall not be reduced by the amount of this deductible.

   **(2)** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**(3)** The terms of this insurance, including those with respect to:

**(a)** Our right and duty to defend any "suits" seeking those damages; and

**(b)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim";

apply irrespective of the application of the deductible amount.

**(4)** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**5.** For the purposes of the coverage provided by this endorsement, Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must also see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**6.** For the purposes of the coverage provided by this endorsement, the following is added to **Section II – Liability:**

**Your Right To Claim And Act, Error Or Omission Information**

We will provide the first Named Insured shown in the Declarations the following information relating to this and any preceding employee benefits liability claims-made coverage endorsement we have issued to you during the period beginning four years prior to the date of "termination of coverage" and ending six months prior to that date:

**a.** A list or other record of each act, error or omission, not previously reported to any other insurer, of which we were notified in accordance with Paragraph **2.a.** of the Duties In The Event Of Occurrence, Offense, Claim Or Suit in Paragraph **E.** Liability And Medical Expenses General Conditions in Section II – Liability. We will include the date and brief description of the act, error or omission if that information was in the notice we received.

**b.** A summary by policy year of payments made and amounts reserved, stated separately, under the Aggregate Limit.

**c.** A report which includes written premiums and pricing information.

Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

You must not disclose this information to any claimant or any claimant's representative without our consent.

If we cancel or elect not to renew this endorsement:

**a.** For reasons other than those requiring 10 days' notice, we will provide such information to the first Named Insured or the first Named Insured's authorized agent no later than the date of the notice of policy termination.

© Insurance Services Office, Inc., 2012

**b.** Where 10 days' notice is required, the reports shall be provided no later than 30 days after receipt of the written request from the first Named Insured or the first Named Insured's agent.

In other circumstances, we will provide this information only if we receive a written request from the first Named Insured or the first Named Insured's authorized agent or broker. In this case, we will provide this information no later than 30 days after receipt of the request.

We compile "claim" and act, error or omission information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers or others to whom this information is furnished by or on behalf of any insured. "Termination of coverage" will be effective even if we inadvertently provide inaccurate information.

**7.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added:

**Extended Reporting Periods**

**a.** We will provide one or more Extended Reporting Periods, as described below, if there is a "specified renewal, replacement or termination of coverage".

**b.** Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" for acts, errors or omissions that were first committed before the date the "specified renewal, replacement or termination of coverage" takes effect, but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Periods may not be cancelled.

**c.** A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the date the "specified renewal, replacement or termination of coverage" takes effect, and lasts for 30 days.

**d.** A Supplemental Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge. We will provide you with written notice of the availability of, the premium for and the importance of purchasing Supplemental Extended Reporting Period coverage. We will do so no earlier than the date of notification of the "specified renewal, replacement or termination of coverage" nor later than 15 days after the date the "specified renewal, replacement or termination of coverage" takes effect. This supplemental period lasts for five years, starting when the Basic Extended Reporting Period, set forth in Paragraph **c.** above, ends.

You have the greater of 30 days from the effective date of the "specified renewal, replacement or termination of coverage", or 15 days from the date of our written notice of the Supplemental Extended Reporting Period, to provide us with written acceptance of the Supplemental Extended Reporting Period coverage.

Where premium is due to us for coverage under this endorsement, any monies received by us as payment for the Supplemental Extended Reporting Period coverage shall first be applied to such premium owed for the endorsement.

The Supplemental Extended Reporting Period coverage will not take effect until the premium owed for the policy is paid in full and unless the premium owed for the Supplemental Extended Reporting Period coverage is paid promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**(1)** The "employee benefit programs" insured;

**(2)** Previous types and amounts of insurance;

**(3)** Limits of Insurance available under this endorsement for future payment of damages; and

**(4)** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period Endorsement applicable to this coverage shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**e.** If the Supplemental Extended Reporting Period is in effect, we will provide a Supplemental Extended Reporting Period Aggregate Limit of Insurance described below, but only for "claims" first received and recorded during the Supplemental Extended Reporting Period.

The Supplemental Extended Reporting Period Aggregate Limit of Insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limit Of Insurance.

Paragraph **4.a.(2)** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **4.a.(3)**.

**8.** For the purposes of the coverage provided by this endorsement, the following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

**a.** "Administration" means:

**(1)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**(2)** Handling records in connection with the "employee benefit program"; or

**(3)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**b.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pretax dollars.

**c.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**d.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**(1)** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**(2)** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**(3)** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**(4)** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

**(5)** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**e.** "Termination of coverage" means, whether made by the insurer or the insured at any time:

**(1)** Cancellation or nonrenewal of this endorsement; or

**(2)** A decrease in limits, reduction in coverage, increased deductible or self-insured retention, new exclusion or any other change in coverage less favorable to the insured.

**f.** "Specified renewal, replacement or termination of coverage" means:

**(1)** A "termination of coverage"; or

 © Insurance Services Office, Inc., 2012

**(2)** If we renew or replace this endorsement with insurance that:

    **(a)** Has a Retroactive Date later than the date shown in the Declarations of this endorsement; or

    **(b)** Does not apply to an act, error or omission on a claims-made basis.

**9.** For the purposes of the coverage provided by this endorsement, Paragraphs **F.5.** and **F.18. Liability And Medical Expenses Definitions** are replaced by the following:

    **5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

    **18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

      **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

      **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**B. Section III – Common Policy Conditions** is amended as follows:

For the purposes of the coverage provided by this endorsement, Paragraph **2.** under **H. Other Insurance** is replaced by the following:

    **2.** This Employee Benefits Liability insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

    That is effective prior to the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached and that applies to an act, error or omission on other than a claims-made basis, if:

      **a.** No Retroactive Date is shown in the Schedule of this endorsement; or

      **b.** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this endorsement.

BUSINESSOWNERS
BP 03 03 03 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. The following provisions are added to Paragraph **E.3. Duties In The Event Of Loss Or Damage** Property Loss Condition:

   a. A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this Policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

   This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this Policy under the Legal Action Against Us Condition including any amendment to that condition.

   b. Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

2. Paragraph **E.4.b. Legal Action Against Us** Property Loss Condition is replaced by the following:

   b. Legal action against us involving direct physical loss or damage to property must be brought within five years from the date the loss occurs.

3. Paragraph **E.5.g. Loss Payment** Property Loss Condition is replaced by the following:

   g. Provided you have complied with all the terms of this Policy, we will pay for covered loss or damage upon the earliest of the following:

   (1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

   (2) Within 30 days after we receive the sworn proof of loss and:

      (a) There is an entry of a final judgment; or

      (b) There is a filing of an appraisal award with us; or

   (3) Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

   Paragraph **(3)** applies only to the following:

      (a) A claim under a policy covering residential property;

      (b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the Policy covers only locations in Florida; or

      (c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the Policy covers only locations in Florida.

 © Insurance Services Office, Inc., 2015

**4. Sinkhole Collapse Coverage Removed**

Throughout the Policy, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion. Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **A.6.** of this Endorsement.

Further, this Policy does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this Policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this Policy.

**5.** If windstorm is a Covered Cause of Loss, and Covered Property is located in:

**a.** Monroe County; or

**b.** East of the west bank of the Intracoastal Waterway in:

**(1)** Broward County;

**(2)** Dade County;

**(3)** Indian River County;

**(4)** Martin County;

**(5)** Palm Beach County; or

**(6)** St. Lucie County;

the following applies:

If loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies:

**Windstorm Exterior Paint Or Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

**a.** Paint; or

**b.** Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property.

**6.** The following is added to this Policy as a Covered Cause of Loss and as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**a.** The abrupt collapse of the ground cover;

**b.** A depression in the ground clearly visible to the naked eye;

**c.** "Structural damage" to the building, including the foundation; and

**d.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement Exclusion and the Collapse Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Policy), only one Limit of Insurance will apply to such loss or damage.

**7.** For the purposes of this Endorsement, the following is added to the **Definitions** in **Section I – Property:**

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

**a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

© Insurance Services Office, Inc., 2015

**b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**c.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**d.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**e.** Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

**B. Section III – Common Policy Conditions** is amended as follows:

**1.** Paragraph **A.2. Cancellation** is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this Policy has been in effect for 90 days or less, we may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**2.** Paragraph **A.5. Cancellation** is replaced by the following:

**5.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**3.** The following is added to Paragraph **A. Cancellation:**

  **7. Cancellation For Policies In Effect For More Than 90 Days**

   **a.** If this Policy has been in effect for more than 90 days, we may cancel this Policy only for one or more of the following reasons:

    **(1)** Nonpayment of premium;

    **(2)** The Policy was obtained by a material misstatement;

    **(3)** In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

    **(4)** There has been a substantial change in the risk covered by the Policy;

    **(5)** The cancellation is for all insureds under such policies for a given class of insureds;

    **(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    **(7)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

    **(8)** The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

   **b.** If we cancel this Policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

    **(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium; or

    **(2)** 45 days before the effective date of cancellation if:

     **(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above and this Policy does not cover a residential structure or its contents; or

     **(b)** Cancellation is based on the reason stated in Paragraph **7.a.(8)** above.

    **(3)** 120 days before the effective date of cancellation if:

     **(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

     **(b)** This Policy covers a residential structure or its contents.

   **c.** If this Policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this Policy based on credit information available in public records.

