AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RLI INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> DESIMONE CONSULTING ENGINEERS, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-cv-20040-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DESIMONE CONSULTING ENGINEERS, LLC
140 Broadway, 25th Floor
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAY E. RYAN, ESQ.
RYAN K. HILTON, ESQ.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 01/05/2022

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-20040-JEM |
| DESIMONE CONSULTING ENGINEERS, LLC, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAQUEL AZEVEDO DE OLIVEIRA, AS THE PERSONAL REPRESENTATIVE OF THE ESTATES OF ALFREDO LEONE AND LORENZO DE OLIVEIRA LEONE AND PURPORTED REPRESENATATIVE OF THE LIABILITY CLASS AND PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS
9100 W Bay Harbor Drive, Apt. 11C
Bay Harbor Islands, FL 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAY E. RYAN, ESQ.
RYAN K. HILTON, ESQ.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/05/2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RLI INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> DESIMONE CONSULTING ENGINEERS, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-cv-20040-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN SPIEGEL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JUDITH SPIEGEL AND PURPORTED REPRESENTATIVE OF THE LIABILITY CLASS AND PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS
3350 SW 27th Avenue
Apt. 1907
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAY E. RYAN, ESQ.
RYAN K. HILTON, ESQ.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/05/2022

**SUMMONS**



Angela E. Noble
Clerk of Court

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RLI INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>DESIMONE CONSULTING ENGINEERS, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-cv-20040-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN FANG, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF STACIE FANG AND PURPORTED REPRESENTATIVE OF THE LIABILITY CLASS AND THE NON-OWNER PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS
508 Byram Lake Rd
Mt. Kisco, NY 10549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FAY E. RYAN, ESQ.
RYAN K. HILTON, ESQ.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/05/2022



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RLI INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> DESIMONE CONSULTING ENGINEERS, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 22-cv-20040-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAYSA RODRIGUEZ, INDIVIDUALLY, AND AS PURPORTED REPRESENTATIVE OF THE LIABILITY CLASS AND THE ECONOMIC LOSS AND PROPERTY DAMAGE SUBCLASS
1966 SW 136th Place
Miami, FL 33175

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAY E. RYAN, ESQ.
RYAN K. HILTON, ESQ.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/05/2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RLI INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> DESIMONE CONSULTING ENGINEERS, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-cv-20040-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* STEVE ROSENTHAL, INDIVIDUALLY, AND AS PURPORTED REPRESENTATIVE OF THE ECONOMIC CLASS AND PROPERTY DAMAGE SUBCLASS
1080 Brickell Ave
Unit 2106
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FAY E. RYAN, ESQ.
RYAN K. HILTON, ESQ.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/05/2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts