# GENERAL NOTES:

## I - CODES

## II - MATERIALS

## III - GENERAL

## IV - FOUNDATION NOTES

## V - CONCRETE NOTES

## VI - POST-TENSIONED CONCRETE NOTES

## VII - STEEL NOTES

## VIII - MASONRY NOTES

## IX - SURVEYING

## X - INSPECTION AND TESTING

## XI - SYMBOLS USED ON DRAWINGS

## XII - DESIGN LOADS

### GRAVITY LOAD SCHEDULE (PSF)

### ALLOWANCE NOTES

### THIS IS A THRESHOLD BUILDING

### WIND PRESSURE - MAIN WIND FORCE RESISTING SYSTEM (ASCE 7-10)

**EXHIBIT D**

8701 COLLINS AVE

RENZO PIANO BUILDING WORKSHOP

WEST 8 URBAN DESIGN & LANDSCAPE ARCHITECTURE P.C.

DESIMONE CONSULTING ENGINEERS

STEVEN FELLER P.E., P.L.

VSN ENGINEERING, INC.

8701 COLLINS DEVELOPMENT

DESIMONE

Stantec

RECORD SET - 02/10/2021

GENERAL NOTES

14369.00

**S-001**

DS-0044138





DS-0044153



DS-0044154