AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| RLI INSURANCE COMPANY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-20040 |
| DESIMONE CONSULTING ENGINEERS, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Champlain Towers South Condominium Association, Inc.

Date: 02/24/2022

/s/ Mark A. Boyle
*Attorney's signature*

Mark A. Boyle, FBN: 005886
*Printed name and bar number*

Boyle, Leonard & Anderson, P.A.
9111 W. College Pointe Drive
Fort Myers, FL 33919
*Address*

MBoyle@insurance-counsel.com
*E-mail address*

(239) 337-1303
*Telephone number*

(239) 337-7674
*FAX number*