AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| RLI INSURANCE COMPANY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-20040 |
| DESIMONE CONSULTING ENGINEERS, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Champlain Towers South Condominium Association, Inc.

Date:  02/24/2022

/s/ Amanda K. Anderson
*Attorney's signature*

Amanda K. Anderson, FBN: 0091297
*Printed name and bar number*

Boyle, Leonard & Anderson, P.A.
9111 W. College Pointe Drive
Fort Myers, FL 33919
*Address*

AAnderson@insurance-counsel.com
*E-mail address*

(239) 337-1303
*Telephone number*

(239) 337-7674
*FAX number*