# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:22-CV-20040

Plaintiff: **RLI INSURANCE COMPANY**
vs.
Defendant: **DESIMONE CONSULTING ENGINEERS, LLC, et al.**

For:
Fay E. Ryan, Esq.
BUTLER WEIHMULLER, ET AL.
400 N. Ashley Drive
#2300
Tampa, FL 33602

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 14th day of February, 2022 at 7:19 pm to be served on **KEVIN FANG, AS THE PERSONAL REPRESENTATIVE THE ESTATE OF STACIE FANG AND PURPORTED REPRESENATATIVE OF THE LIABILITY CLASS AND THE NON OWNER PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS, 508 BYRAM LAKE RD, MT KISCO, NY 40549**.

I, RICKY ESPINAL, do hereby affirm that on the **19th day of February, 2022** at **1:07 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT WITH EXHIBITS**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **KEVIN FANG, AS THE PERSONAL REPRESENTATIVE THE ESTATE OF STACIE FANG AND PURPORTED REPRESENATATIVE OF THE LIABILITY CLASS AND THE NON OWNER PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS** and who is over the age of 15, at the address of **508 BYRAM LAKE RD, MT KISCO, NY 40549**, the defendant/witness usual place of abode or place of employment, and informed said person of the contents therein, in compliance with State Statutes

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made. Under penalty of perjury, I declare the facts contained herein are true and correct.

**RICKY ESPINAL**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2022000592