# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:22-CV-20040

Plaintiff: **RLI INSURANCE COMPANY**
vs.
Defendant: **DESIMONE CONSULTING ENGINEERS, LLC, et al.**

For:
Fay E. Ryan, Esq.
BUTLER WEIHMULLER, ET AL.
400 N. Ashley Drive
#2300
Tampa, FL 33602

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 14th day of February, 2022 at 7:19 pm to be served on **STEVE ROSENTHAL, INDIVIDUALLY AND AS PURPORTED REPRESENATATIVE OF THE ECONOMIC CLASS AND PROPERTY DAMAGE SUBCLASS, 1080 BRICKELL AVENUE, #2106, MIAMI, FL 33131**.

I, Manny Sires, do hereby affirm that on the **15th day of February, 2022** at **12:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT WITH EXHIBITS**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **STEVE ROSENTHAL, INDIVIDUALLY AND AS PURPORTED REPRESENATATIVE OF THE ECONOMIC CLASS AND PROPERTY DAMAGE SUBCLASS** and who is over the age of 15, at the address of **1080 BRICKELL AVENUE, #2106, MIAMI, FL 33131**, the defendant/witness usual place of abode or place of employment, and informed said person of the contents therein, in compliance with State Statutes

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

**Manny Sires**
Process Server #1098

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2022000594

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2g