# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:22-CV-20040

Plaintiff: **RLI INSURANCE COMPANY**
vs.
Defendant: **DESIMONE CONSULTING ENGINEERS, LLC, et al.**

For:
Fay E. Ryan, Esq.
BUTLER WEIHMULLER, ET AL.
400 N. Ashley Drive
#2300
Tampa, FL 33602

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 14th day of February, 2022 at 7:19 pm to be served on **KEVIN SPIEGEL, AS THE PERSONAL REPRESENTATIVE THE ESTATE OF JUDITH AND PURPORTED REPRESENATATIVE OF THE LIABILITY CLASS AND PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS, 3350 SW 27TH AVENUE, #1907, MIAMI, FL 33133**.

I, Manny Sires, do hereby affirm that on the **15th day of February, 2022** at **12:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT WITH EXHIBITS**, with my initials; identification number (if applicable); date and hour of service endorsed thereon by me to:: **SONIA ESTEVEZ** as **AUTHORIZED AGENT** at the address of: **3350 SW 27TH AVENUE, #1907, MIAMI, FL 33133**, the within named person's usual place of **Abode**, and who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with State Statutes

**Additional Information pertaining to this Service:**
THE RECIPIENT SPOKE TO THE DEFENDANT OVER THE PHONE AND HE AUTHORIZED HER TO ACCEPT SERVICE IN HIS ABSENCE

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

_____
**Manny Sires**
Process Server #1098

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2022000591