# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:22-CV-20040

Plaintiff:
**RLI INSURANCE COMPANY**

vs.

Defendant:
**DESIMONE CONSULTING ENGINEERS, LLC, et al.**

For:
Fay E. Ryan, Esq.
BUTLER WEIHMULLER, ET AL.
400 N. Ashley Drive
#2300
Tampa, FL 33602

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS,LLC on the 14th day of February, 2022 at 7:44 pm to be served on **CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION INC, 201 E LAS OLAS BLVD, #1800, FT LAUDERDALE, FL 33301**.

I, Susan Pineiro, do hereby affirm that on the **17th day of February, 2022** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **AKISHA PHILPART** as **RECEPTIONIST AT REGISTERED AGENT-AUTHORIZED TO AC** for **CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION INC**, at the address of: **201 E LAS OLAS BLVD, #1800, FT LAUDERDALE, FL 33301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

_____
**Susan Pineiro**
SPS#1065

**LEGAL PROCESS SERVICE & INVESTIGATIONS,LLC**
8724 SW 72 STREET #402
MIAMI, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2022000589