## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:22-CV-20040

Plaintiff:
**RLI INSURANCE COMPANY**

vs.

Defendant:
**DESIMONE CONSULTING ENGINEERS, LLC, et al.**

For:
Fay E. Ryan, Esq.
BUTLER WEIHMULLER, ET AL.
400 N. Ashley Drive
#2300
Tampa, FL 33602

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 14th day of February, 2022 at 7:19 pm to be served on **DESIMONE CONSULTING ENGINEERS LLC, 140 BROADWAY, 25TH FL, NEW YORK, NY 10005**.

I, Joseph Donovan, do hereby affirm that on the **22nd day of February, 2022** at **10:49 am, I:**

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT WITH EXHIBITS** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to: **ELENA ALBARAELLA** as **EXECUTIVE ASSISTANT** for **DESIMONE CONSULTING ENGINEERS LLC**, at the address of: **140 BROADWAY, 25TH FL, NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with State Statutes

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made. Under penalty of perjury, I declare the facts contained herein are true and correct.


**Joseph Donovan**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2022000588

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2g