UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF FLORIDA
MIAMI DIVISION

RLI INSURANCE COMPANY,

    Plaintiff                                  Case No.: 1:22-cv-20040

v.

DESIMONE CONSULTING
ENGINEERS, LLC, et al.,

    Defendants
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC.**

Defendant Champlain Towers South Condominium Association, Inc. (the "Association") moves for an extension of time for any served defendant to respond to Plaintiffs' Amended Complaint for Declaratory Relief ("Complaint") [Doc. 4], thorough and including April 7, 2022. Plaintiff does not oppose this request.

In support of this motion, the Association states:

1. This action was initiated on January 4, 2022. *See* Doc 1. On February 3, 2022, plaintiff RLI Insurance Company ("RLI") filed the Complaint against various defendants, including the Association, and DeSimone Consulting Engineers, LLC ("DeSimone"). *See id.* at 1.

2. The Association was served on February 17, 2022; therefore, its response to the Complaint is due by March 10, 2022.

3. This case is, in essence, an insurance coverage dispute. The Association, DeSimone, and other parties in the underlying litigation – *In re Champlain Towers South Collapse Litigation*, Case No. 2021-015089-CA-43 (11th Jud. Cir., Miami-Dade County, Fla.) – are deeply

engaged in discussions with RLI and other interested parties and hope to resolve the dispute without further proceedings.

4. Given those discussions, the Association requests an extension of four weeks – through and including April 7, 2022 – to file its response to the Complaint.

5. The Association similarly requests that the deadline for a response be extended to April 7, 2022, for any defendant who has been served with the Complaint.

6. The Association has conferred with counsel for Plaintiff, who does not oppose the extension requested.

7. Plaintiff will suffer no undue prejudice by the requested extension.

8. This motion is made in good faith and not for purposes of delay.

WHEREFORE, Champlain Towers South Condominium Association, Inc., respectfully requests an extension of time to April 7, 2022, for any served defendant file a response to the Amended Complaint, and any other further relief this Court deems just and proper.

### **CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Association has conferred with counsel for Plaintiff via email on March 4, 2022 at 12:45 p.m., to resolve the issue raised in this Motion. Counsel for Plaintiff does not oppose the relief sought in this Motion and, specifically, the requested extension for any defendant to serve its response to the Amended Complaint on or before April 7, 2022.

**[REMINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 8, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF filing system which will send notice of electronic filing to all parties of record.

> By: __/s/ Amanda K. Anderson__
> Mark A. Boyle (FBN: 005886)
> Amanda K. Anderson (FBN: 0091297)
> BOYLE, LEONARD & ANDERSON, P.A.
> *Counsel for Defendant, Champlain Towers South Condominium Association, Inc.*
> 9111 West College Pointe Drive
> Fort Myers, FL 33919
> Telephone: (239) 337-1303
> Primary: EService@Insurance-Counsel.com
> Secondary #1: MBoyle@Insurance-Counsel.com
> Secondary #2: AAnderson@Insurance-Counsel.com