**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF FLORIDA
MIAMI DIVISION**

RLI INSURANCE COMPANY,

      Plaintiff                                         Case No.: 1:22-cv-20040-JEM

v.

DESIMONE CONSULTING
ENGINEERS, LLC, et al.,

      Defendants

_____/

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT,
CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC.**

COMES NOW, Defendant, Champlain Towers South Condominium Association, Inc. (the "Association") moves for a second extension of time for any served defendant to respond to Plaintiffs' Amended Complaint for Declaratory Relief ("Complaint") [Doc. 4], thorough and including May 6, 2022. Plaintiff does not oppose this request.

In support of this motion, the Association states:

1. This action was initiated on January 4, 2022. *See* Doc 1. On February 3, 2022, plaintiff RLI Insurance Company ("RLI") filed the Complaint against various defendants, including the Association, and DeSimone Consulting Engineers, LLC ("DeSimone"). *See id.* at 1.

2. The Association was served on February 17, 2022; therefore, its response to the Complaint was due by March 10, 2022.

3. On March 8, 2022, the Court granted the Association's first unopposed extension of time until April 8, 2022, for any served defendant to respond to Plaintiffs' Amended Complaint for Declaratory Relief. [Doc. 15].

1

4. This case is, in essence, an insurance coverage dispute. The Association, DeSimone, and other parties in the underlying litigation – *In re Champlain Towers South Collapse Litigation*, Case No. 2021-015089-CA-43 (11th Jud. Cir., Miami-Dade County, Fla.) – are deeply engaged in continued discussions with RLI and other interested parties and hope to resolve the dispute without further proceedings.

5. Given those discussions, the Association requests a second extension of four weeks – through and including May 6, 2022 – to file its response to the Complaint.

6. The Association similarly requests that the deadline for a response be extended to May 6, 2022, for any defendant who has been served with the Complaint.

7. The Association has conferred with counsel for Plaintiff, who does not oppose the second extension requested.

8. Plaintiff will suffer no undue prejudice by the requested second extension.

9. This motion is made in good faith and not for purposes of delay.

WHEREFORE, Champlain Towers South Condominium Association, Inc., respectfully requests a second extension of time to May 6, 2022, for any served defendant file a response to the Amended Complaint, and any other further relief this Court deems just and proper.

### **CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Association has conferred with counsel for Plaintiff via email on April 5, 2022 at 12:00 p.m., to resolve the issue raised in this Motion. Counsel for Plaintiff does not oppose the relief sought in this Motion and, specifically, the requested second extension for any defendant to serve its response to the Amended Complaint on or before May 6, 2022.

**[REMINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 6, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF filing system which will send notice of electronic filing to all parties of record.

By: __/s/ Amanda K. Anderson__
Mark A. Boyle (FBN: 005886)
Amanda K. Anderson (FBN: 0091297)
BOYLE, LEONARD & ANDERSON, P.A.
*Counsel for Defendant, Champlain Towers South Condominium Association, Inc.*
9111 West College Pointe Drive
Fort Myers, FL 33919
Telephone: (239) 337-1303
Primary: EService@Insurance-Counsel.com
Secondary #1: MBoyle@Insurance-Counsel.com
Secondary #2: AAnderson@Insurance-Counsel.com