UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22 -CV-20040-JEM

RLI INSURANCE COMPANY,

     *Plaintiff*,

v.

DESIMONE CONSULTING ENGINEERS, LLC;
RAQUEL AZEVEDO DE OLIVEIRA, AS THE
PERSONAL REPRESENTATIVE OF THE ESTATES OF
ALFREDO LEONE AND LORENZO DE OLIVEIRA LEONE
AND PURPORTED REPRESENTATIVE OF THE LIABILITY
CLASS AND PERSONAL INJURY AND WRONGFUL DEATH
SUBCLASS; KEVIN SPIEGEL, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF JUDITH SPIEGEL
AND PURPORTED REPRESENTATIVE OF THE LIABILITY
CLASS AND PERSONAL INJURY AND WRONGFUL DEATH
SUBCLASS; KEVIN FANG AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF STACIE FANG
AND PURPORTED REPRESENTATIVE OF THE LIABILITY
CLASS AND THE NON-OWNER PERSONAL INJURY AND
WRONGFUL DEATH SUBCLASS; RAYSA RODRIGUEZ,
INDIVIDUALLY, AND AS PURPORTED REPRESENTATIVE
OF THE LIABILITY CLASS AND THE ECONOMIC LOSS
AND PROPERTY DAMAGE SUBCLASS; AND STEVE
ROSENTHAL, INDIVIDUALLY, AND AS PURPORTED
REPRESENTATIVE OF THE ECONOMIC CLASS AND
PROPERTY DAMAGE SUBCLASS,

     *Defendants*.

_____/

## NOTICE OF APPEARANCE

     Please take notice that Stephen A. Marino, Jr. hereby enters his appearance as counsel for

Defendant, DeSimone Consulting Engineers, LLC, in the above-styled action.

CASE NO. 1:22 -CV-20040-JEM

Please address all notices, pleadings, motions, and other communications filed or served in the cause to the undersigned's address below.

Dated this 6th day of April 2022.

Respectfully Submitted,

VER PLOEG & MARINO, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**
Florida Bar No. 79170
smarino@vpm-legal.com
jpacheco@vpm-legal.com
*Counsel for DeSimone Consulting*
*Engineers, LLC*

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 6th day of April 2022 on all counsel of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**

CASE NO. 1:22 -CV-20040-JEM

## SERVICE LIST

Fay E. Ryan, Esq.
Ryan K. Hilton, Esq.
Butler Weihmuller Katz Craig LLP
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602
Tel: (813) 281-1900
Fax: (813) 281-0900
fryan@butler.legal
rhilton@butler.legal
*Counsel for Plaintiff*
*RLI Insurance Company*

Stephen A. Marino, Jr., Esq.
Christine A. Gudaitis, Esq.
Ver Ploeg & Marino, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
Tel: (305) 577-3996
Fax: (305) 577-3558
smarino@vpm-legal.com
cgudaitis@vpm-legal.com
jpacheco@vpm-legal.com
*Counsel for Defendant*
*DeSimone Consulting  Engineers, LLC*

Mark A. Boyle
Boyle, Leonard & Anderson, P.A.
9111 W. College Pointe Drive
Fort Myers, FL 33919
Tel: (239) 337-1303
Fax: (239) 337-7674
mboyle@insurance-counsel.com
aanderson@insurance-counsel.com
*Counsel for Champlain Towers South*
*Condominium Association, Inc.*