**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF FLORIDA
MIAMI DIVISION**

RLI INSURANCE COMPANY,

    Plaintiff                                                Case No.: 1:22-cv-20040-JEM

v.

DESIMONE CONSULTING
ENGINEERS, LLC, et al.,

    Defendants
_____/

**AMENDED CERTIFICATE OF GOOD FAITH CONFERRAL REGARDING SECOND
UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT, CHAMPLAIN
TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC.**

On April 6, 2022, Defendant Champlain Towers South Condominium Association, Inc. (the "Association") filed a Second Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint (DE 16). In order to resolve a misunderstanding, the Association submits this amended Certificate of Good Faith Conferral. Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Association has conferred with counsel for Plaintiff via email on April 5, 2022 at 12:00 p.m., to resolve the issue raised in this Motion. Counsel for Plaintiff has agreed to a brief extension of seven (7) days but has not agreed to the additional thirty (30) days for any defendant to serve its response to the Amended Complaint on or before May 6, 2022 requested by the Association.

**[REMINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 7, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF filing system which will send notice of electronic filing to all parties of record.

By: ___/s/ Amanda K. Anderson
Mark A. Boyle (FBN: 005886)
Amanda K. Anderson (FBN: 0091297)
BOYLE, LEONARD & ANDERSON, P.A.
*Counsel for Defendant, Champlain Towers South Condominium Association, Inc.*
9111 West College Pointe Drive
Fort Myers, FL 33919
Telephone: (239) 337-1303
Primary: EService@Insurance-Counsel.com
Secondary #1: MBoyle@Insurance-Counsel.com
Secondary #2: AAnderson@Insurance-Counsel.com