Filing # 145294629 E-Filed 03/08/2022 02:27:55 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-015089-CA-01
SECTION: CA43
JUDGE: Michael Hanzman

**In Re: Champlain Towers South Collapse Litigation**

Plaintiff(s)

vs.

**N/A**

Defendant(s)

_____/

### [ ORDER GRANTING RECEIVER AND PUTATIVE CLASS PLAINTIFFS' JOINT MOTION TO STAY THEIR CLAIMS AGAINST DEFENDANTS, BECKER & POLIAKOFF, P.A., MORABITO CONSULTANTS, INC., AND DESIMONE CONSULTING ENGINEERS, LLC, PENDING SETTLEMENT APPROVAL

**THIS CAUSE** came before the Court on the Receiver's and Putative Class Plaintiffs' Joint Motion to Stay Their Claims Against Settling Defendants, Becker & Poliakoff, P.A. ("Becker"), Morabito Consultants, Inc. ("Morabito"), and Defendant DeSimone Consulting Engineers, LLC ("DeSimone"), and being otherwise fully informed, it is

**HEREBY ORDERED AND ADJUDGED** that

1. The Receiver's and Putative Class Plaintiffs' Joint Motion is hereby **GRANTED**.

2. All litigation against Becker, Morabito, and DeSimone is hereby stayed pending the Court's consideration of the Receiver's motion to approve settlement agreement and Putative Class Plaintiffs' motion for preliminary approval of class action settlement, both of which will be filed within sixty (60) days of the date of this order.

EXHIBIT B

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>8th day of March, 2022</u>.

2021-015089-CA-01 03-08-2022 2:11 PM

Hon. Michael Hanzman

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Aaron Podhurst, apodhurst@podhurst.com
Aaron Podhurst, dricker@podhurst.com
Adam A Schwartzbaum, adams@moskowitz-law.com
Adam A Schwartzbaum, service@moskowitz-law.com
Adam A Schwartzbaum, dione@moskowitz-law.com
Adam Moskowitz, adam@moskowitz-law.com
Adam Moskowitz, dione@moskowitz-law.com
Adam Moskowitz, service@moskowitz-law.com
Alfred Armas, alfred@armaslaw.com
Alison E Patino, apatino@patinolaw.com
Amanda Anderson, AAnderson@insurance-counsel.com
Amanda K Anderson, eservice@insurance-counsel.com
Amanda K Anderson, aanderson@insurance-counsel.com
Amanda K Anderson, InsuranceCounsel2050@gmail.com
Ana Angelica Viciana, anita@miamidade.gov
Ana Angelica Viciana, mbarber@miamidade.gov
Andrew B. Yaffa, aby@grossmanroth.com
Andrew B. Yaffa, omb@grossmanroth.com
Andrew M Feldman, feldmana@kleinpark.com
Andrew M Feldman, montanem@kleinpark.com
Andrew M Feldman, piersonj@kleinpark.com

Andrew P. Gold, Esq., andrew.gold@akerman.com
Andrew P. Gold, Esq., jill.parnes@akerman.com
Andrew Paul Gold, andrew.gold@akerman.com
Andrew Paul Gold, jill.parnes@akerman.com
Andrew Paul Gold, bobbi.engelke@akerman.com
Anthony J Carriuolo, acarriuolo@bergersingerman.com
Anthony J Carriuolo, mnewland@bergersingerman.com
Anthony J Carriuolo, drt@bergersingerman.com
Anthony Perez, aperez@hsmpa.com
Aron Raskas, araskas@gunster.com
Aron Raskas, avalido@gunster.com
Aron Raskas, eservice@gunster.com
Benjamin Fernandez IV, bfernandez@silvasilva.com
Benjamin Fernandez IV, cvereen@silvasilva.com
Benjamin Fernandez, IV, bfernandez@silvasilva.com
Benjamin Fernandez, IV, tgomez@silvasilva.com
Bernadette Vazquez, bvazquez@klugerkaplan.com
Bernadette Vazquez, clong@klugerkaplan.com
Bradford R. Sohn, brad@bradsohnlaw.com
Bradford R. Sohn, paralegal@bradsohnlaw.com
Bradford R. Sohn, service.bradsohnlaw@gmail.com
Bradley J Edwards, staff.efile@epllc.com
Bradley J Edwards, brad@epllc.com
Bradley J Edwards, maria@epllc.com
Brenda Radmacher, brenda.radmacher@akerman.com
Bret M Feldman, feldmanb@phelps.com
Bret M Feldman, yolanda.vazquez@phelps.com
Brian S Dervishi, bdervishi@wdpalaw.com
Brian S Dervishi, service@wdpalaw.com
Bruce Alan Katzen, bkatzen@klugerkaplan.com
Bruce Alan Katzen, cfalla@klugerkaplan.com
Bruce Alan Katzen, probate@klugerkaplan.com
Carlos A. Velasquez, CVelasquez@VDLawyers.com
Carlos A. Velasquez, Andrea@VDLawyers.com
Carlos E Silva, csilva@silvasilva.com
Carlos E Silva, mromera@silvasilva.com
Carlos M. Macias, macias@leesfield.com
Carlos M. Macias, becerra@leesfield.com

