IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY

COMPLEX BUSINESS
LITIGATION DIVISION

IN RE: CHAMPLAIN TOWERS SOUTH
      REPRESENTATION
COLLAPSE LITIGATION.

CASE NO. 2021-015089-CA-01

_____/

## PLAINTIFFS' MOTION TO APPOINT CLAIMS ADMINISTRATOR

Undersigned appointed counsel, representing the putative class members, hereby moves this Court for an order appointing a Claims Administrator and in support thereof state as follows:

On June 24, 2021, the Champlain Towers South condominium building in Surfside suffered a catastrophic failure and partial collapse, killing ninety-eight (98) people and destroying fifty-five (55) units. The remaining structure was deemed dangerously unstable and demolished ten days later. Since that horrific day, this Court and all involved counsel have worked tirelessly in an effort to resolve all disputes arising from the Collapse. The efforts have resulted in numerous settlements, with hopefully many more on the horizon. This motion seeks to appoint a Claims Administrator for the claims in order to have an experienced, trustworthy, and time-tested organization in place to assist with processing, classifying, and paying claims made by members of the class, or at the very least the wrongful death/personal injury sub-class.

The fact is that there will never be enough money to compensate the families who lost loved ones on June 24, 2021. The subject sub-class lost mothers, children, fathers, grandfathers, and grandmothers, among others. There is simply no cure for the pain and suffering endured by these class members. The best one can hope for is a quick distribution of the class settlement funds, once finally approved by the Court, to allow those affected to grieve. For this very reason, as

EXHIBIT C

aforementioned, the Undersigned have worked relentlessly to resolve all claims as quickly as humanly possible.

The hard work has paid off. The court appointed receiver has in his possession nearly $50 million from insurance proceeds. The land currently has a $120 million stalking horse bid in place. The economic loss and wrongful death/personal injury classes have a tentative agreement on the allocation of the proceeds from the sale of the land. And various Defendants including Becker & Poliakoff P.A., Morabito Consultants, Inc., and DeSimone Consulting Engineers, LLC have already settled pursuant to court ordered early mediations. There is no question that the litigation in this matter is moving at the pace this Court demanded from the onset.

To continue the progress, Plaintiffs respectfully move this Court to appoint a Claims Administrator to assist with the administration of the claims put forth by the class or at the very least the wrongful death/personal injury sub-class. The appointment of a Claims Administrator at this juncture will allow the administrator sufficient time to implement a claims evaluation protocol that provides for fair, equitable, and rapid recoveries. The development of the protocol, including both a review process and appellate reconsideration, requires input from the parties, negotiation, patience, and most importantly time. For these reasons, now is the opportune time to appoint an administrator who is experienced, efficient, and respected. The appointment of a claims administrator at this juncture is nothing novel in a class action involving limited funds.

With, at the very least, ninety-eight (98) wrongful death claims and others, and limited settlements proceeds, now is the time to appoint a claims administrator that can implement an agreed upon claims evaluation protocol and provide all class members with sufficient time to prepare the necessary documentation for their claims. Undersigned counsel welcomes the opportunity to present potential administrators to the Court.

**WHEREFORE**, Undersigned counsel seeks appointment of a Claims Administrator to assist with ensuring that all the victims of this tragedy are treated with respect and dignity, but most importantly that their claims are addressed efficiently and fairly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served through Florida's e-Filing Portal to all counsel of record registered to receive service for this matter on this 8th day of March, 2022.

>
> */s/ Jorge E. Silva*
> Jorge E. Silva (FBN 964476)
> Carlos Silva
> SILVA & SILVA, P.A.
> 236 Valencia Avenue
> Coral Gables, FL 33134
> Tel: (305) 445-0011
> jsilva@silvasilva.com
>
> *Plaintifs' Steering Counsel*

| | |
|---|---|
| Harley S. Tropin (FBN 241253) | Rachel W. Furst (FBN 45155) |
| Javier A. Lopez (FBN 16727) | Stuart Z. Grossman (FBN 156113) |
| Jorge L. Piedra (FBN 88315) | Andrew B. Yaffa (FBN 897310) |
| Tal J. Lifshitz (FBN 99519) | Alex Arteaga-Gomez (FBN 18122) |
| Eric S. Kay (FBN 1011803) | GROSSMAN ROTH YAFFA |
| KOZYAK TROPIN & | COHEN, P.A. |
| THROCKMORTON LLP | 2525 Ponce de Leon Boulevard, |
| 2525 Ponce de Leon Boulevard, | Suite 1150 |
| 9th Floor | Coral Gables, FL 33134 |
| Coral Gables, FL 33134 | Tel: (305) 442-8666 |
| Tel: (305) 372-1800 | rwf@grossmanroth.com |
| hst@kttlaw.com | |
| | *Plaintiffs' Co-Chair Lead Counsel* |
| *Plaintiffs' Co-Chair Lead Counsel* | |
| | |
| Aaron S. Podhurst (FBN 63606) | Adam M. Moskowitz (FBN 984280) |
| Ricardo M. Martínez-Cid | Howard M. Bushman (FBN 364403) |
| (FBN 383988) | Adam A. Schwartzbaum (FBN 93014) |

