UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20040-CIV-MARTINEZ

RLI INSURANCE COMPANY,

    Plaintiff,

v.

DESIMONE CONSULTING
ENGINEERS, LLC, *et al.*,
_____/

**ORDER ON MOTION TO STAY**

THIS CAUSE came before this Court upon Plaintiff's Unopposed Motion for Stay (the "Motion"), (ECF No. 21). By this declaratory judgment action, Plaintiff seeks this Court's declaration that it does not owe duties to defend and indemnify Defendants in litigation pending before the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida: *In re: Champlain Towers South Collapse Litigation*, No. 2021-015089-CA-01 (Fla. 11th Cir. Ct. 2021) (the "Underlying Action"). (*See generally* Compl., ECF No. 1.) As Plaintiff represents in the Motion, the litigants in the Underlying Action are engaging in global settlement negotiations that would ultimately impact this case. (*See* ECF No. 21-1.) Therefore, Plaintiff now moves this Court to stay this action pending the finalization of the global settlement in the Underlying Action. (ECF No. 21.) Defendants do not oppose Plaintiffs' requested relief. (ECF No. 21, at 5.) Accordingly, having reviewed the Motion, pertinent portions of the record, and applicable law and been otherwise fully advised as to the premises, it is:

ORDERED AND ADJUDGED that:

    1.    The Motion, (ECF No. 21), is GRANTED as set forth herein.

2.	This case is STAYED pending the finalization of the Global Settlement in the Underlying Action (*In re: Champlain Towers South Collapse Litigation*, No. 2021-015089-CA-01 (Fla. 11th Cir. Ct. 2021)).

3.	The Parties SHALL file a *joint* status report every **thirty days from the date of this Order** apprising this Court about the status of the global settlement in the Underlying Action. Failure to comply with this Order will result in the imposition of appropriate sanctions, including dismissal without prejudice, without further warning from this Court.

4.	Within **seven days** of the finalization of the Global Settlement in the Underlying Action, the Parties SHALL file a status report detailing the result of the Global Settlement and its effect on this case, including whether the stay should be lifted.

5.	The Clerk is DIRECTED to CLOSE this case for statistical purposes only and DENY all pending motions as MOOT. This shall not affect the Parties' substantive rights.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of May, 2022.

                                                                                      _____
                                                                                      JOSE E. MARTINEZ
                                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record