UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-20040

RLI INSURANCE COMPANY,

        Plaintiff,

v.

DESIMONE CONSULTING ENGINEERS, LLC;
RAQUEL AZEVEDO DE OLIVEIRA, AS THE
PERSONAL REPRESENTATIVE OF THE ESTATES OF
ALFREDO LEONE AND LORENZO DE OLIVEIRA LEONE
AND PURPORTED REPRESENATATIVE OF THE LIABILITY CLASS
AND PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS;
KEVIN SPIEGEL, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JUDITH SPIEGEL AND PURPORTED
REPRESENTATIVE OF THE LIABILITY CLASS AND
PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS;
KEVIN FANG, AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF STACIE FANG AND PURPORTED
REPRESENTATIVE OF THE LIABILITY CLASS
AND THE NON-OWNER PERSONAL INJURY AND
WRONGFUL DEATH SUBCLASS; RAYSA RODRIGUEZ, INDIVIDUALLY,
AND AS PURPORTED REPRESENTATIVE OF THE LIABILITY
CLASS AND THE ECONOMIC LOSS AND PROPERTY DAMAGE SUBCLASS; STEVE
ROSENTHAL, INDIVIDUALLY, AND AS PURPORTED
REPRESENTATIVE OF THE ECONOMIC CLASS AND PROPERTY DAMAGE
SUBCLASS; AND CHAMPLAIN TOWERS SOUTH CONDOMINIUM
ASSOCIATION, INC.

        Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE STATUS REPORT**

COME NOW the Plaintiff, RLI INSURANCE COMPANY, and the Defendants who have appeared in the action, DESIMONE CONSULTING ENGINEERS, LLC ("DeSimone") and CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC. ("CTSA")

(collectively "the Parties"), and jointly move this Court for a three week extension of time to provide the next status report to the Court. In support thereof, the Parties state:

1. On May 31, 2022, this Court entered an Order granting RLI's Unopposed Motion for Indefinite Stay (ECF No. 21) based upon the pending Class Action Settlement in the Underlying Action. (ECF No. 22). The Order ruled "[t]his case is STAYED pending the finalization of the Global Settlement in the Underlying Action (In re: Champlain Towers South Collapse Litigation, No. 2021-015089-CA-01 (Fla. 11th Cir. Ct. 2021))." *Id.* The Court further specified that "[t]he Parties SHALL file a joint status report every thirty days from the date of this Order apprising this Court about the status of the global settlement in the Underlying Action," and "[w]ithin seven days of the finalization of the Global Settlement in the Underlying Action, the Parties SHALL file a status report detailing the result of the Global Settlement and its effect on this case, including whether the stay should be lifted." *Id.*

2. On June 24, 2022, the court in the Underlying Action entered a "Final Order and Judgment" that: certified a settlement class; appointed the proposed Class Representatives as the actual Class Representatives; approved of a proposed Class Action Settlement; and dismissed the Underlying Action with prejudice against DeSimone Consulting Engineers, LLC ("DeSimone") and the other named Defendants in the Underlying Action.

3. The Parties are currently examining the impact of the Global Settlement on the instant action, including with respect to the settlement posture of the instant action.

4. The Parties seek a three week extension of time to prepare a Joint Status Report while they determine the impact of the Global Settlement on the instant action, including whether the instant action will proceed.

WHEREFORE, the Parties respectfully seek a three week extension to prepare and file the Joint Status report regarding the impact, on the instant action, of the Class Action Settlement in the Underlying Case.

| | |
|---|---|
| BUTLER WEIHMULLER KATZ CRAIG LLP | VER PLOEG & MARTINO, P.A. |
| By: */s/ Fay E. Ryan* <br>     FAY E. RYAN, ESQ. <br>     Florida Bar No.: 0965944 <br>     fryan@butler.legal <br>     RYAN K. HILTON, ESQ. <br>     Florida Bar No.: 304610 <br>     rhilton@butler.legal <br>     400 N. Ashley Drive, Suite 2300 <br>     Tampa, Florida 33602 <br>     Telephone:(813) 281-1900 <br>     Facsimile: (813) 281-0900 <br>     *Attorneys for Plaintiff,* <br>     *RLI Insurance Company* | By:*/s/ Christine A. Gudaitis* <br>     CHRISTINE A. GUDITIS, ESQ. <br>     Florida Bar No.: 0502693 <br>     cgudaitis@vpm-legal.com <br>     jpacheco@vpm-legal.com <br>     100 S.E. Second Street <br>     Suite 3300 <br>     Miami, Florida 33131 <br>     Telephone: (305) 577-3996 <br>     Facsimile: (305) 577-3558 <br>     *Attorneys for DeSimone Consulting* <br>     *Engineers, LLC* |

BOYLE, LEONARD & ANDERSON, P.A.

By: */s/ Amanda K. Anderson*
    MARK A. BOYLE, ESQ.
    Florida Bar No.: 005886
    AMANDA K. ANDERSON, ESQ.
    Florida Bar No.: 0091297
    9111 W. College Pointe Drive
    Fort Myers, Florida 33919
    Telephone: (239) 337-1303
    Facsimile: (239) 337-7674
    mboyle@insurance-counsel.com
    aanderson@insurance-counsel.com
    *Counsel for Champlain Towers South*
    *Condominium Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2022, I filed the foregoing with the Clerk of Court by using the CM/ECF filing system which will send notice of electronic filing to all parties of record.

/s/ Fay E. Ryan
FAY E. RYAN, ESQ.
Florida Bar No.: 0965944