UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:22-cv-20040

RLI INSURANCE COMPANY,

        Plaintiff,

v.

DESIMONE CONSULTING ENGINEERS, LLC;
RAQUEL AZEVEDO DE OLIVEIRA, AS THE
PERSONAL REPRESENTATIVE OF THE ESTATES OF
ALFREDO LEONE AND LORENZO DE OLIVEIRA LEONE
AND PURPORTED REPRESENATATIVE OF THE LIABILITY CLASS
AND PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS;
KEVIN SPIEGEL, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JUDITH SPIEGEL AND PURPORTED
REPRESENTATIVE OF THE LIABILITY CLASS AND
PERSONAL INJURY AND WRONGFUL DEATH SUBCLASS;
KEVIN FANG, AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF STACIE FANG AND PURPORTED
REPRESENTATIVE OF THE LIABILITY CLASS
AND THE NON-OWNER PERSONAL INJURY AND
WRONGFUL DEATH SUBCLASS; RAYSA RODRIGUEZ, INDIVIDUALLY,
AND AS PURPORTED REPRESENTATIVE OF THE LIABILITY
CLASS AND THE ECONOMIC LOSS AND PROPERTY DAMAGE SUBCLASS; STEVE
ROSENTHAL, INDIVIDUALLY, AND AS PURPORTED
REPRESENTATIVE OF THE ECONOMIC CLASS AND PROPERTY DAMAGE
SUBCLASS; AND CHAMPLAIN TOWERS SOUTH CONDOMINIUM
ASSOCIATION, INC.

        Defendants.
_____/

**JOINT STATUS REPORT**

COME NOW the Plaintiff, RLI INSURANCE COMPANY ("RLI"), and Defendant DESIMONE CONSULTING ENGINEERS, LLC ("DeSimone") (collectively "the Parties"), and file this Joint Status Report as follows:

On June 30, 2022, the Parties filed a Joint Motion for Extension of Time to Complete Status Report [D.E. 23], which the Court granted on the same day [D.E. 24]. The Court ordered that the Parties shall have "until and including Thursday, July 29, 2022, to file a joint status report. . . ."[1]

The Parties are pleased to report that RLI and DeSimone have reached a settlement agreement in this matter resolving all claims between RLI and DeSimone and are in the process of preparing settlement documents. This settlement between RLI and DeSimone moots all claims and controversies among RLI, DeSimone, and the other Defendants in this case. RLI and DeSimone will be filing a Joint Stipulation of Dismissal after the settlement documents have been executed and exchanged.

In the meantime, the Parties respectfully request that this Honorable Court not dismiss this matter until the Parties file the Joint Stipulation of Dismissal, which they anticipate doing shortly.

Respectfully submitted,

| BUTLER WEIHMULLER KATZ CRAIG LLP | VER PLOEG & MARINO, P.A. |
|---|---|
| By: _/s/ Ryan K. Hilton_____ | By: _/s/ Christine A. Gudaitis_____ |
| FAY E. RYAN, ESQ. | CHRISTINE A. GUDAITIS, ESQ. |
| Florida Bar No.: 0965944 | Florida Bar No.: 0502693 |
| fryan@butler.legal | cgudaitis@vpm-legal.com |
| RYAN K. HILTON, ESQ. | jpacheco@vpm-legal.com |
| Florida Bar No.: 304610 | 100 S.E. Second Street |
| rhilton@butler.legal | Suite 3300 |
| 400 N. Ashley Drive, Suite 2300 | Miami, Florida 33131 |
| Tampa, Florida 33602 | Telephone: (305) 577-3996 |
| Telephone:(813) 281-1900 | Facsimile: (305) 577-3558 |
| Facsimile: (813) 281-0900 | *Attorneys for DeSimone Consulting Engineers, LLC* |
| *Attorneys for Plaintiff, RLI Insurance Company* | |

---

[1] The Parties suspect that "Thursday" was a clerical error as July 29, 2022, falls on a Friday.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>July 29, 2022</u>, I filed the foregoing with the Clerk of Court by using the CM/ECF filing system which will send notice of electronic filing to all parties of record.

    /s/ Ryan K. Hilton_____
RYAN K. HILTON, ESQ.
Florida Bar No.: 0304610