**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT COURT OF FLORIDA**
**MIAMI DIVISION**

RLI INSURANCE COMPANY,

    Plaintiff                                          Case No.: 1:22-cv-20040-JEM

v.

DESIMONE CONSULTING
ENGINEERS, LLC, et al.,

    Defendants
_____/

**DEFENDANT, CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC., NOTICE OF JOINDER IN JOINT STATUS REPORT [DOC. 25] FILED ON JULY 29, 2022**

COMES NOW, Defendant, Champlain Towers South Condominium Association, Inc. (the "Association") by and through its undersigned counsel files this Notice of Joinder in the Joint Status Report [Doc. 25] filed by Plaintiff, RLI Insurance Company and Defendant, Desimone Consulting Engineers, LLC Joint Status Report [Doc. 25] filed with the Court on July 29, 2022.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF filing system which will send notice of electronic filing to all parties of record.

                                        By: ___/s/ Amanda K. Anderson
                                        Mark A. Boyle (FBN: 005886)
                                        Amanda K. Anderson (FBN: 0091297)
                                        BOYLE, LEONARD & ANDERSON, P.A.
                                        *Counsel for Defendant, Champlain Towers South Condominium Association, Inc.*
                                        9111 West College Pointe Drive
                                        Fort Myers, FL 33919

Telephone: (239) 337-1303
Primary: EService@Insurance-Counsel.com
Secondary #1: MBoyle@Insurance-Counsel.com
Secondary #2: AAnderson@Insurance-Counsel.com