UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-20040-CIV-MARTINEZ**

RLI INSURANCE COMPANY,

     Plaintiff,

v.

DESIMONE CONSULTING
ENGINEERS, LLC, *et al.*,

     Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the Parties' Joint Status Report, (ECF No. 25), which states that the Parties settled this case. Accordingly, it is

ORDERED and ADJUDGED that:

1.    The Parties shall file a Notice of Voluntary Dismissal or Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 60 days of the date of this Order**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). If the Parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3.    The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

4.    The Clerk shall ADMINISTRATIVELY CLOSE this case for statistical purposes only. This shall not affect the Parties' substantive rights.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record