**4.** The following paragraphs are added:

  **M. Nonrenewal**

   **1.** If we decide not to renew this Policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    **a.** 45 days prior to the expiration of the Policy if this Policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **M.5.;** or

    **b.** 120 days prior to the expiration of the Policy if this Policy covers a residential structure or its contents.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this Policy:

  **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

  **b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this Policy if:

  **(1)** The total of such property insurance claim payments for this Policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

  **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

  **c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **B.4.M.3.,** we may refuse to renew this Policy if this Policy includes Sinkhole Loss Coverage. If we nonrenew this Policy for purposes of removing Sinkhole Loss Coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **B.4.M.3.,** we may refuse to renew this Policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**N. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

  **a.** Except as provided in Paragraph **N.1.b.,** we may not cancel or nonrenew the Policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the Policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

  **b.** We may cancel or nonrenew the Policy prior to restoration of the structure or its contents for any of the following reasons:

  **(1)** Nonpayment of premium;

  **(2)** Material misstatement or fraud related to the claim;

  **(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

  **(4)** We have paid the policy limits.

  If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2), b.(3)** or **b.(4),** we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **N.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

© Insurance Services Office, Inc., 2015
BP 03 03 03 16

BUSINESSOWNERS
BP 10 62 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **B.1. Exclusions** in **Section I – Property:**

**i.  Windstorm Or Hail**

We will not pay for loss or damage caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. For example, if loss or damage from a covered weather condition other than Windstorm or Hail also occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail, and therefore part of the excluded Windstorm or Hail occurrence.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A.** The following is added to the Businessowners Coverage Form:

**1.** If this Policy covers the following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of Paragraph **E.2. Appraisal** Property Loss Condition in **Section I – Property** is replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** Paragraph **C. Concealment, Misrepresentation Or Fraud** in **Section III – Common Policy Conditions** is replaced by the following:

**C. Concealment, Misrepresentation Or Fraud**

**1.** This Policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the Policy or endorsement or in the written application for this Policy and:

**a.** Was made with actual intent to deceive; or

**b.** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Policy after the Policy has been in effect for one year or one policy term, whichever is less.

**2.** We do not provide coverage under this Policy to you or any other insured who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**a.** This Policy;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Policy.

**3.** Notwithstanding the limitations stated in **C.1.** above, we may cancel this Policy in accordance with the terms of Paragraph **A.** Cancellation in Section **III – Common Policy Conditions**.

**B. Section I – Property** is amended as follows:

**1.** Paragraph **B.2.a. Electrical Apparatus** is replaced by the following:

**a. Electrical Apparatus**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

 © Insurance Services Office, Inc., 2017

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**2.** The following exclusion is added to Paragraph **B.2. Exclusions:**

**a.** We will not pay for loss or damage arising out of any act committed:

**(1)** By or at the direction of any insured; and

**(2)** With the intent to cause a loss.

**b.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**(1)** The loss arose out of a pattern of criminal domestic violence; and

**(2)** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**c.** If we pay a claim pursuant to Paragraph **B.2.b.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**3.** The following is added to Paragraph **E.4. Legal Action Against Us** Property Loss Condition:

The two-year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C. Section II – Liability** is amended as follows:

The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**D. Section III – Common Policy Conditions** is amended as follows:

**1.** The Paragraph **A. Cancellation** Common Policy Condition is replaced by the following:

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

**2.** If this Policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy by mailing written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this Policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained through a material misrepresentation;

**c.** You have violated any of the terms and conditions of the Policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the Policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. **Real Property Other Than Residential Properties Occupied By Four Families Or Less**

   The following applies only if this Policy covers real property other than residential property occupied by four families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this Policy, we may cancel this Policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

      (1) Seasonal unoccupancy; or

      (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   c. The building has:

      (1) An outstanding order to vacate;

      (2) An outstanding demolition order; or

      (3) Been declared unsafe in accordance with the law.

   d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The Policy will terminate 10 days following receipt of the written notice by the Named Insured(s).

9. **Residential Properties Occupied By Four Families Or Less**

   The following applies if this Policy covers residential properties occupied by four families or less:

   If this Policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this Policy for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The Policy was obtained by misrepresentation or fraud; or

   c. Any act that measurably increases the risk originally accepted.

   If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

2. Paragraph **H.1. Other Insurance** is replaced by the following:

   **H. Other Insurance**

   1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

   2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** – Property.

**3.** The following paragraph is added to the **Common Policy Conditions:**

**M.  Nonrenewal**

**1.** If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

**2.** Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

**3.** If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**4.** If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

**5.** The following provision applies to policies other than those described in Paragraph **6.:**

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the Policy.

**6.** The following provision applies only if this Policy covers residential properties occupied by four families or less:

**a.** If this Policy has been issued to you and in effect with us for five or more years, we may not fail to renew this Policy unless:

**(1)** The Policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

**(2)** The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

**(3)** You received 60 days' notice of our intent not to renew as provided in **1.** above.

**b.** If this Policy has been issued to you and in effect with us for less than five years, we may not fail to renew this Policy unless you received 30 days' notice as provided in **1.** above.

**c.** Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

**d.** The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

**E.** The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

**1.** Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

**(2)** We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

**2.** The following is added to the **Defense And Settlement** Provision under Paragraph **E.:**

**3.** If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

**3.** The following is added to Exclusion **m.** under Paragraph **I.:**

However, Paragraphs **(1)**, **(2)** and **(3)** shall not apply to loss resulting from a "hostile fire" if, and to the extent, loss resulting from any "claim" is based upon, attributable to or arising out of heat, smoke or fumes.

© Insurance Services Office, Inc., 2017

**4.** Paragraph **2. Supplemental Extended Reporting Period** under Paragraph **N. Extended Reporting Periods** is replaced by the following:

**2. Supplemental Extended Reporting Period**

**a.** You will have the right to purchase a Supplemental Extended Reporting Period from us if:

  **(1)** This Endorsement is cancelled or nonrenewed for any reason; or

  **(2)** We renew or replace this Endorsement with insurance that:

    **(a)** Has a Retroactive Date later than the date shown in the Schedule of this Endorsement for either Insuring Agreement **d.** Security Breach Liability or **g.** Web Site Publishing Liability. However, the Supplemental Extended Reporting Period will only be provided for the insuring agreement for which our renewal or replacement endorsement has a Retroactive Date later than the date shown in the Schedule of this Endorsement; or

    **(b)** Does not apply to "wrongful acts" on a claims-made basis for either Insuring Agreement **d.** Security Breach Liability or **g.** Web Site Publishing Liability. However, the Supplemental Extended Reporting Period will only be provided for the insuring agreement for which our renewal or replacement endorsement does not apply to "wrongful acts" on a claims-made basis.

**b.** A Supplemental Extended Reporting Period, as specified in Paragraph **a.**, lasts one year and is available only for an additional premium.

**c.** The Supplemental Extended Reporting Period starts with the end of the Basic Extended Reporting Period set forth in Paragraph **1.** It does not extend the "policy period" or change the scope of the coverage provided. It applies only to "claims" to which the following applies:

  **(1)** The "claim" is first made and reported to us during the Supplemental Extended Reporting Period; and

  **(2)** The "claim" arose out of either a "wrongful act" or the first of a series of "interrelated wrongful acts" which occurred on or after the Retroactive Date, if any, shown in the Schedule and before the end of the "policy period".

**d.** You must give us a written request for the Supplemental Extended Reporting Period within 30 days after the end of the "policy period" or the effective date of cancellation, whichever comes first.

**e.** The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium in full within 30 days of tendering your request for the Supplemental Extended Reporting Period to us. Once in effect, the Supplemental Extended Reporting Period may not be cancelled.

**f.** We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

  **(1)** The exposures insured;

  **(2)** Previous types and amounts of insurance;

  **(3)** Limit of Insurance available under this Endorsement for future payment of damages; and

  **(4)** Other related factors.

The additional premium may not exceed 200% of the annual premium for this Endorsement. The premium for the Supplemental Extended Reporting Period will be deemed fully earned as of the date it is purchased.