Carlos M. Macias, abreu@leesfield.com

Carmen M. Ortega-Rivero, carmen.ortega-rivero@akerman.com

Carmen M. Ortega-Rivero, wendy.gonzalez@akerman.com

Caroline Catchpole Spradlin, caroline.spradlin@phelps.com

Caroline Catchpole Spradlin, samantha.powell@phelps.com

Carolyn M. Luna, cluna@patinolaw.com

Christine L. Welstead, christine.welstead@bowmanandbrooke.com

Christine L. Welstead, ashleigh.carroll@bowmanandbrooke.com

Christine L. Welstead, lisa.morales@bowmanandbrooke.com

Christopher L Barnett, barnettch@gtlaw.com

Christopher L Barnett, nicauda@gtlaw.com

Christopher S Carver, christopher.carver@akerman.com

Christopher S Carver, cary.gonzalez@akerman.com

Cole Scott &Kissane PA, Ryan.Charlson@csklegal.com

Cole Scott &Kissane PA, Ryan.Soohoo@csklegal.com

Cole Scott &Kissane PA, Construction.FTLW@csklegal.com

Cosme Caballero, ccaballero@deutschblumberg.com

Cosme Caballero, kdominguez@deutschblumberg.com

Cosme Caballero, Esq., ccaballero@deutschblumberg.com

Cosme Caballero, Esq., bblumberg@deutschblumberg.com

Curtis Miner, curt@colson.com

Curtis Miner, claudiav@colson.com

Curtis Miner, eservice@colson.com

Daniel Y Gielchinsky, dan@dgimlaw.com

Daniel Y Gielchinsky, eservice@dgimlaw.com

Daniel Y Gielchinsky, colleen@dgimlaw.com

David B. Weinstein, weinsteind@gtlaw.com

David B. Weinstein, thomasm@gtlaw.com

David L Rosinsky Esq., LUKSFLL-Pleadings@LS-LAW.COM

David L Rosinsky Esq., Drosinsky@insurancedefense.net

David L Rosinsky Esq., spare@insurancedefense.net

David M Wells, dwells@gunster.com

David M Wells, dculmer@gunster.com

David M. Murray, dmmurray@miami-airport.com

David M. Murray, dmmurray@miami-airport.com

David M. Murray, rmartin@miami-airport.com

David M. Wells, dwells@gunster.com

David M. Wells, dculmer@gunster.com

David M. Wells, eservice@gunster.com
David Stanoch, david@honiklaw.com
Dorian N. Daggs, ddaggs@hsmpa.com
Douglas J. Kress, dkress@schwedpa.com
Douglas J. Kress, lrandell@schwedpa.com
Douglas J. Kress, amarcus@schwedpa.com
Dustin C. Blumenthal, dblumenthal@goldbergsegalla.com
Dustin C. Blumenthal, ppowers@goldbergsegalla.com
E. Bruce Johnson, johnson@jambg.com
E. Bruce Johnson, young@jambg.com
Edward Marod, emarod@gunster.com
Edward Marod, dpeterson@gunster.com
Edward R. Blumberg, erb@deutschblumberg.com
Edward R. Blumberg, rmitchell@deutschblumberg.com
Edward R. Blumberg, kdominguez@deutschblumberg.com
Elliot H. Scherker, scherkere@gtlaw.com