Lea P. Bucciero (FBN 84763)
PODHURST ORSECK, P.A.
1 SE 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
rmcid@podhurst.com

*Plaintiffs' Personal Injury and Wrongful
  Death Track Lead Counsel*

Javier A. Lopez (FBN 16727)
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Boulevard,
9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800
jal@kttlaw.com

*Plaintiffs' Economic Loss and Property
  Damage Track Co-Lead Counsel*

Curtis B. Miner (FBN 885681)
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Tel: (305) 476-7400
curt@colson.com

*Plaintiffs' Wrongful Death Charitable
  Liaison Counsel*

Robert J. Mongeluzzi (*pro hac vice*)
Jeffrey P. Goodman (*pro hac vice*)
Samuel P. Dordick (*pro hac vice*)
SALTZ MONGELUZZI & BENDESKY
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 496-8282
rmongeluzzi@smbb.com

*Plaintiffs' Steering Committee*

Joseph M. Kaye (FBN 117520)
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 740-1423
adam@moskowitz-law.com

*Plaintiffs' Economic Loss and Property
  Damage Track Co-Lead Counsel*

 Stuart Z. Grossman (FBN 156113)
GROSSMAN ROTH YAFFA
COHEN, P.A.
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Tel: (305) 442-8666
szg@grossmanroth.com

*Plaintiffs' Wrongful Death Damage Claim
  Liaison Counsel*

John Scarola (FBN 169440)
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Tel: (561) 686-6300
jsx@searcylaw.com

*Plaintiffs' Steering Committee*

Shannon del Prado (FBN 127655)
PITA WEBER & DEL PRADO
9350 S. Dixie Highway, Suite 1200
Miami, FL 33156
Tel: (305) 670-2889
sdelprado@pwdlawfirm.com

*Plaintiffs' Steering Committee*

4

Gonzalo R. Dorta (FBN 650269)
GONZALO R. DORTA, P.A.
334 Minorca Avenue
Coral Gables, FL 33134
Tel: (305) 441-2299
grd@dortalaw.com

*Plaintiffs' Steering Committee*

MaryBeth LippSmith (*pro hac vice*)
Graham LippSmith (*pro hac vice*)
LIPPSMITH LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Tel: (213) 344-1820
mb@lippsmith.com

*Plaintiffs' Steering Committee*

John H. Ruiz (FBN 928150)
MSP RECOVERY LAW FIRM
2701 S. LeJuene Road, 10th Floor
Coral Gables, FL 33134
Tel: (305) 614-2222
jruiz@msprecoverylawfirm.com

*Plaintiffs' Steering Committee*

William F. "Chip" Merlin, Jr. (FBN 364721)
MERLIN LAW GROUP
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Tel: (813) 229-1000
cmerlin@merlinlawgroup.com

*Plaintiffs' Insurance Coverage Liaison Counsel*

Willie E. Gary (FBN 187843)
GARY WILLIAMS PARENTI WATSON & GARY, PLLC
221 S.E. Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260
weg@williegary.com

*Plaintiffs' Steering Committee*

Judd G. Rosen (FBN 458953)
GOLDBERG & ROSEN, P.A.
2 S. Biscayne Boulevard, Suite 3650
Miami, FL 33131
Tel: (305) 374-4200
jrosen@goldbergandrosen.com

*Plaintiffs' Steering Committee*

Luis E. Suarez (FBN 390021)
HEISE SUAREZ MELVILLE, P.A.
1600 Ponce de Leon Boulevard, Suite 1205
Coral Gables, FL 33134
Tel: (305) 800-4476
lsuarez@hsmpa.com

*Plaintiffs' Steering Committee*

Bradford R. Sohn (FBN 98788)
THE BRAD SOHN LAW FIRM
1600 Ponce de Leon Boulevard, Suite 1205
Coral Gables, FL 33134
Tel: (786) 708-9750
brad@bradsohnlaw.com

*Plaintiffs' Steering Committee*