**5.** Paragraph **H. Other Insurance** under Paragraph **O.** is replaced by the following:

**H. Other Insurance**

If any "loss" resulting from any "claim" is insured by any other valid policy, we shall not be liable under this Endorsement for a greater proportion of such "loss" than the Information Security Protection Aggregate Limit Of Insurance stated in the Schedule bears to the total applicable limit of liability of all valid and collectible insurance against such "loss", unless such other insurance is purchased specifically to apply in excess of the Information Security Protection Aggregate Limit Of Insurance stated in the Schedule of this Endorsement.

**6.** The definition of "defense expenses" in Paragraph **V.** is replaced by the following:

**5.** "Defense expenses" means payments allocated to a specific "claim" we investigate, settle or defend, for its investigation, settlement or defense, including:

    **a.** Fees and salaries of attorneys and paralegals we retain.

    **b.** Fees of attorneys an insured retains when, by our mutual agreement or court order (or when required by administrative hearing or proceeding), an insured is given the right to retain defense counsel to defend against a "claim".

    **c.** All other litigation or administrative hearing expenses, including fees or expenses of expert witnesses hired either by us or by the defense attorney retained by an insured.

    **d.** Reasonable expenses incurred by an insured at our request to assist us in the investigation or defense of the "claim", including actual loss of earnings up to $250 a day because of time off from work.

    **e.** Costs taxed against an insured in the "suit".

"Defense expenses" does not include salaries and expenses of our "employees" or an insured's "employees" (other than those described in Paragraph **d.** above).

**7.** Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

    **d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

"Loss" does not include:

    **(1)** Civil or criminal fines or penalties imposed by law;

    **(2)** Punitive or exemplary damages;

    **(3)** The multiplied portion of multiplied damages;

    **(4)** Taxes;

    **(5)** Royalties;

    **(6)** The amount of any disgorged profits; or

    **(7)** Matters that are uninsurable pursuant to law.

© Insurance Services Office, Inc., 2017

**BUSINESSOWNERS**
**BP 06 43 04 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to **Section II – Liability** Para-
graph **A. Coverages:**

If we initially defend an insured or pay for an insured's
defense but later determine that the claim(s) is (are)
not covered under this insurance, we will have the
right to reimbursement for the defense costs we have
incurred.

The right to reimbursement for the defense costs
under this provision will only apply to defense costs
we have incurred after we notify you in writing that
there may not be coverage, and that we are reserving
our rights to terminate the defense and seek reim-
bursement for defense costs.

Policy Number: PSB0008821                                              RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® MASSACHUSETTS CHANGES

This endorsement modifies insurance provided under the following:

RLIPack® EQUIPMENT BREAKDOWN ENDORSEMENT

The Service Interruption Coverage EXCLUSION **b.2.b.** is replaced by the following:

With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

BUSINESSOWNERS
BP 01 08 03 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MASSACHUSETTS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A. Section I – Property** is amended as follows:

1. Paragraph **A.1.a.** is replaced by the following:

   **a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

      **(1)** Completed additions;

      **(2)** Fixtures, including outdoor fixtures;

      **(3)** Permanently installed:

         **(a)** Machinery; and

         **(b)** Equipment;

      **(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

      **(5)** "Building personal property";

      **(6)** If not covered by other insurance:

         **(a)** Additions under construction, alterations and repairs to the buildings or structures;

         **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

2. Paragraph **E.5.d.(1)(d) Loss Payment** Property Loss Condition is replaced by the following:

   **(d)** We will not pay on a replacement cost basis for any loss or damage:

      **(i)** Until the lost or damaged property is actually repaired or replaced:

         **i.** On the described premises; or

         **ii.** At some other location in the Commonwealth of Massachusetts; and

   **(ii)** Unless the repairs or replacement are made within a reasonable time, but no more than two years after the loss or damage.

3. The following provisions are added to Paragraph **E.5. Loss Payment** Property Loss Condition:

   **a.** In spite of any provision of any general or special law:

      **(1)** We will not pay for loss or damage to real property caused by any Covered Cause of Loss if the amount of loss is $5,000 or more unless you first submit to us a certificate of municipal liens from the collector of taxes of the city or town where the property is located.

      **(2)** We will pay to the city or town any amount outstanding on the certificate of municipal liens arising from the provisions of Massachusetts General Law Chapters 40, 59, 60, 80, 83 and 164, Sections 58B through 58F.

      The payment will not exceed the amount of loss payable under this Policy.

      We will send you and the mortgageholder proof of our payment to the city or town.

      **(3)** The claim of the city or town will have priority over the claim of any mortgageholder, assignee, you or any other interested party, except where otherwise provided by the laws of the United States.

      **(4)** We will not be liable to any city, town, mortgageholder, assignee, you or any other interested party for:

         **(a)** Amounts paid to a city or town; or

         **(b)** Amounts not paid to a city or town based upon a certificate showing that no municipal liens exist.

 © Insurance Services Office, Inc., 2014

**(5)** Paragraphs **(1)**, **(2)**, **(3)** and **(4)** above will not apply to any owner-occupied one- to four-family dwelling if the owner of the dwelling lived there when the claim for loss or damage arose.

**b.** We will not pay any claim for:

**(1)** Loss, damage or destruction of $1,000 or more to a building or structure; or

**(2)** Loss, damage or destruction, of any amount, that causes a building or structure to become:

**(a)** Dangerous to life or limb; or

**(b)** Unused, uninhabited or abandoned and open to the weather;

as provided under Massachusetts General Law, Section 6 of Chapter 143;

without giving at least 10 days' written notice before such payment to:

**(a)** The Building Commissioner or the appointed Inspector of Buildings; and

**(b)** The Board of Health or the Board of Selectmen of the city or town where the property is located.

**c.** If at any time before our payment, the city or town notifies us by certified mail of its intent to begin proceedings designed to perfect a lien under Massachusetts General Law:

**(1)** Chapter 143, Section 3A or 9; or

**(2)** Chapter 111, Section 127B;

we will not pay while the proceedings are pending. The proceedings must be started within 30 days after we receive the notice.

Any lien perfected under the Massachusetts General Laws referred to in **c.(1)** and **c.(2)** above will extend to the city or town and may be enforced by it against the proceeds of this Policy.

**d.** We will not be liable to any city, town, mortgageholder, assignee, you or any other interested party for:

**(1)** Amounts paid to a city or town; or

**(2)** Amounts not paid to a city or town;

under Provisions **2.b.** and **2.c.** above.

**4.** If loss or damage is caused by fire or lightning, Paragraph **E.8. Vacancy** Property Loss Condition is replaced by the following:

**8. Vacancy Or Unoccupancy**

If the building where loss or damage occurs, whether intended for occupancy by owner or tenant, has been vacant or unoccupied for more than:

**a.** 60 consecutive days for residential premises of three units or less; or

**b.** 30 consecutive days for all other premises;

immediately before that loss or damage, we will not pay for the loss or damage.

A building is vacant when it does not contain enough business property to conduct customary "operations".

**5.** Paragraph **F.2. Mortgageholders** Property General Condition is replaced by the following:

**2. Mortgageholders**

We will pay for covered loss of or damage to real estate to each mortgageholder shown in the Declarations, or in an attached schedule, in the order of precedence, as interests may appear.

**6.** The following is added to **Paragraph H. Property Definitions:**

"Building personal property" means personal property owned by you that is used to maintain or service the buildings, structures or premises, including:

**a.** Fire extinguishing equipment;

**b.** Outdoor furniture;

**c.** Floor coverings; and

**d.** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

© Insurance Services Office, Inc., 2014

**B. Section II – Liability** is amended as follows:

1. Coverage under **Section II – Liability** is amended as follows:

    The following additional provisions apply to "bodily injury" and "property damage" arising out of the ownership, maintenance, entrustment to others, use, "loading or unloading" of any "mobile equipment" for which insurance is required of you under the Massachusetts Compulsory Liability Security Act:

    **a.** Except to the extent provided in Paragraph **b.** below, this Policy does not apply either on a primary or excess basis to "bodily injury" or "property damage" for which insurance is afforded (regardless of amount) under any liability coverage (compulsory or optional) of a Massachusetts Motor Vehicle Policy issued to you.

    **b.** If the only liability insurance applicable with respect to "bodily injury" or "property damage" under a Motor Vehicle Policy is under the compulsory coverage, the "bodily injury" or "property damage" liability coverage under this Policy shall apply in excess of that insurance, but only with respect to "bodily injury" or "property damage" arising out of the operation or use of the "mobile equipment" other than solely for the purposes of transportation or locomotion.