Elliot H. Scherker, miamiappellateservice@gtlaw.com
Eric P. Hockman, ehockman@wsh-law.com
Eric P. Hockman, lmartinez@wsh-law.com
Eric Page Hockman, ehockman@wsh-law.com
Eric Page Hockman, lmartinez@wsh-law.com
Eric S Kay, ekay@kttlaw.com
Eric S Kay, ga@kttlaw.com
Eric S Kay, agarcia@kttlaw.com
Felipe Gonzalez, fgonzalez@switkeslaw.com
Felipe Gonzalez, paralegal@switkeslaw.com
Felipe Gonzalez, paralegal@switkeslaw.com
Frank Florio, FFlorio@gunster.com
George R Truitt Jr., george.truitt@csklegal.com
George R Truitt Jr., construction.miami@csklegal.com
Gonzalo Barr, gbarr@dldlawyers.com
Gonzalo Barr, viviane@dldlawyers.com
Gonzalo Dorta, grd@dortalaw.com
Gonzalo R Dorta, grd@dortalaw.com
Gonzalo R Dorta, jpedraza@dortalaw.com
Gonzalo R Dorta, jgonzalez@dortalaw.com
Graham LippSmith, g@lippsmith.com
Graham LippSmith, mb@lippsmith.com

Graham LippSmith, cca@lippsmith.com
Gregory J Kahn, gkahn@boydjen.com
Gregory J Kahn, jsaiz@boydjen.com
Gregory J Kahn, mkruemmel@boydjen.com
H. Clay Roberts, gloria@robertspa.com
H. Clay Roberts, roberts@robertspa.com
H. Clay Roberts, jennifer@robertspa.com
Hali E Marsocci, Hali@RomanoLawGroup.com
Hali E Marsocci, Becky@RomanoLawGroup.com
Hali E Marsocci, Service@RomanoLawGroup.com
Harley S. Tropin Esq., hst@kttlaw.com
Harley S. Tropin Esq., sf@kttlaw.com
Harley Tropin, hst@kttlaw.com
Henry Lawrence Perry, lperry@perry-young.com
Henry Lawrence Perry, kroberson@perry-young.com
Henry Lawrence Perry, frichard@perry-young.com
Henry N. Wixon, henry.wixon@nist.gov
Houston S. Park III, parkh@kleinpark.com
Houston S. Park III, harriss@kleinpark.com
Howard Kraft Pita, spita@pwdlawfirm.com
Howard Kraft Pita, lalvarez@pwdlawfirm.com
Howard Kraft Pita, pitaservice@pwdlawfirm.com
Howard M Bushman, howard@moskowitz-law.com
Howard M Bushman, dione@moskowitz-law.com
JOHN H RUIZ, jruiz@msprecoverylawfirm.com
JOHN H RUIZ, serve@msprecoverylawfirm.com
JOHN H RUIZ, jruiz@msprecovery.com
Janel C. Diamond, jdiamond@gunster.com
Javier A. Lopez Esq., jal@kttlaw.com
Javier A. Lopez Esq., ya@kttlaw.com
Javier A. Lopez Esq., fsr@kttlaw.com
Javier Zapata, jzapata@miamidade.gov
Jeffrey Lee Newsome II, jeffrey.newsome@phelps.com
Jeffrey Lee Newsome II, samantha.powell@phelps.com
Jeffrey Michael Cohen, jmcohen@cfjblaw.com
Jeffrey Michael Cohen, schacon@carltonfields.com
Jeffrey Michael Cohen, miaecf@cfdom.net
Jennifer Glasser, jennifer.glasser@akerman.com