2. The "leased worker" definition in Paragraph **F. Liability And Medical Expenses Definitions** does not apply.

**C. Section III – Common Policy Conditions** is amended as follows:

1. The following paragraph is added and supersedes any provisions to the contrary:

    **a.** If this Policy provides liability coverage for "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages and has been in effect for 60 days or more, we may cancel this Policy by giving the first Named Insured, and the licensing authority or alcoholic beverage control commission, written notice of cancellation at least 60 days before the effective date of cancellation. The notice requirement does not apply to cancellation due to:

       **(1)** Nonpayment of premium; or

       **(2)** The first Named Insured's loss of license.

    **b.** If this Policy has been issued pursuant to contract required by Section 64A, 64B or 67 of Mass. Gen. Law Ann., Chapter 138, we may cancel this Policy for nonpayment of premium by giving the first Named Insured and local licensing authorities written notice of at least 30 days before the effective date of cancellation.

2. The following paragraph is added and supersedes any provisions to the contrary:

**M. Nonrenewal**

   This provision applies to coverage on real property which is used predominantly for residential purposes and consists of not more than four dwelling units, and to coverage on personal property of a person residing in such real property.

   1. Ordinarily we will renew this Policy automatically and send you the renewal notice. Our notice will explain what you should do if you do not want to continue this Policy.

   2. We may elect not to renew this Policy. We may do so by delivering to you or mailing to you at your last mailing address shown in the Declarations, written notice of nonrenewal, accompanied by the specific reasons for nonrenewal, at least 45 days before the expiration date of this Policy. However, if your policy was executed on behalf of us, in whole or in part, by or on behalf of your insurance agent or our insurance broker, we will send such written notice only to the agent or broker. Every insurance agent or broker receiving this notice is required to, within 15 days of its receipt, send a copy to you unless the agent or broker has replaced the insurance.

   However, if this Policy provides liability coverage for "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages and if we decided not to renew this Policy, we may do so by giving the first Named Insured, and the licensing authority or alcoholic beverage control commission, written notice of our intent not to renew at least 60 days before the expiration of the Policy. The notice requirement does not apply to nonrenewal due to:

   1. Nonpayment of premium; or

   2. The first Named Insured's loss of license.

**D.** The following is added to **Section I – Property:**

## STANDARD FIRE POLICY PROVISIONS

Your policy contains LEGAL ACTION AGAINST US, APPRAISAL and CANCELLATION provisions. Massachusetts law requires that the Suit, Appraisal and Cancellation provisions of the Massachusetts Standard Fire Policy supersede any similar provisions contained in your policy. Therefore, all LEGAL ACTION AGAINST US, APPRAISAL and CANCELLATION provisions, contained in your policy are void. The Suit, Appraisal and Cancellation provisions of the Massachusetts Standard Fire Policy shall apply instead.

In consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations, this company, for the term of years specified in the Declarations from inception date (At 12:01 A.M. Standard Time) to expiration date (At 12:01 A.M. Standard Time) at location of property involved, to an amount not exceeding the amount(s) specified in the Declarations, does insure the Insured named in the Declarations and legal representatives, to the extent of the actual cash value of the property at the time of loss, but in no event for more than the interest of the insured, against all LOSS BY FIRE, LIGHTNING AND BY REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described in the Declarations while located or contained as described in this policy or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of this Company.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

| | |
|---|---|
| **Concealment, fraud.** | This entire policy shall be void if, whether before or after a loss, the insured has willfully concealed or |

misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

| | |
|---|---|
| **Uninsurable and excepted property.** | This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named hereon in |

writing, bullion or manuscripts.

| | |
|---|---|
| **Perils not included.** | This company shall not be liable for loss by fire or other perils insured against in this policy caused directly |

or indirectly, by **(a)** enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; **(b)** invasion; **(c)** insurrection; **(d)** rebellion; **(e)** revolution; **(f)** civil war; **(g)** usurped power; **(h)** order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, providing that such fire did not originate from any of the perils excluded by this policy; **(i)** neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in neighboring premises; **(j)** nor shall this company be liable for loss by theft.

| | |
|---|---|
| **Other** | Other insurance may be prohibited |

**Insurance.**  or the amount of insurance may be limited by endorsement attached hereto.

**Conditions suspending or restricting insurance.**  Unless otherwise provided in writing added hereto this company shall not be liable for loss occurring **(a)** while the hazard is increased by any means within the control or know-ledge of the insured; or **(b)** while the described premises, whether intended for occupancy by owner or tenant, are vacant or unoccupied beyond a period of sixty consecutive days, for residential premises of three units or less and thirty (30) consecutive days for all other premises, or **(c)** as a result of ex-plosion or riot, unless fire ensue, and in that event for loss by fire only.

**Other perils of subjects.**  Any other peril to be insured against or subject of insurance to be cov-ered in this policy shall be by endorsement in writing hereon or added hereto.

**Added provisions.**  The extent of the application of in-surance under this policy and of the contribution to be made by this company in case of loss, and any other provision or agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provision may be waived except such as by the terms of this policy is subject to change.

**Waiver provisions.**  No permission affecting this insur-ance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing added hereto. No provision, stipulation or forfeiture shall be held to be waived by any requirement or proceeding on the part of this company relating to appraisal or to any examination provided for herein.

**Cancellation of policy.**  This policy shall be cancelled at any time at the request of the insured, in which case this company shall, upon demand and surrender of this policy, refund the ex-cess of paid premium above the customary short rates for the expired time. This policy may be can-celled at any time by this company by giving to the insured a five days written notice of cancellation, and to the mortgagee to whom this policy is payable twenty days written notice of cancellation except where the stated reason for cancellation is nonpay-ment of premium where, in such instance, this pol-icy may be cancelled at any time by this company by giving to the insured a ten days written notice of cancellation, and the mortgagee a twenty days written notice of cancellation, with or without tender of the excess paid premium above the pro rata pre-mium for the expired time, which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium (if

not tendered) will be refunded on demand and shall state or be accompanied by a statement of the specific reason or reasons for such cancellation. After this policy has been in effect for sixty days, or after sixty days from any anniversary date, no notice of cancellation shall be effective unless it is based on the occurrence, after the effective date of the policy, of one or more of the following: **(1)** nonpayment of premium; **(2)** conviction of a crime arising out of acts increasing the hazard insured against; **(3)** discovery of fraud or material misrepresentation by the insured in obtaining the policy; **(4)** discovery of willful or reckless acts or omissions by the insured increasing the hazard insured against; **(5)** physical changes in the property insured which result in the property becoming uninsurable; or **(6)** a determination by the commissioner that continuation of the policy would violate or place the insurer in violation of the law. Where the stated reason is nonpayment of premium, the insured may continue the coverage and avoid the effect of the cancellation by payment at any time prior to the effective date of cancellation.

**Mortgagee interests and obligations.** Notwithstanding any other provisions of this policy, if this policy shall be made payable to a mortgagee of the covered real estate, no act or default of any person other than such mortgagee or his agent or those claiming under him, whether the same occurs before or during the term of this policy, shall render this policy void as to such mortgagee nor affect such mortgagee's right to recover in case of loss on such real estate; provided, that the mortgagee shall on demand pay according to the established scale of rate for any increase of risk not paid for by the insured; and whenever this company shall be liable to a mortgagee for any sum for loss under this policy for which no liability exists as to the mortgagor, or owner, and this company shall elect by itself, or with others, to pay the mortgagee the full amount secured by such mortgage, then the mortgagee shall assign and transfer to the company interested, upon such payment, the said mortgage together with the note and debt thereby secured.

**Pro rata liability.** This company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved.

**Requirements in case loss occurs.** The insured shall give immediate written notice to this company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed and damaged property, showing in detail the quantity, description, actual cash value and amount of loss claimed; and the in-

sured shall forthwith render to this company a signed, sworn statement in proof of loss which sets forth to the best knowledge and belief of the insured the following: the time and cause of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupancy, location, possession or exposures of said property, since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and detailed estimates for repair of the damage. The insured, as often as may be reasonably required, shall exhibit to any person designated by this company all that remains of any property herein described, and submit to examinations under oath by any person named by this company, and subscribe the same; and as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this company or its representative, and shall permit extracts and copies thereof to be made.

**When loss payable.**  In case of any loss or damage, the company, within thirty days after the insured shall have submitted a statement, as provided in the preceding clause, shall either pay the amount for which it shall be liable, which amount if not agreed upon shall be ascertained by award of referees as hereinafter provided, or replace the property with other of the same kind and goodness, or it may, within fifteen days after such statement is submitted, notify the insured of its intention to rebuild or repair the premises, or any portion thereof separately covered by this policy, and shall thereupon enter upon said premises and proceed to rebuild or repair the same with reasonable expedition. It is moreover understood that there can be no abandonment of the property described to the company, and that the company shall not in any case be liable for more than the sum insured, with interest thereon from the time when the loss shall become payable, as above provided. The company shall be liable for the payment of interest to the insured at a rate of one percent over the prime interest rate on the agreed figure commencing thirty days after the date an executed proof of loss for such figure is received by the company, said interest to continue so long as the claim remains unpaid.