Jennifer Glasser, kelly.connolly@akerman.com
Jennifer Glasser, kim.stathopulos@akerman.com
Jillian M Askren, askrenj@gtlaw.com
Jillian M Askren, thomasm@gtlaw.com
Joel L McNabney, joel.mcnabney@clydeco.us
Joel L McNabney, Audrie.Finney@clydeco.us
Joel L McNabney, miainsfilings@clydeco.us
John B. Morgan, jmorgan@forthepeople.com
John B. Morgan, kmitnik@forthepeople.com
John B. Morgan, andrew@forthepeople.com
John Davis, jdavis@slackdavis.com
John H. Ruiz, jruiz@msprecoverylawfirm.com
John H. Ruiz, serve@msprecoverylawfirm.com
John H. Ruiz, afernandez@msprecoverylawfirm.com
John Romano, John@RomanoLawGroup.com
John Scarola, _scarolateam@searcylaw.com
John Scarola, mmccann@searcylaw.com
John Scarola, _scarolateam@searcylaw.com
Jonathan E Kanov, jekanov@mdwcg.com
Jonathan E Kanov, kafriday@mdwcg.com
Jordi Guso, jguso@bergersingerman.com
Jordi Guso, drt@bergersingerman.com
Jordi Guso, fsellers@bergersingerman.com
Jorge A Calil Esq., jorge@jcalillaw.com
Jorge A Calil Esq., jeannie.calillaw@gmail.com
Jorge L. Piedra, jpiedra@kttlaw.com
Jorge L. Piedra, ga@kttlaw.com
Jorge Silva, jsilva@silvasilva.com
Jorge Silva, csilva@silvasilva.com
Jorge Silva, hsoto@silvasilva.com
Joseph H. Serota, jserota@wsh-law.com
Joseph H. Serota, lmartinez@wsh-law.com
Joseph M. Kaye, joseph@moskowitz-law.com
Joseph M. Kaye, dione@moskowitz-law.com
Josh M Rubens, jrubens@klugerkaplan.com
Josh M Rubens, cfernandez@klugerkaplan.com
Josh M Rubens, probate@klugerkaplan.com
Joshua D Fuller, jfuller@fullerlawyers.com

Joshua D Fuller, lposch@fullerlawyers.com
Joshua Talcovitz, TalcovitzJ@kleinpark.com
Jourdan Leslie Weltman, jw0326@universalproperty.com
Jourdan Leslie Weltman, subrogationservice@universalproperty.com
Jourdan Leslie Weltman, vm1217@universalproperty.com
Judd G. Rosen, pleadings@goldbergandrosen.com
Judd G. Rosen, jgrsecy@goldbergandrosen.com
Julia Holden-Davis, JHoldenDavis@gunster.com
Julia Holden-Davis, dholland@gunster.com
Julian S. Geraci Esq., jgeraci@pbcgov.org
Julian S. Geraci Esq., aairey@pbcgov.org
Karen B Parker, kparker@kbparkerlaw.com
Karen B Parker, fmartinez@kbparkerlaw.com
Karen B Parker, ebacker@kbparkerlaw.com
Kenneth R Drake, kendrake@dldlawyers.com
Kenneth R Drake, viviane@dldlawyers.com
Kerry L. Burns, kburns@bergersingerman.com
Kerry L. Burns, efile@bergersingerman.com
Kimberly C. Hirschman, khirschman@therhlawfirm.com
Kimberly C. Hirschman, nramos@therhlawfirm.com
Laritza Orozco, Orozcol@kleinpark.com
Laura Adams, lauraadams@miamisao.com
Lauren E. Morse, laurenm@miamidade.gov
Lauren E. Morse, olga1@miamidade.gov
Lauren E. Morse, hern@miamidade.gov
Lauren Morse, lauren.morse@miamidade.gov
Lewis N Jack Jr., LNJ@florida-attorneys.com
Lewis N Jack Jr., cmf@florida-attorneys.com
Luis Eduardo Suarez, lsuarez@hsmpa.com
Luis Eduardo Suarez, filings@hsmpa.com
Manual Arteaga-Gomez, aag@grossmanroth.com
Marc J. Gottlieb, marc.gottlieb@akerman.com
Marc J. Gottlieb, joyce.gutierrez@akerman.com
Marc J. Gottlieb, Esq., marc.gottlieb@akerman.com
Marc J. Gottlieb, Esq., joyce.gutierrez@akerman.com
Maria Corghi, mcorghi@silvasilva.com
Maria Corghi, mcorghi@silvasilva.com
Mark A Boyle, Eservice@Insurance-Counsel.com