  © Insurance Services Office, Inc., 2014

**Arbitration.**                    In case of loss under this policy and a failure of the parties to agree as to the amount of loss, it is mutually agreed that the amount of such loss shall be referred to three disinterested men, the company and the insured each choosing one out of three persons to be named by the other, and the third being selected by the two so chosen, and the award in writing by a majority of the referees shall be conclusive and final upon the parties as to the amount of loss or damage, and such reference, unless waived by the parties, shall be a condition precedent to any right of action in law or equity to recover for such loss; but no person shall be chosen or act as a referee, against the objection of either party, who has acted in a like capacity within four months.

**Suit.**                    No suit or action against this company for the recovery of any claim by virtue of this policy shall be sustained in any court of law or equity in this commonwealth unless commenced within two years from the time the loss occurred; provided, however, that if, within said two years, in accordance with the provisions of the preceding paragraph, the amount of the loss shall have been referred to arbitration after failure of the parties to agree thereon, the limitation of time for bringing such suit or action shall in no event be less than ninety days after a valid award has been made upon such reference or after such reference or award has been expressly waived by the parties. If suit or action upon this policy is enjoined or abated, suit or action may be commenced at any time within one year after the dissolution of such injunction, or the abatement of such suit or action, to the same extent as would be possible if there was no limitation of time provided herein for the bringing of such suit or action.

**Subrogation.**                    This company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this company.

© Insurance Services Office, Inc., 2014

**E.** The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

   **1.** Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

      **(2)** We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

   **2.** Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

      **d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

         Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

         "Loss" does not include:

         **(1)** Civil or criminal fines or penalties imposed by law;

         **(2)** Punitive or exemplary damages;

         **(3)** The multiplied portion of multiplied damages;

         **(4)** Taxes;

         **(5)** Royalties;

         **(6)** The amount of any disgorged profits; or

         **(7)** Matters that are uninsurable pursuant to law.

BUSINESSOWNERS
BP 06 98 07 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MASSACHUSETTS – FUNGI, WET ROT OR DRY ROT EXCLUSION AND LIMITATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Additional Coverages A.5.r.** is replaced by the following:

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a Covered Cause of Loss other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) which takes place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

 © Insurance Services Office, Inc., 2012

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverage.

**(6)** The following applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**B.** Exclusion **B.1.i.** is replaced by the following exclusion:

**i. "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. But if "fungi", wet rot or dry rot results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage with respect to loss or damage by a cause of loss other than fire or lightning.

 © Insurance Services Office, Inc., 2012 **BP 06 98 07 13**

BUSINESSOWNERS
BP 01 88 05 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEVADA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section II – Liability** is amended as follows:

The term spouse is replaced by the following:

Spouse or individual who is in a domestic partnership recognized under Nevada law.

**B. Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **A.2.a. Cancellation** is deleted.

2. Paragraph **A.3.** is deleted.

3. The following are added to Paragraph **A. Cancellation:**

    **7. Midterm Cancellation**

    If this policy has been in effect for 70 days or more, or if this policy is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

    **a.** Nonpayment of premium;

    **b.** Conviction of the insured of a crime arising out of acts increasing the hazard insured against;

    **c.** Discovery of fraud or material misrepresentation in obtaining the policy or in presenting a claim thereunder;

    **d.** Discovery of an act or omission or a violation of any condition of the policy which occurred after the first effective date of the current policy, and substantially and materially increases the hazard insured against;

    **e.** A material change in the nature or extent of the risk, occurring after the first effective date of the current policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

    **f.** A determination by the commissioner that continuation of our present volume of premiums would jeopardize our solvency or be hazardous to the interests of our policyholders, creditors or the public;

    **g.** A determination by the commissioner that the continuation of the policy would violate, or place us in violation of, any provision of the code.

    **8. Anniversary Cancellation**

    If this policy is written for a term longer than one year, we may cancel for any reason at an anniversary, by mailing or delivering written notice of cancellation to the first Named Insured at the last mailing address known to us at least 60 days before the anniversary date.

    **9.** If this policy has been issued to a condominium association, we will also mail or deliver the written notice of cancellation to each unit-owner and each holder of a security interest to whom a certificate or memorandum of insurance has been issued.

4. Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

    **C. Concealment, Misrepresentation Or Fraud**

    We will not pay for any loss or damage in any case of:

    **1.** Concealment or misrepresentation of a material fact; or

    **2.** Fraud;

    committed by an insured at any time and relating to a claim under this policy.

© Insurance Services Office, Inc., 2009               □

**5.** The following paragraphs are added:

**M. Nonrenewal**

    **1.** If we elect not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations a notice of intention not to renew at least 60 days before the agreed expiration date.

    If this policy has been issued to a condominium association, we will also mail or deliver the written notice of nonrenewal to each unit-owner and each holder of a security interest to whom we issued a certificate or memorandum of insurance.

    **2.** We need not provide this notice if:

        **a.** You have accepted replacement coverage;

        **b.** You have requested or agreed to nonrenewal; or

        **c.** This policy is expressly designated as nonrenewable.

**N. Notices**

    **1.** Notice of cancellation or nonrenewal will be mailed, first class or certified, or delivered to the first Named Insured at the last mailing address known to us and will state:

        **a.** The specific reason for cancellation or nonrenewal; and

        **b.** The effective date of nonrenewal.

    **2.** We will also provide a copy of the notice of cancellation, for both policies in effect less than 70 days and policies in effect 70 days or more, to the agent who wrote the policy.

BUSINESSOWNERS
BP 01 15 12 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

1. Paragraph **(5)** under **A.5.l. Increased Cost Of Construction** Additional Coverage is replaced by the following:

    **(5)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

2. Paragraph **r.** under **A.5. Additional Coverages** does not apply.

3. Paragraph **i.** under **B.1. Exclusions** does not apply.

4. Paragraph **(3)** under **B.1.j. Exclusions** does not apply.

5. Paragraph **(2)** under **B.2.l. Exclusions** is replaced by the following:

    **(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

6. Paragraph **E.2. Appraisal** Property Loss Conditions is replaced by the following:

    **2. Appraisal**

    **a.** If we and you disagree on the value of the property, the extent of the loss or damage or the amount of the loss or damage, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand.

    **b.** If we or you fail to proceed with the appraisal of the covered loss after a written demand is made by either party, then either party may apply to a court having jurisdiction for an order directing the party that failed to proceed with the appraisal to comply with the demand for the appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such order.

    **c.** The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the extent of the loss or damage and the amount of the loss or damage. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

    **d.** Each party will:

    **(1)** Pay its chosen appraiser; and

    **(2)** Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

7. The following is added to Paragraph **E.3. Duties In The Event Of Loss Or Damage** Property Loss Conditions:

    **a.** Notice given by or on your behalf; or

    **b.** Written notice by or on behalf of any claimant;

    to any of our agents in New York State, which adequately identifies you, will be the same as notice to us.

 © Insurance Services Office, Inc., 2018

8. The following is added to Paragraph **E. Property Loss Conditions:**

**Estimation Of Claims**

Upon request, we will furnish you or your representative with a written estimate of damages to real property, specifying all deductions, provided such an estimate has been prepared by us or has been prepared on our behalf for our own purposes. This estimate will be provided within 30 days after your request or its preparation, whichever is later.

9. Paragraphs **f.** and **g.** under **F.2. Mortgageholders** Property General Conditions are replaced by the following:

**f. Cancellation**

(1) If we cancel this Policy, we will give written notice to the mortgageholder at least:

(a) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(b) 30 days before the effective date of cancellation if we cancel for any other reason.

(2) If you cancel this Policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

(a) The effective date of cancellation of the insured's coverage; or

(b) 10 days after we give notice to the mortgageholder.

**g. Nonrenewal**

(1) If we elect not to renew this Policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this Policy.

(2) If you elect not to renew this Policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

(a) The expiration date of the Policy; or

(b) 10 days after we give notice to the mortgageholder.

10. Paragraphs **b.** and **f.** under **G.3. Employee Dishonesty** Property General Conditions are replaced by the following:

**b.** We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

(4) Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this Policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

However, this Paragraph **G.3.b.(4)** does not apply to an employee whose theft or other dishonest act was committed prior to becoming employed by you and which resulted in the employee being convicted of one or more criminal offenses in this state or any other jurisdiction, if, after learning about the employee's past criminal conviction or convictions, you made a determination to hire or retain the employee utilizing the factors set out in New York Correction Law Article 23-A.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

However, this Paragraph **G.3.f.** does not apply to an employee whose dishonest act was committed prior to becoming employed by you and which resulted in the employee being convicted of one or more criminal offenses in this state or any other jurisdiction, if, after learning about the employee's past criminal conviction or convictions, you made a determination to hire or retain the employee utilizing the factors set out in New York Correction Law Article 23-A.