Mark A Boyle, MBoyle@Insurance-Counsel.com
Mark A Boyle, InsuranceCounsel2050@gmail.com
Mark G. Dicowden, eservice@dicowdenlaw.com
Mark G. Dicowden, service@dicowdenlaw.com
Mark G. Dicowden, mgd@dicowdenlaw.com
Mark J. Heise, mheise@hsmpa.com
Mark J. Sullivan, sullivanm@kleinpark.com
Mark J. Sullivan, piersonj@kleinpark.com
Mark J. Sullivan, montanem@kleinpark.com
Mark R. Antonelli, mantonelli@gaebemullen.com
Mark R. Antonelli, cgreer@gaebemullen.com
Mark R. Antonelli, lbeggs@gaebemullen.com
Matthew Wildner, mjwildner@mdwcg.com
Matthew Wildner, kafriday@mdwcg.com
Meghan C Moore Moore, meghan.moore@flastergreenberg.com
Meghan C Moore Moore, betty.plasencia@flastergreenberg.com
Michael Caballero, mcaballero@hsmpa.com
Michael F. Suarez, MFS-KD@kubickidraper.com
Michael F. Suarez, mfs@kubickidraper.com
Michael I. Goldberg, michael.goldberg@akerman.com
Michael I. Goldberg, charlene.cerda@akerman.com
Michael I. Goldberg, kimberly.smiley@akerman.com
Michael J Thomas, thomasmic@gtlaw.com
Michael J Thomas, cordovam@gtlaw.com
Michael J Thomas, flservice@gtlaw.com
Michael S Hooker, michael.hooker@phelps.com
Michael S Hooker, guy.mcconnell@phelps.com
Michael S Hooker, renee.hogue@phelps.com
Mitchel Chusid, mchusid@ritterchusid.com
Mitchel Chusid, karenz@ritterchusid.com
Mitchel Chusid, ifeliciano@ritterchusid.com
Mustafa Hasan Dandashly, pleadings@goldbergandrosen.com
Mustafa Hasan Dandashly, mdandashly@goldbergandrosen.com
Mustafa Hasan Dandashly, evelyn@goldbergandrosen.com
Nicole Juarez, njuarez@hsmpa.com
Oscar E. Marrero, oem@marrerolegal.com
Patricia Melville, pmelville@hsmpa.com
Paul A. Avron, pavron@bergersingerman.com

Paul J. Schwiep, pschwiep@coffeyburlington.com
Paul J. Schwiep, yvb@coffeyburlington.com
Paul J. Schwiep, service@coffeyburlington.com
Paul Jon Layne, playne@silvasilva.com
Paul Jon Layne, mromera@silvasilva.com
Paul Jon Layne, vramos@silvasilva.com
Paul S Singerman, singerman@bergersingerman.com
Paul S Singerman, mdiaz@bergersingerman.com
Paul S Singerman, efile@bergersingerman.com
Paul Steven Labiner, Pleadings@PIALawCenter.com
Rachel Charys John, rjohn@zdlaw.com
Rachel Charys John, rjohn@zdlaw.com
Rachel Charys John, rjohn@zdlaw.com
Rachel W. Furst, rwf@grossmanroth.com
Rachel Wagner Furst, rwf@grossmanroth.com
Ralph George Patino, service@patinolaw.com
Ralph George Patino, rpatino@patinolaw.com
Ralph George Patino, cluna@patinolaw.com
Rami Shmuely, rshmuely@cmslawgroup.com
Randy M Weber, rmweber@pwdlawfirm.com
Randy M Weber, ngarcia@pwdlawfirm.com
Ricardo Manoel Martinez-Cid, rmcid@podhurst.com
Ricardo Manoel Martinez-Cid, RMCTeam@podhurst.com
Ricardo Manoel Martinez-Cid, lbarrington@podhurst.com
Robert J. Mongeluzzi, rmongeluzzi@smbb.com
Robert J. Mongeluzzi, jgoodman@smbb.com
Robert J. Mongeluzzi, sdordick@smbb.com
Robert L Switkes, Rswitkes@switkeslaw.com
Robert L Switkes, paralegal@switkeslaw.com
Robert L Switkes, bzappala@switkeslaw.com
Robert M Klein, kleinr@kleinpark.com
Robert M Klein, piersonj@kleinpark.com
Robert M Klein, carrillom@kleinpark.com
Rosalyn Lax, rlax@hsmpa.com
Ruben Honik, ruben@honiklaw.com
Ryan A Waton, rwaton@zdlaw.com
Ryan J. Yaffa, rjy@grossmanroth.com
Ryan M. Charlson, ryan.charlson@csklegal.com