**11.** Paragraph **4.** under **H. Property Definitions** does not apply.

**12.** If this Policy covers the interest of the owner of any of the following types of buildings or structures:

**a.** Residential, except owner-occupied single-family or owner-occupied two-family buildings or structures;

**b.** Commercial; or

**c.** Industrial;

the following provision is added:

Before payment to you for loss or damage to the above buildings or structures caused by or resulting from fire, we will:

**a.** Deduct from your payment the claim of any tax district that issues a certificate of lien in accordance with the Insurance Law; and

**b.** Pay directly to the tax district the amount of the claim.

When we pay that claim, we will have no obligation to pay the amount of that claim to you. Our payment of that claim within 30 days of our receipt of the certificate of lien will be a conclusive presumption that the claim was valid and properly paid.

**B. Section II – Liability** is amended as follows:

**1.** Paragraph **a.** under **A.1. Business Liability** is replaced by the following:

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D. Liability And Medical Expenses Limits Of Insurance** in Section **II – Liability;** and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

**2.** The following provision is added and supersedes any provision to the contrary:

Failure to give notice to us as required under this Policy shall not invalidate any claim made by the insured, injured person or any other claimant, unless the failure to provide such timely notice has prejudiced us. However, no claim made by the insured, injured person or other claimant will be invalidated if it shall be shown not to have been reasonably possible to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

© Insurance Services Office, Inc., 2018

3. The following is added to Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition:

   **a.** Notice given by or on your behalf; or

   **b.** Written notice by or on behalf of any claimant;

   to any of our agents in New York State, which adequately identifies you, will be the same as notice to us.

4. Paragraph **E.3. Legal Action Against Us** Liability And Medical Expenses General Condition is replaced by the following:

   **3. Legal Action Against Us**

   **a.** Except as provided in Paragraph **b.**, no person or organization has a right under this Policy:

   **(1)** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **(2)** To sue us on this Policy unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and a release of liability signed by us, the insured and the claimant or the claimant's legal representative.

   **b.** With respect to "bodily injury" and "personal and advertising injury" claims, if we deny coverage or do not admit liability because an insured or the injured person, someone acting for the injured person or other claimant fails to give us written notice as soon as practicable, then the injured person, someone acting for the injured person or other claimant may bring an action against us, provided the sole question is whether the denial of coverage or nonadmission of liability is based on the failure to provide timely notice.

   However, the injured person, someone acting for the injured person or other claimant may not bring an action if within 60 days after we deny coverage or do not admit liability, we or an insured:

   **(1)** Brings an action to declare the rights of the parties under the Policy; and

   **(2)** Names the injured person, someone acting for the injured person or other claimant as a party to the action.

5. The following is added to Paragraph **E. Liability And Medical Expenses General Conditions:**

   **Transfer Of Duties When A Limit Of Insurance Is Used Up**

   **a.** If we conclude that, based on "occurrences", offenses, claims or "suits" which have been reported to us and to which this insurance may apply, the:

   **(1)** Liability And Medical Expenses Limit;

   **(2)** Medical Expenses Limit; or

   **(3)** Damage To Premises Rented To You;

   is likely to be used up in the payment of judgments or settlements, we will notify the first Named Insured, in writing, to that effect.

   **b.** When a limit of insurance described in Paragraph **a.** above has actually been used up in the payment of judgments or settlements:

   **(1)** We will notify the first Named Insured, in writing, as soon as practicable, that:

   **(a)** Such a limit has actually been used up; and

   **(b)** Our duty to defend "suits" seeking damages subject to that limit has also ended.

   **(2)** We will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

   We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "suits" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

   We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that limit of insurance has been used up.

© Insurance Services Office, Inc., 2018

(3) The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

**c.** The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with Paragraph **b.(2).**

The duty of the first Named Insured to reimburse us will begin on:

(1) The date on which the applicable limit of insurance is used up, if we sent notice in accordance with Paragraph **a.;** or

(2) The date on which we sent notice in accordance with Paragraph **b.(1),** if we did not send notice in accordance with Paragraph **a.**

**d.** The exhaustion of any limit of insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this condition.

**6.** Paragraph **F.11.** "Loading or unloading" Liability And Medical Expenses Definition does not apply.

**7.** The following additional provisions apply:

**a.** The aggregate limits of this Policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.c.(4)** of this endorsement.

**b.** The last sentence of Limit Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

**C. Section III – Common Policy Conditions (Applicable To Section I – Property And Section II – Liability)** is amended as follows:

The provisions of Paragraphs **1.** through **3.** apply unless this Policy covers buildings or structures containing one to four dwelling units. In that case, the provisions of Paragraphs **4.** through **6.** apply instead. The provisions of Paragraphs **7.** through **11.** apply to all insured buildings and structures.

**1.** Paragraphs **1., 2., 3.** and **5.** under **A. Cancellation** are replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire Policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

(1) 20 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **2.b.** below.

(2) 15 days before the effective date of cancellation if we cancel for any of the reasons included in Paragraph **2.b.** below.

**b. For More Than 60 Days**

If this Policy has been in effect for more than 60 days, or if this Policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed below, provided we mail the first Named Insured written notice at least 15 days before the effective date of cancellation:

(1) Nonpayment of premium, provided, however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

(2) Conviction of a crime arising out of acts increasing the hazard insured against;

(3) Discovery of fraud or material misrepresentation in the obtaining of the Policy or in the presentation of a claim;

(4) After issuance of the Policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

**(5)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the Policy, which results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the Policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the Policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the Policy was issued or last renewed;

**(6)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

**(7)** A determination by the Superintendent that continuation of the Policy would violate, or would place us in violation of, any provision of the Insurance Code; or

**(8)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. If we cancel for this reason, you may make a written request to the Department of Financial Services, within 10 days of receipt of this notice, to review our cancellation decision. Also, we will simultaneously send a copy of this cancellation notice to the Department of Financial Services.

**3.** We will mail or deliver our notice, including the reason for cancellation, to the first Named Insured at the address shown in the Policy and the authorized agent or broker.

**5.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the cancellation refund will be pro rata. Under such financed policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**2.** The following is added to Paragraph **A. Cancellation:**

If one of the reasons for cancellation in Paragraph **C.1.2.b.** or **C.4.2.b.(2)** of this endorsement exists, we may cancel this entire Policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this Policy.

**3.** The following paragraphs are added:

**a. Nonrenewal**

If we decide not to renew this Policy, we will send notice as provided in Paragraph **c.** Notices Of Nonrenewal And Conditional Renewal below.

**b. Conditional Renewal**

If we condition renewal of this Policy upon:

**(1)** A change of limits;

**(2)** A change in type of coverage;

**(3)** A reduction of coverage;

**(4)** Increased deductible;

**(5)** An addition of exclusion; or

**(6)** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added; or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit;

we will send notice as provided in Paragraph **c.** Notices Of Nonrenewal And Conditional Renewal below.

**c. Notices Of Nonrenewal And Conditional Renewal**

**(1)** If we decide not to renew this Policy or to conditionally renew this Policy as provided in Paragraphs **3.a.** and **3.b.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations at least 60 but not more than 120 days before:

**(a)** The expiration date; or

**(b)** The anniversary date if this is a continuous policy.

**(2)** Notice will be mailed or delivered to the first Named Insured at the address shown in the Policy and the authorized agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

**(3)** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**(4)** If we violate any of the provisions of Paragraph **c.(1)**, **(2)** or **(3)** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(a)** And if notice is provided prior to the expiration date of this Policy, coverage will remain in effect at the same terms and conditions of this Policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60-day period, has replaced the coverage or elects to cancel.

**(b)** And if the notice is provided on or after the expiration date of this Policy, coverage will remain in effect at the same terms and conditions of this Policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**(5)** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**(a)** Upon expiration of the 60-day period, unless Subparagraph **(b)** below applies; or

**(b)** Notwithstanding the provisions in Paragraphs **(4)(a)** and **(b)**, as of the renewal date of the Policy, if the conditional renewal notice was sent at least 30 days prior to the expiration or anniversary date of the Policy.