Ryan M. Charlson, nicole.kaufman@csklegal.com
Ryan Thomas Hopper, hopperr@gtlaw.com
Ryan Thomas Hopper, ryan.t.hopper@gmail.com
Ryan Thomas Hopper, thomasm@gtlaw.com
STEVEN JEFFREY BRODIE, sbrodie@carltonfields.com
STEVEN JEFFREY BRODIE, ldelpino@carltonfields.com
Scott Andrew Hiaasen, shiaasen@coffeyburlington.com
Scott Andrew Hiaasen, lperez@coffeyburlington.com
Scott Andrew Hiaasen, service@coffeyburlington.com
Scott D. Rembold, srembold@therhlawfirm.com
Scott D. Rembold, courtdocs@therhlawfirm.com
Sergio L Mendez, sergio@mendezandmendezlaw.com
Sergio L Mendez, service@mendezandmendezlaw.com
Sergio L Mendez, lorena@mendezandmendezlaw.com
Seth M Lehrman, staff.efile@epllc.com
Seth M Lehrman, seth@epllc.com
Seth M Lehrman, iris@epllc.com
Seth M Schimmel, seth.schimmel@phelps.com
Seth M Schimmel, yolanda.vazquez@phelps.com
Seth M Schimmel, nicole.marsade@phelps.com
Shannon Lyn Nunez del Prado, sdelprado@pwdlawfirm.com
Stuart Z Grossman, szg@grossmanroth.com
Stuart Z Grossman, lka@grossmanroth.com
Tal J Lifshitz, tjl@kttlaw.com
Tal J Lifshitz, ya@kttlaw.com
Tal J Lifshitz, fsr@kttlaw.com
Tal J. Lifshitz, tjl@kttlaw.com
Tal J. Lifshitz, ya@kttlaw.com
Thomas A. Robes, Trobes@robeslawgroup.com
Thomas A. Robes, jbuchko@robeslawgroup.com
Thomas A. Robes, dmarie@robeslawgroup.com
Todd Romano, Todd@RomanolawGroup.com
Valerie Shea, vshea@goldbergsegalla.com
Wanda Monteverde, monteverdew@kleinpark.com
William F. Merlin Jr, cmerlin@merlinlawgroup.com
William F. Merlin Jr, ssmith@merlinlawgroup.com
William F. Merlin Jr, trodriguez@merlinlawgroup.com
William J Tinsley Jr., william.tinsley@phelps.com

William J Tinsley Jr., yolanda.vazquez@phelps.com
William P. Mulligan, wpm@grossmanroth.com
William P. Mulligan, lka@grossmanroth.com
Yechezkel Rodal, chezky@forthepeople.com
Yechezkel Rodal, rmongeluzzi@smbb.com
Yechezkel Rodal, jgoodman@smbb.com
Yechezkel Rodal, chezky@forthepeople.com
Yitzhak Levin, ylevin@levinlitigation.com
Yitzhak Levin, service@levinlitigation.com
Yummy Marrero, Ymarrero@gaebemullen.com

**Physically Served:**