**(6)** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the Policy has been replaced or is no longer desired.

**4.** Paragraph **2.** under **A. Cancellation** is replaced by the following:

**2. Procedure And Reasons For Cancellation**

**a.** We may cancel this entire Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided, however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** But if this Policy:

**(1)** Has been in effect for more than 60 days; or

**(2)** Is a renewal of a policy we issued;

we may cancel this Policy only for one or more of the following reasons:

**(a)** Nonpayment of premium, provided, however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(b)** Conviction of a crime arising out of acts increasing the risk of loss;

**(c)** Discovery of fraud or material misrepresentation in obtaining the Policy or in making a claim;

**(d)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

**(e)** Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

**(i)** Issued the Policy; or

**(ii)** Last voluntarily renewed the Policy;

**(f)** The Superintendent of Financial Services' determination that continuing the Policy would violate Chapter 28 of the Insurance Law; or

**(g)** Required pursuant to a determination by the Superintendent of Financial Services that continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

**5.** The following condition is added:

**Conditional Continuation**

Instead of cancelling this Policy, we may continue it on the condition that:

**a.** The Policy limits be changed; or

**b.** Any coverage not required by law be eliminated.

If this Policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**6.** The following condition is added:

**Nonrenewal**

If, as allowed by the laws of New York State, we:

**a.** Do not renew this Policy; or

**b.** Condition policy renewal upon:

**(1)** Change of limits; or

**(2)** Elimination of coverage;

we will mail or deliver written notice of nonrenewal or conditional renewal at least 45 days, but not more than 60 days, before the expiration date of the Policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**7.** The last subparagraph in Paragraph **3.** under **I. Premiums** is replaced by the following:

Our forms then in effect will apply. If you do not pay the continuation premiums, this Policy will be cancelled in accordance with the cancellation procedures for nonpayment of premium as amended in Paragraph **C.1.** of this endorsement.

**8.** The following condition is added:

When the property is subject to the Anti-arson Application in accordance with New York Department of Financial Services Insurance Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**a.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire Policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**b.** Before the expiration date of any policy, we will cancel the Policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

If the notice in **8.a.** or **8.b.** is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

The cancellation provisions set forth in **8.a.** or **8.b.** supersede any contrary provisions in this Policy, including this endorsement.

**9.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

**C. Concealment, Misrepresentation Or Fraud**

We do not provide coverage for any insured who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss or damage for which coverage is sought under this Policy.

**10.** Paragraph **1.** under **H. Other Insurance** is replaced by the following:

**1.** If there is other valid and collectible insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance. But we will not pay more than the applicable Limit of Insurance of Section **I – Property**.

**11.** Paragraph **2.** under **H. Other Insurance** is replaced by the following:

    **2.** Business Liability Coverage is excess over:

        **a.** Any other valid and collectible insurance that insures for direct physical loss or damage; or

        **b.** Any other valid and collectible primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

**12.** Paragraph **2.** under **J. Premium Audit** is replaced by the following:

    **2.** Premium shown in this Policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. An audit to determine the final premium due or to be refunded will be completed within 180 days after the expiration date of the Policy and may not be waived, except when:

        **a.** The total annual premium attributable to the auditable exposure is not reasonably expected to exceed $1,500; or

        **b.** The Policy requires notification to the insurer with specific information of any additional exposure units (*e.g.*, buildings) for which coverage is requested.

If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

Except as provided in this Paragraph **2.**, Paragraph **D. Examination Of Your Books And Records** continues to apply.

**BUSINESSOWNERS**
**BP 06 04 03 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK – EXCLUSION OF LOSS
# DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under **Section I – Property** in all forms and endorsements that comprise this Businessowners Policy, except as provided in Paragraph **C.** This includes but is not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** However, the exclusion in Paragraph **B.** does not apply to the following:

   **1.** Loss or damage caused by or resulting from fungus. Such loss or damage is addressed in a separate exclusion in this Businessowners Policy; or

   **2.** Coverage otherwise provided under Food Contamination Endorsement **BP 04 31** (if that endorsement is attached to this Businessowners Policy); or

   **3.** Coverage otherwise provided under the Food Contamination Additional Coverage in New York – Restaurants Endorsement **BP 07 82** (if that endorsement is attached to this Businessowners Policy).

**D.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Businessowners Policy.

BUSINESSOWNERS
BP 15 01 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** For policies with fixed terms in excess of one year, or policies with no stated expiration date, except as provided in Paragraph **B.**, the following applies:

The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal or continuation of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**B.** For policies with fixed terms in excess of one year, where premium is computed and paid annually, the following applies:

**1.** The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. Such rates and rules will be used to calculate the premium at each anniversary, for the entire term of the policy, unless the specific reasons described in Paragraph **2.** or **3.** apply.

**2.** The premium will be computed based on the rates and rules in effect on the anniversary date of the policy only when, subsequent to the inception of the current policy period, one or more of the following occurs:

**a.** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

**b.** A material physical change in the property insured, occurring after issuance or last anniversary renewal date of the policy, causes the property to become uninsurable in accordance with underwriting standards in effect at the time the policy was issued or last renewed; or

**c.** A material change in the nature or extent of the risk, occurring after issuance or last anniversary renewal date of the policy, which causes the risk of "loss" to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed.

**3.** If, subsequent to the inception of the current policy period, the Limit of Insurance is increased, or Additional Coverages or Causes of Loss are insured, the rate and rules in effect at the time of the change will be applied to calculate the premium and will continue to apply to the change at subsequent anniversary dates.

© Insurance Services Office, Inc., 2010

□

BUSINESSOWNERS
BP 01 18 11 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I – Property** is amended as follows:

  **1.** Paragraph **B. Exclusions** is amended as follows:

    **a.** Paragraph **2.l.(4)** is replaced by the following:

      **(4)** Settling, cracking, shrinking, expansion or contraction;

    **b.** The following is added to Paragraph **2.l. Other Types Of Loss:**

      **(8)** Release, discharge or dispersal of contaminants or pollutants.

  **2.** Paragraph **E.2. Appraisal** Property Loss Condition is replaced by the following:

    **2. Appraisal**

    **a.** If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

      **(1)** Pay its chosen appraiser; and

      **(2)** Bear the other expenses of the appraisal and umpire equally.

    **b.** If there is an appraisal:

      **(1)** You will retain your right to bring a legal action against us, subject to the provisions of Paragraph **E.4.** Legal Action Against Us Property Loss Condition; and

      **(2)** We will still retain our right to deny the claim.

  **3.** Paragraph **E.3. Duties In The Event Of Loss Or Damage** Property Loss Condition is amended as follows:

    **a.** Paragraph **a.(2)** is replaced by the following:

      **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved. However, with respect to loss or damage in the state of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim.

    **b.** Paragraph **a.(7)** is replaced by the following:

      **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

  **4.** Paragraph **E.4. Legal Action Against Us** Property Loss Condition is replaced by the following, except as provided in **7.** below:

    **4. Legal Action Against Us**

    **a.** Except as provided in Paragraph **b.**, no one may bring a legal action against us under this insurance unless:

      **(1)** There has been full compliance with all of the terms of this insurance; and

      **(2)** The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

 © Insurance Services Office, Inc., 2014

**b.** With respect to loss or damage in the state of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this insurance, unless:

**(1)** There has been full compliance with all of the terms of this insurance; and

**(2)** The action is brought within the earlier of the following:

**(a)** Two years and one day from the date we accept or reject the claim; or

**(b)** Three years and one day from the date of the loss or damage that is the subject of the claim.

This Paragraph **4.** does not apply to Paragraph **E.3. Legal Action Against Us** Liability And Medical Expenses General Condition in **Section II – Liability.**

**5.** Paragraph **E.5. Loss Payment** Property Loss Condition is amended as follows:

**a.** Paragraph **5.d.(1)(b)** is replaced by the following:

**(b)** If, at the time of the loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property immediately before the loss.

**b.** The following is added:

**Section 862.053. Policy A Liquidated Demand**

A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this Article shall not apply to personal property.

**c.** Under Paragraph **E.5. Loss Payment,** the provisions pertaining to notice of our intentions and the time period for payment of claims are replaced by the following:

**(1) Claims Handling**

**(a)** Within 15 days after we receive written notice of claim, we will:

**(i)** Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

**(ii)** Begin any investigation of the claim; and

**(iii)** Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

**(b)** We will notify you in writing as to whether:

**(i)** The claim or part of the claim will be paid;

**(ii)** The claim or part of the claim has been denied, and inform you of the reasons for denial;

**(iii)** More information is necessary; or

**(iv)** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

We will provide notification, as described in **(b)(i)** through **(b)(iv)** above within:

**(i)** 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

**(ii)** 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

If we notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

© Insurance Services Office, Inc., 2014

**(2)** We will pay for covered loss or damage within five business days after:

   **(a)** We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

   **(b)** An appraisal award has been made.

   However, if payment of the claim or part of the claim is conditioned on your compliance with any terms of this policy, we will make payment within five business days after the date you have complied with such terms.

**(3) Catastrophe Claims**

   If a claim results from a weather-related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in **c.(1)** and **c.(2)** above are extended for an additional 15 days.

   Catastrophe or Major Natural Disaster means a weather-related event which:

   **(a)** Is declared a disaster under the Texas Disaster Act of 1975; or

   **(b)** Is determined to be a catastrophe by the Texas Department of Insurance.

**(4)** The term "business day", as used in the Loss Payment Property Loss Condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**6.** The following is added to Paragraph **F. Property General Conditions:**

   **5. Loss To Real Property**

   The amount of insurance applicable to loss to real property by fire will be reduced by the amount of such loss. As repairs are made, the amount reduced will be reinstated to the extent of the value of the repairs. The reinstatement will not increase the specified Limits of Insurance.

   No other loss insured against in Section **I** – Property will reduce the specified Limits of Insurance.

**7.** Paragraphs **F.2.d.** and **F.2.f.** of the **Mortgageholders** Property General Condition are replaced by the following:

   **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   **(1)** Pays any premium due under this policy at our request if you have failed to do so;

   **(2)** Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

   **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this policy will then apply directly to the mortgageholder.

   **f.** If this policy is cancelled, we will give the mortgageholder named in the Declarations written notice of cancellation.

   If we cancel this policy, we will notify the mortgageholder at least:

   **(1)** 14 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   If you cancel the policy, we will give the mortgageholder notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

**8.** Paragraph **H. Property Definitions** is amended as follows:

   Paragraph **9.b.** is replaced by the following:

   **b.** "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that regulates the construction, use or repair, or requires the tearing down of any property.

   The expiration date of this policy will not cut short the "period of restoration".

**B. Section II – Liability** is amended as follows:

1. The following is added to Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition and similar conditions in any endorsement attached to this policy:

   We will notify the first Named Insured in writing of:

   a. An initial offer to settle a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

   b. Any settlement of a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

2. The following provision applies:

   With regard to liability for "bodily injury", "property damage" and "personal and advertising injury", unless we are prejudiced by the insured's or your failure to comply with the requirement, no provision of this policy requiring you or any insured to give notice of "occurrence", claim or "suit" or to forward demands, notices, summonses or legal papers in connection with a claim or "suit" will bar coverage under this policy.

**C. Section III – Common Policy Conditions** is amended as follows:

1. Paragraph **2.** under **A. Cancellation** is replaced by the following:

   **2.** We may cancel this policy:

   a. By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

   b. For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

   (1) If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official; or

   (2) If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

   (a) Fraud in obtaining coverage;

   (b) Failure to pay premiums when due;

   (c) An increase in hazard within the control of the insured which would produce an increase in rate;

   (d) Loss of our reinsurance covering all or part of the risk covered by the policy; or

   (e) If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

   c. For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

   (1) If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

   (2) If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy only for the following reasons:

   (a) If the first Named Insured does not pay the premium or any portion of the premium when due;

   (b) If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

   (c) If the Named Insured submits a fraudulent claim; or

   (d) If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

    © Insurance Services Office, Inc., 2014

**2.** The following paragraph is added and supersedes any provision to the contrary:

**M. Nonrenewal**

1. We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

2. If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

3. If notice is mailed, proof of mailing will be sufficient proof of notice.

4. The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

**3.** Paragraph **3.** under **I. Premiums** does not apply.

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 02 04 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES – AMENDMENT OF CANCELLATION PROVISIONS OR COVERAGE CHANGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

In the event of cancellation or material change that reduces or restricts the insurance afforded by this Policy, we agree to mail prior written notice of cancellation or material change to:

**SCHEDULE**

| | |
|---|---|
| **A.  Name:** | |
| **B.  Address:** | |
| **C.  Number Of Days Advance Notice:** 10 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2004

Policy Number: PSB0008821                                                      RLI Insurance Company

# SIGNATURE PAGE

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Corporate Secretary                                       President & COO

ILF 0001C (04/16)

Policy Number: PSB0008821                                                          RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® CHANGE ENDORSEMENT

Policy Number:  PSB0008821

Named Insured:
 DeSimone Consulting Engineering Group, LLC

Endorsement Effective Date (12:01 a.m.): 07/24/2020

☐ Additional Premium: $_____

☐ Return Premium:    $_____

☒ No Premium Change

Premium change from taxes, fees and/or surcharges: $0.00

It is understood and agreed that this policy is amended as follows:

Add BP 12 03 01 10 Loss Payable Clauses per attached.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

PPK 2103 06 10                                                                     Page 1 of 1

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 12 03 01 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Premises Number:          1 | Building Number:          1 | Applicable Clause<br>(Indicate Paragraph A, B, C or D):          B |
|---|---|---|
| **Description Of Property:** Business Personal Property |||
| **Loss Payee Name:** First American Commercial Bancorp, Inc. and/or its Assigns |||
| **Loss Payee Address:** 255 Woodcliff Drive,<br>                                    Fairport, NY 14450 |||

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

   **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

      **(1)** Pays any premium due under this policy at our request if you have failed to do so;

      **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of **Section I – Property** will then apply directly to the Loss Payee.

   **d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

      **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancel-lation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancel-lation if we cancel for any other reason.

4. If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2009

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## RLIPack® CHANGE ENDORSEMENT

Policy Number: PSB0008821

☐ Additional Premium: $_____

Named Insured:

☐ Return Premium:     $_____

 DeSimone Consulting Engineering Group, LLC

☒ No Premium Change

Endorsement Effective Date (12:01 a.m.): 09/01/2020

Premium change from taxes, fees and/or surcharges: $0.00

It is understood and agreed that this policy is amended as follows:

Add BP 12 03 01 10 Loss Payable Clauses per attached.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

PPK 2103 06 10                                                               Page 1 of 1

POLICY NUMBER: PSB0008821

**BUSINESSOWNERS**
**BP 12 03 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number: | 1 | Building Number: | 1 | Applicable Clause (Indicate Paragraph A, B, C or D): | A |
|---|---|---|---|---|---|
| **Description Of Property:**  Savin Copier - Lease/Contract #6030027471002 | | | | | |
| **Loss Payee Name:**  Wells Fargo Financial Leasing | | | | | |
| **Loss Payee Address:**  P.O. Box 979284, Miami, FL 33197 | | | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

   **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

      **(1)** Pays any premium due under this policy at our request if you have failed to do so;

      **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of **Section I – Property** will then apply directly to the Loss Payee.

   **d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

      **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

© Insurance Services Office, Inc., 2009

**(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

    **a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

    **a.** Adjust losses with you; and

    **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**3.** The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

**2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

© Insurance Services Office, Inc., 2009

Policy Number: PSB0008821                                                                RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® CHANGE ENDORSEMENT

Policy Number: PSB0008821                         ☒ Additional Premium: $██████_____

Named Insured:                                    ☐ Return Premium:    $_____

 DeSimone Consulting Engineering Group, LLC       ☐ No Premium Change

Endorsement Effective Date (12:01 a.m.): 09/01/2020    Premium change from taxes, fees and/or surcharges: ████

It is understood and agreed that this policy is amended as follows:

Add Location #12 Building #1 Address at: 60 Man Mar Drive, Unit 2, Plainville, MA 02762 per attached.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

PPK 2103 06 10                                                              Page 1 of 1

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RLIPack® BUSINESSOWNERS SUPPLEMENTAL DECLARATIONS – BUILDING AND LOCATIONS COVERAGES

Businessowners Declarations PPB100 is amended to include:

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

| | |
|---|---|
| **Effective Date:** | 09/01/2020 |
| **Location Address:** | 60 Man Mar Drive<br>Unit 2<br>Plainville,  MA  02762 |

**Location:** Location #12                          **Building:** Building #1

 **Deductible:** $500

**Equipment Breakdown Deductible:**   $500

| BUILDING AND PERSONAL PROPERTY | | LIMITS OF INSURANCE |
|---|---|---|
| Building | Replacement Cost | $0 |
| Business Personal Property | Replacement Cost | $250,000 |

| **Location Level Additional Coverages** | **Limits of Insurance** |
|---|---|
| Building Limit – Automatic Increase | 4% |
| Outdoor Property | $10,000 |
| Outdoor Signs | Included in Limit of Insurance |
| Business Income and Extra Expense | 12 Months Actual Loss Sustained |
| Business Income Waiting Period | 0 Hour Waiting Period |
| Extended Business Income | 90 Days |
| Utility Services – Direct Damage | $25,000 |
| Utility Services – Time Element | $25,000 |
| Water Backup and Sump Overflow | $25,000 |
| Equipment Breakdown | Included |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

Policy Number: PSB0008821                                                    RLI Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## RLIPack® CHANGE ENDORSEMENT

Policy Number:  PSB0008821                    ☐ Additional Premium: $_____

Named Insured:                                 ☐ Return Premium:      $_____

 DeSimone Consulting Engineering DPC           ☒ No Premium Change

Endorsement Effective Date (12:01 a.m.): 12/31/2020      Premium change from taxes, fees and/or surcharges: $0.00

It is understood and agreed that this policy is amended as follows:

Amend Named Insured to read DeSimone Consulting Engineering DPC.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**